# *EXHIBIT – 1*

*Rail Career Resume and Brightline Employment Documents*

**DARREN J. BROWN JR.**

**Professional Summary**
Dynamic sales and business development leader with 15+ years of experience in logistics, transportation, and brand consulting. Former Brightline high-speed train conductor turned consultant and account strategist, with a proven record of growing client portfolios, negotiating multimillion-dollar partnerships, and delivering measurable results. Nationally recognized safety advocate and keynote speaker featured in Inside Edition, CNBC, and Miami Herald. Known for building strong client relationships, solving complex challenges, and driving top-line and bottom-line growth.

**Core Competencies**
- Logistics & Freight Operations
- Account Growth & Client Success
- Strategic Partnerships & Sponsorships
- Sales Strategy & Negotiations
- Stakeholder Engagement & Presentations
- Continuous Improvement & Process Optimization
- Salesforce, G-Suite, Office Suite- Leadership & Public Speaking

**Professional Experience RailPros – Rail Safety Instructor**
Aug 2024 – Jun 2025 | United States (Hybrid)
• Delivered FRA-compliant training nationwide, certifying hundreds of rail contractors and employees.• Partnered with major agencies (SEPTA, Union Pacific, CSX, Norfolk Southern, Brightline) to ensure operational safety and compliance.
• Engaged directly with senior stakeholders to present solutions, anticipate risks, and improve workforce outcomes.
• Strengthened client relationships and positioned RailPros as a trusted safety advisor across the U.S.

**Advantage Business Consulting – Founder / Business Development Consultant**
Nov 2018 – Present | Palm Beach County, FL
• Built a boutique consulting firm securing $1M–$100M sponsorships, NIL deals, and endorsements for sports and entertainment clients.
• Managed accounts for athletes, entertainers, and brands, aligning them with Fortune 500 opportunities.
• Delivered sales presentations to executive stakeholders, closing strategic partnerships.
• Designed strategic growth campaigns that expanded client visibility, revenue, and market share.

**Brightline Trains – High-Speed Train Conductor**
Aug 2017 – Dec 2023 | Florida
• First conductor in Florida to operate passenger trains at 125 MPH.
• Ensured compliance with FRA regulations while managing safety, customer service, and operational efficiency.
• Collaborated across teams to solve real-time challenges and deliver reliable, high-quality service.

**Union Pacific Railroad – Freight Conductor**
Jun 2007 – Aug 2017 | Chicago, IL
• Operated freight trains across complex rail systems with strict adherence to safety protocols.
• Coordinated logistics with dispatchers and crews, ensuring timely and efficient deliveries.
• Built extensive expertise in transportation operations and safety compliance.
**Education**
**Certifications**
- Investing in Human Skills in the Age of AI – LinkedIn (2025) - FRA-Certified Safety Instructor

**Media & Recognition**
- Featured in Inside Edition, People, CNBC, Miami Herald
- Keynote speaker to thousands on safety, leadership, and resilience
- Brokered multimillion-dollar brand partnerships



Brought to you by **ALL ABOARD FLORIDA**

April 8, 2021

Darren Brown
550 Okeechobee Blvd Unit 401 West Palm Beach, FL 33401 darrenbrown.chicago@gmail.com

Dear Darren,

We hope this letter finds you safe and well. As you know, due to the severe and negative economic impact of COVID-19, Brightline Management LLC (the "Company) had to make the difficult decision to eliminate certain positions, including your role, on April 1, 2020.

In anticipation of resumption of revenue passenger service, we are pleased to provide this letter to inform you of our intent to make an offer of employment to rejoin the Company as a **Train Manager.**

This offer of intent will remain open through **May 11, 2021.** Any acceptance received after this date will be considered invalid.

The following provides more details regarding this offer of intent:

- POSITION TITLE:    Train Manager
- REPORT TO:         Emanuel Couto-Superintendent of Rail Operations
- PRIMARY WORK LOCATION:  RRF-West Palm Beach, FL
- CLASSIFICATION:   Full-time/Non-Exempt
- ORIENTATION/START DATE:    Tentatively July 5, 2021
- COMPENSATION:

- BASE SALARY – Hourly rate of $  40.40, which is subject to deductions for applicable taxes and withholdings.
- Brightline presently does not fall under the Railroad Retirement Act. If Brightline is covered by the Railroad Retirement Act in the future, salaries will be reviewed at that point.

- ONE TIME BONUS
- One-time net bonus of $500 shall be paid within 30 days from the start date of employment.

- BENEFITS:
- Eligible to earn up to 128 hours of PTO per anniversary year based on hours worked.
- Though you were officially separated from the company on April 1, 2020, your original hire date will be honored for purposes of PTO calculations. For the purpose of crew base related policies, we will honor your seniority level at the position you held prior to separation. Your period of employment will include prior periods of employment up to April 1, 2020.
- Eligibility for coverage under the Company's group benefit plans (i.e., Contributory Medical, Dental, Vision, Life, STD & LTD plans) effective the first of the month following 45 days of employment – **September 1, 2021.** A change in your start date may affect your benefits eligibility date.

1

**brightline** ™

*Brought to you by* **ALL ABOARD FLORIDA**

- Participation and vesting status in the company's 401(k)program will follow the requirements of the Retirement Plan Documents.

Initials

- The Company reserves the right to amend, modify or terminate (in whole or in part) any of our benefit programs at any time.


- CONTINGENT UPON:
- Satisfactory results of all pre-employment screening including background check and non federal DOT drug testing and all Federal requirements.
- Completion of Employment Verification Form I-9 and presentation of proof of identity and employment eligibility, upon commencement of employment.


Your tentative employment with Company will be on an at-will basis, which means you or the company may terminate the employment relationship at any time, for any reason. Brightline reserves the right to modify the terms of this letter and this letter is not a contract or guarantee of employment for a definitive period of time.


Darren, we appreciate all of your past contributions and look forward to welcoming you back. Should you have further questions regarding this offer of intent, please feel free to contact the HR Department.


Sincerely,

Keri Moreda
Sr. Manager, HR Compliance
Brightline Management

2



Initials

## PLEASE READ CAREFULLY AND SIGN BELOW

*FLORIDA*

My signature below indicates that I accept this offer of intent, conditioned upon the terms discussed above. I understand Brightline Management LLC and its affiliates are a drug-free workplace. I further understand that this offer of intent is contingent upon satisfactory results of all pre-employment screening including but not limited to reference & background checks and drug test and should I fail to satisfy these requirements, the offer will be withdrawn and/or I will be immediately released. I further acknowledge the tentative employment with Brightline Management LLC will be on an at-will basis and Brightline reserves the right to modify the terms of this letter and this letter is not a contract or guarantee of employment for a definitive period of time.

4-27-2021

**DARREN BROWN**                                    **DATE**

3

# *EXHIBIT - 2*

*Brightline "Teammate Handbook" (Selected Pages – FMLA, ANTI-RETALIATION, ETC... )*

The Company's anti-harassment policy applies to all persons involved in its operations, regardless of their position, and prohibits harassing conduct by any teammate of the Company, including supervisors, managers and nonsupervisory teammates. This policy also protects teammates from prohibited harassment by third parties, such as customers, vendors, clients, visitors, or temporary or seasonal workers. If such harassment occurs in the workplace by someone not employed by the Company, the procedures in this policy should be followed. The workplace includes: actual worksites, any setting in which workrelated business is being conducted (whether during or after normal business hours), company-sponsored events, or company owned/controlled property.

The Company prohibits unlawful harassment, including sexual harassment, as well as conduct that does not rise to the level of being unlawful. This policy is not designed or intended to limit the Company's authority to discipline or take remedial action for workplace conduct that the Company deems unacceptable, regardless of whether that conduct satisfies the definition of unlawful harassment or sexual harassment.

To view the full policy click HERE

### 3.3 Disability and Accommodation

To comply with applicable laws ensuring equal employment opportunities for individuals with disabilities, the Company will make reasonable accommodation for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or a teammate, unless undue hardship and/or a direct threat to the health and/or safety of the individual or others would result. Any teammate who requires an accommodation in order to perform the essential functions of their job, enjoy an equal employment opportunity, and/or obtain equal job benefits should contact People & Culture at hr@gobrightline.com to request such an accommodation.

To view the full policy click HERE

### 3.4 Religious Accommodation

The Company will make reasonable accommodation for a teammate's observance of religious holidays and/or practices, provided that such accommodations do not result in undue hardship to the Company. A teammate who desires areligious accommodation should make the request in writing to his or her supervisor and the People & Culture Department as far in advance as possible. The teammate is expected to cooperate with the Company in seeking and evaluating alternative reasonable accommodation.

To view the full policy click HERE

### 3.5 Discrimination, Harassment, and Retaliation Complaint Procedure

Teammates who feel they or others have been harassed, discriminated against, or subject to retaliation by a teammate, supervisor, client, vendor, or customer of the Company in violation of this policy should immediately provide a written or verbal report

to their supervisor or department manager, or if they feel more comfortable, they should contact People & Culture or the General Counsel to report their concern.  The Company shall promptly investigate all reported incidents that may be a violation of this policy. The Company will keep reported complaints and related investigations confidential to the maximum extent possible and appropriate.

If the Company determines that this policy has been violated, appropriate disciplinary action, up to and including termination of employment.  The Company also prohibits retaliation against any teammate who makes a good faith complaint under this policy.

### 3.6 Open Communication, Reporting and Anti-Retaliation, and Complaint Resolution

Brightline is committed to maintaining a safe, respectful, and open work environment where teammates can share ideas, voice concerns, and raise ethical or policy-related issues without fear of retaliation. To support this, the Company provides multiple communication channels including pre-shift meetings, one-on-one coaching, and open forums as well as a clear process for escalating concerns, starting with a direct manager and extending to the People & Culture Department. All concerns raised in good faith will be treated seriously and investigated appropriately, and teammates are encouraged to report any conduct that may violate Company policies, laws, or ethical standards through designated internal contacts or anonymously via the AllVoices platform. Brightline strictly prohibits retaliation in any form against individuals who report concerns or participate in investigations, and adheres to all applicable legal protections, including those under the Defend Trade Secrets Act. False or malicious reporting, however, is not protected and may lead to disciplinary action.

To view the full policies click HERE

# PAYROLL, HOURS & BREAKS, LEAVES & BENEFITS

### 4.1 Pay, Timekeeping, and Compensation

Teammates are paid bi-weekly for work performed during the standard Monday–Sunday workweek. Pay is distributed via direct deposit, with the first paycheck issued as a live check to verify account details. Paystubs, which reflect all deductions and earnings, are accessible via the Company's HR portal. Any discrepancies should be reported promptly and will be addressed in accordance with applicable laws. The Company prohibits retaliation against teammates who report concerns in good faith and expects overpayment to be reported and returned.

Non-exempt teammates are required to accurately record all time worked through designated timekeeping systems, depending on their work location. Working "off the clock," failing to clock in/out, or falsifying time records is strictly prohibited and may lead to disciplinary action. All hours worked, including mandatory meetings and trainings, are paid. Uniforms must be worn during recorded work hours, and teammates are responsible for logging any missed punches and notifying a manager immediately.

### 5.15 Smoking Policy

The Company is committed to maintaining a safe and healthy workplace for all teammates and guests. Smoking, vaping, and the use of smokeless tobacco or unregulated nicotine products are prohibited in all indoor and outdoor areas of Company property, except in designated smoking areas. Compliance with jurisdictionspecific regulations, including the Florida Clean Indoor Air Act, is required, and proper disposal of smoking materials is expected.

To view the full policy click HERE

## LEAVES OF ABSENCE AND WORKERS COMPENSATION

### 6.1 Family and Medical Leave Act Policy

Eligible teammates may take up to 12 weeks of unpaid, job-protected leave within a rolling 12-month period for qualifying family and medical reasons under the Family and Medical Leave Act (FMLA). These include the birth or placement of a child, the serious health condition of the teammate or a close family member, or qualifying exigencies related to a family member's military service. Military caregiver leave may extend up to 26 weeks. Eligibility requires at least 12 months of employment, 1,250 hours worked in the prior 12 months, and employment at a location with 50 or more teammates within 75 miles. Teammates must follow the Company's procedures for providing advance notice, obtaining medical certification, and maintaining communication while on leave. Paid time off will run concurrently with FMLA unless otherwise prohibited by law.

FMLA leave does not guarantee accrual of seniority or benefits during leave but does preserve health coverage and entitles teammates to reinstatement to the same or equivalent position upon return. Additional requirements may apply for intermittent or reduced schedule leave, fitness-for-duty certification, or continuation of benefits if leave is extended. Failure to comply with notice, certification, or return-to-work requirements may result in denial of leave or termination. For full details, or to request leave, teammates should contact the Company's FMLA Administrator. This policy is administered in compliance with federal and applicable state law.

To view the full policy click HERE

### 6.2 Personal Leaves of Absence

The Company may grant personal leaves of absence, unrelated to other leave policies, at its sole discretion for justifiable reasons that do not disrupt operations. Short-term leaves generally range from one day to three weeks, while long-term leaves may last from one to three months. Teammates must submit a detailed written request with proposed dates to their supervisor, who will forward it to People & Culture for final approval. Accrued PTO must be used before unpaid leave begins, and PTO does not accrue during leave. The Company will attempt, but does not guarantee, to reinstate teammates to the same or

16

similar position upon return. Group insurance benefits may be continued for up to three months, provided the teammate pays the full premium. Failure to return on the scheduled date will be treated as a voluntary resignation.

To view the full policy click HERE

## 6.3 Paid Parental Leave

This leave is intended to assist and support new parents by providing teammates with time and financial support to adjust to the addition of a new family member during the important period following the birth, adoption, or placement of a child. The Company provides up to 8 (eight) weeks of paid leave to eligible teammates. If applicable state law is more generous than this policy, the Company shall comply with state law requirements.

For additional information, requirements and eligibility under this leave policy, please click HERE.

## 6.4 Grandparent Leave – Miami-Dade County Teammates

A teammate may take leave to care for a grandparent with a serious health condition on the same terms and conditions as leave is permitted under the Family and Medical Leave Act to care for a parent with a serious health condition. (See Family and Medical Leave Act Policy). A teammate is eligible for grandparents leave under this policy if he/she (1) is employed by the Company at a location in Miami-Dade County for at least twelve (12) months; and (2) is employed for at least one thousand two hundred and fifty (1,250) hours of service with the Company during the previous twelve-month period. For purposes of this policy, "grandparent" means any grandparent of a teammate for whom the teammate has assumed primary financial responsibility.

## 6.5 Domestic and Sexual Violence Leave - Florida Teammates

It is the Company's policy to provide authorized absence from work to teammates who require time off to deal with the issue or effects of domestic or repeat violence, or sexual violence, and to conform to the requirements of Florida Statutes § 741.313 and applicable local laws. Any teammate seeking time off under this policy should contact Human Resources for more information regarding eligibility requirements and details of

## 6.6 Military Leaves

The Company supports Teammates who serve in the Uniformed Services by providing military leave in accordance with applicable federal and state laws. Eligible Teammates may also receive paid time for weekend drills and pay differential for up to two weeks of annual training, subject to timely submission of military orders. The Company prohibits discrimination or retaliation based on military status or service.

Teammates who will be taking a military leave of absence should contact the People & Culture Department for full details concerning notice requirements, appropriate documentation, amount of leave, benefits, and reinstatement rights.

To view the full policy click HERE

**6.7 Workers' Compensation**

The Company provides workers' compensation insurance at no cost to teammates in accordance with applicable state law. This coverage applies to most work-related injuries or illnesses requiring medical care and provides benefits or treatment immediately upon eligibility. Teammates must report all workplace injuries or illnesses—no matter how minor—to their manager immediately to ensure proper documentation and benefit eligibility. Injuries arising from voluntary off-duty recreational or social activities are generally not covered. If a workers' compensation injury results in time away from work, teammates may also qualify for leave or accommodation under Company policies and must submit a healthcare provider's release before returning. Any delay in the availability to return may result in unpaid time and possible disciplinary action. Fraudulent claims are prohibited and may result in criminal charges and termination. For questions, teammates should contact People & Culture.

To view the full policy click HERE

# GENERAL WORK PRACTICES AND POLICIES

**7.1 General Business Ethics and Conduct**

The Company is committed to maintaining the highest standards of ethical conduct and integrity in all business operations. Teammates are expected to act with honesty and fairness, comply with all applicable laws and regulations, and uphold the trust of customers, shareholders, and the public. If unsure about the appropriate course of action, teammates should consult their supervisor and review the *Code of Business Conduct and Ethics Policy*.

To view the full policy click HERE

**7.2 No Expectation of Privacy – Inspections/Right to Access**

The Company reserves the right to inspect and gain access to all areas and materials on its property including, but not limited to, lockers, packages, desk, backpacks, purses, or other articles. If you wish to avoid such inspections, you should refrain from bringing personal items onto Company premises (with the exception of items relating to personal hygiene or health). In addition, the Company is not responsible for the loss of items of personal property, by theft or otherwise, that are brought onto the premises. There is no general or specific expectation of privacy in the workplace of the Company, either on the premises of the Company or while on duty. In general, teammates should assume that what they do while on duty or on the Company premises is not private.

# *EXHIBIT-3*

*"TRAIN CREW GUARDRAILS" AND CRITICAL- INCIDENT POLICIES*

which they attend their weekend military drills. Additionally, teammates will be paid the differential of their pay for their required two-week drills (not to exceed two weeks) within a calendar year period. Teammates must provide Management with their military orders a minimum of 30 days prior to the days required to perform weekend military duty, unless military necessity prevents it, or is otherwise impossible or unreasonable due to the demand of the military's needs. Teammates that do not provide the appropriate military orders in the prescribed timeframe will not be compensated the 40-hour guarantee. ***This is not applicable for military orders other than the required two-week drills and weekend drills.

K.  Teammates directly involved in an incident and would like to be relieved from their tour of duty will be compensated for the remainder of their shift. Per the Critical Incident Stress Plan (49 CFR Part 272), additional relief from duty for up to three work days may be requested by the teammate. To receive compensation for the additional relief days, the teammate is required to contact Brightline's mental health service provider on the first day of the additional relief day requested or the day(s) will be unpaid.

L.  Brightline strives to have a compensation program which attracts and retains talent and is competitive in the marketplace. These guidelines assistant in our ability to make increases to compensation and sets forth the manner in which we make increases to compensation. The below increase matrix removes this group of teammates from any other Brightline Pay Increase policy.

   a. **Rates**

   The Locomotive Rate of pay will be as follows (effective the first full pay period AFTER the below date):

   January 1, 2023 – $46.30

   January 1, 2024 – $48.30

   The Conductor rate of pay will be as follows (effective the first full pay period AFTER the below date):

   January 1, 2023 – $42.99

   January 1, 2024 – $44.99

***Policy is subject to change based on finances of the company.

8

# *EXHIBIT - 4*

*INITIAL PTSD INTAKE EVALUATION – ANTHONY GONZALEZ, LCSW*



# Intake Note

Alere Emotional Health LLC
Clinician:  Anthony Gonzalez, LCSW
Patient:   Darren Brown, DOB 12/30/1987

Date and Time:  10/5/2023 11:00 AM - 12:00 PM
Duration:      60 minutes
Service Code:   90791
Location:      Main Office
Participants:   Client only

## Presenting Problem

Client presents with escalating symptoms supporting a PTSD diagnosis. Client reports consistent increase intensity of symptoms dating back over the past three months, however they have been moderately present over the past year. Client reports elevated anxiety while in cars, driving or as a passenger, particularly at intersections; hypervigilence and reactivity, avoidance of driving when possible, restlessness, nightmares (as reported by partner, as client does not remember dreams), struggling with focus and concentration, irritability. During the assessment, client scored a 56 on the PCL5. Client has experienced multiple critical incidents at work, including observing trespassers complete suicide, as well as serious collisions with cars. Client reports over 10 of these types of incidents in the past 5 years. Client also reported that almost one year ago he brother attempted to complete suicide, which may be influencing current psychological and emotional state. Client has also reported that his new work assignment has significantly exacerbated these symptoms, as the demands increase "close calls" and allows for far less recuperation time.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Anxious |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Good |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Intact |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Objective Content

LCSW reviewed confidentiality and HIPAA disclosures, as well as limits of this confidentiality, including status as a mandated reporter. LCSW also reviewed financial policies, missed session and late cancellation policies. Client reported understanding of both sets of policies.

## Biopsychosocial Assessment

Identification:                          Client idetifies as a 35 y/o Black American male. He is non-married. Client also identifies as



# Intake Note

Alere Emotional Health LLC
Clinician:  Anthony Gonzalez, LCSW
Patient:    Darren Brown, DOB 12/30/1987

Date and Time:  10/5/2023 11:00 AM - 12:00 PM
Duration:       60 minutes
Service Code:   90791
Location:       Main Office
Participants:   Client only

an entrepreneur and cares deeply about his work and community.

**History of Present Problem:**
"Been happening for years. Makes me not want to drive, I'm currently seeking therapy "
Client presents with escalating symptoms supporting a PTSD diagnosis. Client reports consistent increase intensity of symptoms dating back over the past three months, however they have been moderately present over the past year. Client reports elevated anxiety while in cars, driving or as a passenger, particularly at intersections; hypervigilence and reactivity, avoidance of driving when possible, restlessness, nightmares (as reported by partner, as client does not remember dreams), struggling with focus and concentration, irritability. During the assessment, client scored a 56 on the PCL5. Client has experienced multiple critical incidents at work, including observing trespassers complete suicide, as well as serious collisions with cars. Client reports over 10 of these types of incidents in the past 5 years. Client also reported that almost one year ago he brother attempted to complete suicide, which may be influencing current psychological and emotional state. Client has also reported that his new work assignment has significantly exacerbated these symptoms, as the demands increase "close calls" and allows for far less recuperation time.

**Psychiatric History:**
"no "
Client does not report any psyciatric care history at this time. This is his first experience with therapy.

**Trauma History:**
Client reports two primary sets of traumas. The first are multiple incidents experienced while in his role as a railroad conductor. On multiple occasions client has observed the death of trespassers on the railroad tracks when trespassers use the train to complete suicide. Client reports that he felt he was coping well with these incidents, however the accumulation has began taking its toll on his psychological state. Additionally, client experienced the near suicide of his younger brother, who client reports has struggled with depression his entire life.

**Family Psychiatric History:** Client reports that his younger brother has struggled with depression for many years.
**Medical Conditions & History:** "no " None reported at time of this assessment.
**Current Medications:** "no " None reported at time of this assessment.
**Substance Use:** "yes, few drinks no smoking "
Client reports that he drinks socially and only minimally. Client denies use of any other substance.

**Family History:** "mom dad brother sister "
Client reports that his nuclear family consists of biological parents and two siblings.

**Social History:** "gym " Client reports having a close group of friends in FL and in Chicago, where client is originally from.
Client reports primary self care outlets being exercising and socializing at his gym.

**Spiritual/Cultural Factors:** "none" None reported at time of this assessment.
**Developmental History:** "Normal childhood "
Client reports that childhood and developmental process was normal and uneventful. Client reports having healthy relationships with his nuclear and extended family.

**Educational/Vocational History:** "BA" Client reports completing his BA degree.
**Legal History:** "no " None reported at time of this assessment.
**SNAP:** "i'm good at being transparent "
**Other Important Information:** "i'm a cool guy "



# Intake Note

Alere Emotional Health LLC
Clinician:  Anthony Gonzalez, LCSW
Patient:    Darren Brown, DOB 12/30/1987

Date and Time:  10/5/2023 11:00 AM - 12:00 PM
Duration:       60 minutes
Service Code:   90791
Location:       Main Office
Participants:   Client only

## Plan

Complete Treatment plan.

## Diagnosis

F43.12      Post-Traumatic Stress Disorder, Chronic

Anthony Gonzalez, LCSW, Licensed Clinical Social Worker, License #9647 signed this note and declared this information to be accurate and complete on 10/15/2023 at 1:13 PM.

# *EXHIBIT-5*

*PTSD / ANXIETY /DEPRESSION TEST RESULTS (PCL-5, GAD-7, PHQ-9)*



# PTSD Checklist for DSM-5

Alere Emotional Health LLC

Patient:  Darren Brown, DOB 12/30/1987

Date:  October 8, 2023

## Scoring



Score
**56**

| Criterion | Threshold | Count |
|---|---|---|
| B - Intrusion | Threshold 1+ | 5 |
| C - Avoidance | Threshold 1+ | 2 |
| D - Negativity | Threshold 2+ | 6 |
| E - Arousal | Threshold 2+ | 5 |

**Provisional diagnosis by summing all 20 items (range 0-80) and using a cut-point score:**

**Scores 31-33 or higher**

A total score of 31 or higher suggests the patient may benefit from PTSD treatment. Keeping the goal of the assessment in mind, it may make sense to lower the cut-point score to maximize the detection of possible cases needing additional services or treatment. A higher cut-point score should be considered when attempting to minimize false positives. The patient can either be referred to a PTSD specialty clinic or be offered an evidence-based treatment for PTSD such as Prolonged Exposure (PE), Cognitive Processing Therapy (CPT), or Eye Movement Desensitization and Reprocessing (EMDR).

**Provisional diagnosis by cluster scoring:**

Provisional diagnosis can be considered if by treating each item rated as 2 ('Moderately') or higher as a symptom endorsed, then following the DSM 5-TR diagnostic rule which requires at least:

- 1 Criterion B item (questions 1-5)
- 1 Criterion C item (questions 6-7)
- 2 Criterion D items (questions 8-14)
- 2 Criterion E items (questions 15-20)

has/have a response from patient rated 'Moderately' or higher.

## Results

**Instructions:** In the past month, how much were you bothered by:

| Question | Patient Response | Score |
|---|---|---|
| **Criterion B (Intrusion)** | | |
| Repeated, disturbing, and unwanted memories of the stressful experience? | Quite a bit | 3 |
| Repeated, disturbing dreams of the stressful experience? | Quite a bit | 3 |



## PTSD Checklist for DSM-5

Alere Emotional Health LLC

Date:   October 8, 2023

Patient:  Darren Brown, DOB 12/30/1987

Suddenly feeling or acting as if the stressful experience were actually happening again (as if you were actually back there reliving it)? — Quite a bit — 3

Feeling very upset when something reminded you of the stressful experience? — Extremely — 4

Having strong physical reactions when something reminded you of the stressful experience (for example, heart pounding, trouble breathing, sweating)? — Quite a bit — 3

### Criterion C (Avoidance)

Avoiding memories, thoughts, or feelings related to the stressful experience? — Extremely — 4

Avoiding external reminders of the stressful experience (for example, people, places, conversations, activities, objects, or situations)? — Quite a bit — 3

### Criterion D (Negativity)

Trouble remembering important parts of the stressful experience? — Quite a bit — 3

Having strong negative beliefs about yourself, other people, or the world (for example, having thoughts such as: I am bad, there is something seriously wrong with me, no one can be trusted, the world is completely dangerous)? — Quite a bit — 3

Blaming yourself or someone else for the stressful experience or what happened after it? — Quite a bit — 3

Having strong negative feelings such as fear, horror, anger, guilt, or shame? — Quite a bit — 3

Loss of interest in activities that you used to enjoy? — Quite a bit — 3

Feeling distant or cut off from other people? — Moderately — 2

Trouble experiencing positive feelings (for example, being unable to feel happiness or have loving feelings for people close to you)? — A little bit — 1

### Criterion E (Arousal)

Irritable behavior, angry outbursts, or acting aggressively? — Extremely — 4



## PTSD Checklist for DSM-5

Alere Emotional Health LLC
Patient:  Darren Brown, DOB 12/30/1987

Date:  October 8, 2023

| | | |
|---|---|---|
| Taking too many risks or doing things that could cause you harm? | Not at all | 0 |
| Being "superalert" or watchful or on guard? | Extremely | 4 |
| Feeling jumpy or easily startled? | Moderately | 2 |
| Having difficulty concentrating? | Quite a bit | 3 |
| Trouble falling or staying asleep? | Moderately | 2 |
| | **Total** | |
| | **56** | |

Weathers, F.W., Litz, B.T., Keane, T.M., Palmieri, P.A., Marx, B.P., & Schnurr, P.P. (2013). The PTSD Checklist for DSM-5 (PCL-5). Scale available from the National Center for PTSD at www.ptsd.va.gov.

**Portal Submission:** Darren Brown submitted the PCL-5 via the client portal on October 8, 2023.



# Generalized Anxiety Disorder-7

Alere Emotional Health LLC                                                Date:  October 8, 2023
Patient:  Darren Brown, DOB 12/30/1987

## Scoring



| Total Score | Severity |
|---|---|
| 0-4 | Minimal Anxiety |
| 5-9 | Mild Anxiety |
| ✔ 10-14 | Moderate Anxiety |
| 15-21 | Severe Anxiety |

**Moderate Anxiety**

Additional assessment is indicated. Ongoing monitoring and/or active treatment is likely needed.

## Results

**Instructions:** For each question, think about how bothered you have been by the problem **over the last two weeks.**

| Question | Response | | | | Score |
|---|---|---|---|---|---|
| 1. Feeling nervous, anxious or on edge | Not at all | Several days | **More than half the days** | Nearly every day | 2 |
| 2. Not being able to stop or control worrying | Not at all | **Several days** | More than half the days | Nearly every day | 1 |
| 3. Worrying too much about different things | Not at all | **Several days** | More than half the days | Nearly every day | 1 |
| 4. Trouble relaxing | Not at all | Several days | **More than half the days** | Nearly every day | 2 |
| 5. Being so restless that it is hard to sit still | Not at all | **Several days** | More than half the days | Nearly every day | 1 |



# Generalized Anxiety Disorder-7

Alere Emotional Health LLC

Date:  October 8, 2023

Patient:  Darren Brown, DOB 12/30/1987

| | | | | | |
|---|---|---|---|---|---|
| 6. Becoming easily annoyed or irritable | Not at all | Several days | **More than half the days** | Nearly every day | 2 |
| 7. Feeling afraid as if something awful might happen | Not at all | **Several days** | More than half the days | Nearly every day | 1 |
| 8. How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Not difficult at all | **Somewhat difficult** | Very difficult | Extremely difficult | |

**Total**     10

Spitzer RL, Kroenke K, Williams JBW, Löwe B. A brief measure for assessing generalized anxiety disorder: the GAD-7. Arch Intern Med 2006;166:1092-1097. Copyright © 2002-2022 Pfizer Inc.

**Portal Submission:** Darren Brown submitted the GAD-7 via the client portal on October 8, 2023.



# Patient Health Questionnaire-9

Alere Emotional Health LLC

Patient:  Darren Brown, DOB 12/30/1987

Date:  October 8, 2023

## Scoring



Score
8

| Total Score | Depression Severity |
| --- | --- |
| 0-4 | Minimal Depression |
| 5-9 | Mild Depression |
| 10-14 | Moderate Depression |
| 15-19 | Moderately Severe Depression |
| 20-27 | Severe Depression |

### For Initial Diagnosis:

- If there are at least 4 selections in the highlighted section (including Questions #1 and #2), consider a depressive disorder. Add score to determine severity.
- Consider Major Depressive Disorder if there are at least 5 selections in the highlighted section (one of which corresponds to Question #1 or #2).
- Consider other Depressive Disorder if there are 2-4 selections in the highlighted section (one of which corresponds to Question #1 or #2).

Note: since the questionnaire relies on patient self-report, all responses should be verified by the clinician, and a definitive diagnosis is made on clinical grounds taking into account how well the patient understood the questionnaire, as well as other relevant information from the patient.

## Results

**Instructions:** Over the last 2 weeks, how often have you been bothered by the following problems?

| Question | Response | | | | Score |
| --- | --- | --- | --- | --- | --- |
| 1. Little interest or pleasure in doing things | Not at all | Several days | More than half the days | Nearly every day | 1 |
| 2. Feeling down, depressed, or hopeless | Not at all | Several days | More than half the days | Nearly every day | 1 |
| 3. Trouble falling or staying asleep, or sleeping too much | Not at all | Several days | More than half the days | Nearly every day | 1 |
| 4. Feeling tired or having little energy | Not at all | Several days | More than half the days | Nearly every day | 2 |



# Patient Health Questionnaire-9

Alere Emotional Health LLC                                    Date:  October 8, 2023
Patient:  Darren Brown, DOB 12/30/1987

| | | | | |
|---|---|---|---|---|
| 5. Poor appetite or overeating | Not at all | [Several days] | More than half the days | Nearly every day | 1 |
| 6. Feeling bad about yourself — or that you are a failure or have let yourself or your family down | Not at all | [Several days] | More than half the days | Nearly every day | 1 |
| 7. Trouble concentrating on things, such as reading the newspaper or watching television | Not at all | [Several days] | More than half the days | Nearly every day | 1 |
| 8. Moving or speaking so slowly that other people could have noticed? Or the opposite — being so fidgety or restless that you have been moving around a lot more than usual | [Not at all] | Several days | More than half the days | Nearly every day | 0 |
| 9. Thoughts that you would be better off dead or of hurting yourself in some way | [Not at all] | Several days | More than half the days | Nearly every day | 0 |
| 10. How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Not difficult at all | Somewhat difficult | [Very difficult] | Extremely difficult | |

**Total**    8

Kroenke K, Spitzer RL. The PHQ-9: a new depression diagnostic and severity measure. Psychiatric Annals 2002;32:509-521.
Copyright © 2002-2022 Pfizer Inc.

**Portal Submission:** Darren Brown submitted the PHQ-9 via the client portal on October 8, 2023.



# Progress Note

Alere Emotional Health LLC
Clinician: Anthony Gonzalez, LCSW
Patient:   Darren Brown, DOB 12/30/1987

Date and Time: 10/17/2023 12:00 PM - 1:00 PM
Duration:      60 minutes
Service Code:  90837
Location:      Main Office
Participants:  Client Only

## Diagnosis

F43.12      Post-Traumatic Stress Disorder, Chronic

## Current Mental Status

Orientation: X3: Oriented to Person, Place, and Time
General Appearance: Appropriate
Dress: Appropriate
Motor Activity: Unremarkable
Interview Behavior: Appropriate
Speech: Normal
Mood: Anxious
Affect: Congruent

Insight: Good
Judgment/Impulse Control: Good
Memory: Intact
Attention/Concentration: Good
Thought Process: Unremarkable
Thought Content: Appropriate
Perception: Unremarkable
Functional Status: Intact

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

## Subjective Report and Symptom Description

## Objective Content

## Interventions Used

The following interventions were used: Interactive Feedback, Relaxation/Deep Breathing, Exploration of Emotions, Exploration of Coping Patterns, DBT, Mindfulness Training, Supportive Reflection, Review of Treatment Plan/Progress, Psycho-Education, Prolonged Exposure Therapy, Exposure Therapy, and Validation.

## Treatment Plan Progress
**Objectives**

1.

Progress: Maintained

2.

Progress: Maintained

## Assessment / Additional Notes

## Plan



# Progress Note

Alere Emotional Health LLC
Clinician:   Anthony Gonzalez, LCSW
Patient:      Darren Brown, DOB 12/30/1987

Date and Time:   10/17/2023 12:00 PM - 1:00 PM
Duration:              60 minutes
Service Code:      90837
Location:             Main Office
Participants:        Client Only

Recommendation:  Continue current therapeutic focus

Prescribed Frequency of  Every 2 Weeks
Treatment:

Anthony Gonzalez, LCSW, Licensed Clinical Social Worker, License #9647 signed this note and declared this information to be accurate and complete on 10/17/2023 at 9:52 PM.



# Treatment Plan

Alere Emotional Health LLC
Clinician:  Anthony Gonzalez, LCSW
Patient:   Darren Brown, DOB 12/30/1987

Date and Time:  1/14/2024 10:12 AM

## Diagnosis

F43.12      Post-Traumatic Stress Disorder, Chronic

## Presenting Problem

Client presents with escalating symptoms supporting a PTSD diagnosis. Client reports consistent increase intensity of symptoms dating back over the past three months, however they have been moderately present over the past year. Client reports elevated anxiety while in cars, driving or as a passenger, particularly at intersections; hypervigilence and reactivity, avoidance of driving when possible, restlessness, nightmares (as reported by partner, as client does not remember dreams), struggling with focus and concentration, irritability. During the assessment, client scored a 56 on the PCL5. Client has experienced multiple critical incidents at work, including observing trespassers complete suicide, as well as serious collisions with cars. Client reports over 10 of these types of incidents in the past 5 years. Client also reported that almost one year ago he brother attempted to complete suicide, which may be influencing current psychological and emotional state. Client has also reported that his new work assignment has significantly exacerbated these symptoms, as the demands increase "close calls" and allows for far less recuperation time.

## Treatment Goal

G1: Client will achieve understanding of traumatic events and greater acceptance of self.
G2: Achieve ability to more effectively tolerate environmental stresses and regulate emotions related to acute stresses.

### Objective 1

O1: Client will develop effective resources and appropriate strategies that allow for re-experiencing, re-processing and reconsolodation of traumatic memories and sensations.
O2: Client will complete assigned In Vivo exercises that encourage exposure to objectively safe yet uncomfortable situations on a weekly basis.
O3: Client will develop new perspective on memories related to traumatic relationship that reinforces self-esteem and self-confidence.

Treatment Strategy / Intervention

- Cognitive Reframing; Estimated Completion: 6 months (7/14/2024).
- Communication Skills; Estimated Completion: 6 months (7/14/2024).
- DBT; Estimated Completion: 6 months (7/14/2024).
- EMDR; Estimated Completion: 6 months (7/14/2024).
- Exploration of Coping Patterns; Estimated Completion: 6 months (7/14/2024).
- Exploration of Emotions; Estimated Completion: 6 months (7/14/2024).
- Exploration of Relationship Patterns; Estimated Completion: 6 months (7/14/2024).
- Exposure Therapy; Estimated Completion: 6 months (7/14/2024).
- Guided Imagery; Estimated Completion: 6 months (7/14/2024).
- Interactive Feedback; Estimated Completion: 6 months (7/14/2024).
- Mindfulness Training; Estimated Completion: 6 months (7/14/2024).
- Prolonged Exposure Therapy; Estimated Completion: 6 months (7/14/2024).
- Psycho-Education; Estimated Completion: 6 months (7/14/2024).



# Treatment Plan

Alere Emotional Health LLC

Date and Time:  1/14/2024 10:12 AM

Clinician:  Anthony Gonzalez, LCSW
Patient:    Darren Brown, DOB 12/30/1987

- ◦ Relaxation/Deep Breathing; Estimated Completion: 6 months (7/14/2024).
- ◦ Review of Treatment Plan/Progress; Estimated Completion: 6 months (7/14/2024).
- ◦ Somatic Experiencing; Estimated Completion: 6 months (7/14/2024).
- ◦ Structured Problem Solving; Estimated Completion: 6 months (7/14/2024).
- ◦ Supportive Reflection; Estimated Completion: 6 months (7/14/2024).
- ◦ Symptom Management; Estimated Completion: 6 months (7/14/2024).
- ◦ Validation; Estimated Completion: 6 months (7/14/2024).

**Objective 2**

O1: Describe situations, thoughts, feelings and actions associated with anxieties and worries, their impact on functiong and efforts to resolve them.
O2: Learn and implement calming skills to reduce overall anxiety and manage anxiety symptoms.
O3: Identify, challenge and replace biased, fearful self-talk with empowering, realistic and actionable internal narrative.

Treatment Strategy / Intervention

- ◦ Cognitive Reframing; Estimated Completion: 6 months (7/14/2024).
- ◦ Communication Skills; Estimated Completion: 6 months (7/14/2024).
- ◦ DBT; Estimated Completion: 6 months (7/14/2024).
- ◦ EMDR; Estimated Completion: 6 months (7/14/2024).
- ◦ Exploration of Coping Patterns; Estimated Completion: 6 months (7/14/2024).
- ◦ Exploration of Emotions; Estimated Completion: 6 months (7/14/2024).
- ◦ Exploration of Relationship Patterns; Estimated Completion: 6 months (7/14/2024).
- ◦ Exposure Therapy; Estimated Completion: 6 months (7/14/2024).
- ◦ Guided Imagery; Estimated Completion: 6 months (7/14/2024).
- ◦ Interactive Feedback; Estimated Completion: 6 months (7/14/2024).
- ◦ Mindfulness Training; Estimated Completion: 6 months (7/14/2024).
- ◦ Prolonged Exposure Therapy; Estimated Completion: 6 months (7/14/2024).
- ◦ Psycho-Education; Estimated Completion: 6 months (7/14/2024).
- ◦ Relaxation/Deep Breathing; Estimated Completion: 6 months (7/14/2024).
- ◦ Review of Treatment Plan/Progress; Estimated Completion: 6 months (7/14/2024).
- ◦ Somatic Experiencing; Estimated Completion: 6 months (7/14/2024).
- ◦ Structured Problem Solving; Estimated Completion: 6 months (7/14/2024).
- ◦ Supportive Reflection; Estimated Completion: 6 months (7/14/2024).
- ◦ Symptom Management; Estimated Completion: 6 months (7/14/2024).
- ◦ Validation; Estimated Completion: 6 months (7/14/2024).

## Prescribed Frequency of Treatment

As Needed



# Treatment Plan

Alere Emotional Health LLC

Clinician:   Anthony Gonzalez, LCSW

Patient:   Darren Brown, DOB 12/30/1987

Date and Time:   1/14/2024 10:12 AM

I declare that these services are medically necessary and appropriate to the recipient's diagnosis and needs.

Anthony Gonzalez, LCSW, Licensed Clinical Social Worker, License 9647, signed this note and declared this information to be accurate and complete on 1/14/2024 at 10:12 AM.

# *EXHIBIT-6*

*FMLA MEDICAL CERTIFICATION- ANTHONY GONZALEZ, LCSW*



Darren Brown
1400 VILLAGE BLVD APT 1032
WEST PALM BEACH FL 33409-2850

September 27, 2023
Brightline Holdings LLC. and its
subsidiaries
Leave No: AC-23-601407

Dear Darren Brown:

Thank you for submitting your leave request on 9/27/2023 to Standard Insurance Company (The Standard), administrator of the leave program for Brightline Holdings LLC. and its subsidiaries. We have recorded the following information regarding your leave:

Leave Reason: Employees Own Illness or Injury
Start Date Requested: 9/27/2023
End Date Requested: 10/3/2023

You meet the eligibility requirements for the following leave laws and/or policies (Entitlement):

Federal FMLA                          9 weeks

Your available leave time is current as of the date of this letter. If approved, your requested leave will be counted against your entitlement under the leave laws and/or policies listed.

**Your provider must complete and sign the enclosed form. We need to receive it by 10/12/2023 (Due Date).**

- **Certification of Health Care Provider for Employee's Serious Health Condition form**

Fax or mail the requested information to us at:

Standard Insurance Company
P.O. Box 3877
Portland, OR 97208
Fax: 866.751.5174

If you are unable to return this information to us by the 10/12/2023, contact us immediately. If not received by the 10/12/2023, or it does not support your request for leave, your leave will not be approved and your time away from work may not be job-protected under the applicable leave laws and/or policies.

**What You Need To Do**

The following information will help guide you through the leave process. You may want to keep it for your records.

1. **Submit the completed Certification form by 10/12/2023.**

Your provider must complete, sign, and return the enclosed Certification to us by 10/12/2023. It is your responsibility to make sure that this information is returned on time.

**2. Notify The Standard if anything changes**

Notify us if the circumstances of your leave changes, you need additional absence dates (including intermittent dates) or you need to cancel or postpone absence dates. If you're able to return to work earlier than expected, notify us at least two workdays prior so that we can coordinate a smooth transition of your job duties.

**You must follow your employer's regular policies and procedures, including timely notification of your absences. Failure to do so may result in a delay or denial of your requested absence.**

**3. Notify Brightline Holdings LLC.**

Contact your supervisor/manager periodically about your leave status. Also, keep your contact information current, while you are out on leave.

**How Your Leave Entitlement Is Calculated**

If you have FMLA leave, you have a right to up to 12 weeks of unpaid, job-protected leave in a 12-month period. If your leave is covered by other laws or by your employer, you have a right to the amount of leave allowed by those applicable laws and/or policies. The amount of time you are currently entitled to reflects the amount of time allowed and any time you may have already used in the current period.

If your leave is approved, your time away will be counted against your annual leave entitlement.

To track FMLA leave entitlement, the 12-month period is calculated as:

- a "rolling" 12-month period measured backward from the date of any government-mandated leave usage

If you are eligible under leave laws and/or policies other than FMLA, your annual leave entitlement may be based on a different calendar method than the one described above.

## What Happens To Your Pay And Benefits

**Use Of Paid Time**

Family medical leave is unpaid. You must use your available sick, vacation and/or other paid time during your absence, unless prohibited by applicable state leave law.

If you receive paid time (e.g. sick pay, vacation pay, PTO), this time will also be considered protected FMLA or government-mandated leave and will be counted against your leave entitlement under these policies/laws.

**Health Insurance**

Contact your HR Representative to make arrangements for continuation of payment for your portion of the premium payments for your health insurance to maintain your health insurance benefits while you are on leave. You have a minimum 30-day grace period in which to make premium payments. If payment is not made timely, your group health insurance could be cancelled in the event your employer has notified you in writing at least 15 days before the date your health coverage will lapse, or, at your employer's option, they may pay your share of the premiums during leave and recover these payments from you at the end of your approved leave.

If your leave is approved under FMLA, your health benefits must be maintained during any period of leave under the same conditions as if you continued to work. If you do not return to work at the end of an FMLA leave, you may be required to repay any health insurance premiums which were paid on your behalf by Brightline Holdings LLC. during your leave.

**Standard Insurance Company**

866.756.8116 Tel  866.751.5174 Fax
PO Box 3877  Portland OR 97208

**Certification of Health Care Provider for
Employee's Serious Health Condition**

| Employee's Name | Date of Birth |
|---|---|
| Darren Brown | 12/30/1987 |

*INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested leave under the FMLA and/or other leave laws or policies.
Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition,
treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the
patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine coverage.
Limit your responses to the condition for which the employee is seeking leave.  Please be sure to sign the form on the last page.*

NOTE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II
from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this
law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical
information. "Genetic Information" as defined by GINA, includes an individual's family medical history, the results of an individual's or
family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and
genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or
family member receiving assistive reproductive services.

---

**PART A:  MEDICAL FACTS**

1. Approximate date condition commenced: ___9/1/2023___  Probable duration of condition: ___6 months___

   Mark below as applicable:

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?  ☐ Yes  ☒ No

   If so, dates of admission: NA _____

   Date(s) you treated the patient for condition: ___9/27/23, 10/4/23___

   Will the patient need to have treatment visits at least twice per year due to the condition? ☒ Yes  ☐ No

   Was medication, other than over-the-counter medication, prescribed?  ☐ Yes  ☒ No

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?  ☐ Yes  ☒ No

   If so, state the nature of such treatments and expected duration of treatment: ___NA___

2. Is the medical condition pregnancy?  ☐ Yes  ☒ No  If so, expected delivery date: ___NA___

3. If the employee has provided you with a list of essential functions or a copy of his/her job description, please use that information
   to answer this question. If the employer has not provided that information, please answer these questions based upon the
   employee's own description of his/her job functions.

   Is the employee able to perform the essential functions of his/her job:  ☒ Yes  ☐ No

   If no, identify the job functions the employee is unable to perform: It is recommended that Mr. Brown be limited in
   performing the full trip to Orlando, as this is the primary exacerbating factor at this time.

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may
   include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):
   Mr. Brown is experiencing a strong onset of symptoms, including persistent intrusive thoughts, nightmares, feeling of dread when
   reminded of traumatic events, strong physiological responses, strong feelings of anxiety, anhedonia, moderate difficulty with
   concentration, hypervigilance and reactivity to environmental stresses, irritability and difficulty sleeping over the past month.
   This is onset following a history of experiencing 10+ critical incidents on the job over the past 5 years.

**PART B:  AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for
   treatment and recovery?  ☐ Yes  ☒ No

   If so, estimate the beginning and ending dates for the period of incapacity: Recommending intermittent leave to address
   current mental health needs.

---

SI 14564          L# AC-23-601407          1 of 2          CL#          (12/12)

**Standard Insurance Company**

866.756.8116 Tel   866.751.5174 Fax
PO Box 3877   Portland OR 97208

**Certification of Health Care Provider for**
**Employee's Serious Health Condition**

---

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ☒ Yes ☐ No

If so, are the treatments or the reduced number of hours of work medically necessary? ☒ Yes ☐ No

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:  Mr. Brown is recommended to participate in a minimum of weekly psychotherapy sessions targeted at addressing the accumulative trauma experiences resulting in current presenting symptoms. Mr. Brown is recommended to participate in a minimum of three months of treatment to address current symptoms negatively impacting his quality of life and ability to function optimally in the work environment.

Estimate the part-time or reduced work schedule the employee needs, if any:

__8__ hour(s) per day; __5__ days per week from __10/10/23__ through __12/31/23__

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ☒ Yes ☐ No

Is it medically necessary for the employee to be absent from work during the flare-ups? ☒ Yes ☐ No

If so, explain:  If or when Mr. Brown is experiencing a period of increased anxiety or difficulty emotionally regulating, it is recommended that he be provided the opportunity to adjust his work schedule as needed, in cooperation with supervisory staff. The potential for symptomatic flare ups support access to intermittent leave as needed.

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: __1__ times per __NA__ week(s) __1__ month(s)

Duration: __2-4__ hours or __1__ day(s) per episode

---

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

Part A, Question 4: Mr. Brown is currently exhibiting symptoms of Post Traumatic Stress Disorder, which seems to have been exacerbated by the onset of new work demands, specifically the long and demanding trip between the Miami and Orlando stations. Mr. Brown has experienced exposure to 10+ critical incidents in the past 5 years, including being involved with multiple fatal trespasser strikes. These accumulative stresses have impacted Mr. Browns mental state, causing significant intrusive thoughts, increased reactivity while in his car, nightmares, heightened anxiety and feelings of dread, irritable mood and restlessness. At the assessment completed in October 4, 2023, Mr. Brown was administered the PCL-5 and scored 56. This indicates a high likelihood of PTSD symptoms and likely benefit from psychological intervention.

---

Health Care Provider's Name  **Anthony Gonzalez, LCSW, QS**

| Address  1016 Clare Ave, Suite 5 | City  West Palm Beach | State  FL | ZIP  33401 |
|---|---|---|---|

| Phone No.  561-703-2660 | Fax No.  561-763-7407 |
|---|---|

Specialty/Type of Practice  Outpatient Mental Health

I certify that the information on this form is accurate and truthful to the best of my knowledge.

| Signature of Health Care Provider  *Anthony Gonzalez, LCSW, ACHP-SW, QS* | Date  10/10/23 |
|---|---|

**Standard Insurance Company**
PO Box 3877   Portland OR 97208
866.756.8116 Tel  866.751.5174 Fax

**Authorization to Release Health Information**
**Leave of Absence**

## NOTICE TO THE EMPLOYEE ABOUT USE OF THIS AUTHORIZATION

As you may know, the federal Family and Medical Leave Act (FMLA) permits an employer or leave administrator to contact an employee's health care provider, with the employee's permission, for the purpose of clarifying or authenticating an otherwise complete and sufficient FMLA medical certification. For FMLA purposes, "clarifying" means to understand the meaning of a response or to understand the handwriting and "authenticating" means to provide the health care provider with a copy of the medical certification to verify the information on the form.

To help streamline FMLA administration and minimize the need to contact you during an FMLA leave, we have developed the attached FMLA Authorization. By signing the Authorization, you provide Standard Insurance Company (The Standard) permission to contact your health care provider to clarify and/or authenticate medical certifications under FMLA. You are not required to complete and sign the Authorization for The Standard to process your request for FMLA leave. However, completing and signing the Authorization now may shorten the time it takes to clarify or authenticate a medical certification later.

If you decide to sign the Authorization now, you may still revoke it at any time. In addition, before contacting your health care provider to clarify and/or authenticate a medical certification, we will notify you in writing and explain the: (1) specific reason(s) we want to clarify and/or authenticate the certification; (2) information required to clarify and/or authenticate the certification; and (3) time period within which you and/or your health care provider must provide the information needed to clarify and/or authenticate the certification.

If you would like us to authorize now any future FMLA clarification or authentication, please review the Authorization carefully and complete, sign and return the Authorization to the address above.



# PTSD Checklist for DSM-5

Alere Emotional Health LLC

Patient:  Darren Brown, DOB 12/30/1987

Date:  October 8, 2023

## Scoring



Score **56**

| Criterion | Threshold | Count |
|---|---|---|
| B - Intrusion | Threshold 1+ | 5 |
| C - Avoidance | Threshold 1+ | 2 |
| D - Negativity | Threshold 2+ | 6 |
| E - Arousal | Threshold 2+ | 5 |

**Provisional diagnosis by summing all 20 items (range 0-80) and using a cut-point score:**

**Scores 31-33 or higher**

A total score of 31-33 or higher suggests the patient may benefit from PTSD treatment. Keeping the goal of the assessment in mind, it may make sense to lower the cut-point score to maximize the detection of possible cases needing additional services or treatment. A higher cut-point score should be considered when attempting to minimize false positives. The patient can either be referred to a PTSD specialty clinic or be offered an evidence-based treatment for PTSD such as Prolonged Exposure (PE), Cognitive Processing Therapy (CPT), or Eye Movement Desensitization and Reprocessing (EMDR).

**Provisional diagnosis by cluster scoring:**

Provisional diagnosis can be considered if by treating each item rated as 2 ('Moderately') or higher as a symptom endorsed, then following the DSM 5-TR diagnostic rule which requires at least:

- 1 Criterion B item (questions 1-5)
- 1 Criterion C item (questions 6-7)
- 2 Criterion D items (questions 8-14)
- 2 Criterion E items (questions 15-20)

has/have a response from patient rated 'Moderately' or higher.

## Results

**Instructions:** In the past month, how much were you bothered by:

| Question | Patient Response | Score |
|---|---|---|
| **Criterion B (Intrusion)** | | |
| Repeated, disturbing, and unwanted memories of the stressful experience? | Quite a bit | 3 |
| Repeated, disturbing dreams of the stressful experience? | Quite a bit | 3 |



# PTSD Checklist for DSM-5

Alere Emotional Health LLC

Date:  October 8, 2023

Patient:  Darren Brown, DOB 12/30/1987

| | | |
|---|---|---|
| Suddenly feeling or acting as if the stressful experience were actually happening again (as if you were actually back there reliving it)? | Quite a bit | 3 |
| Feeling very upset when something reminded you of the stressful experience? | Extremely | 4 |
| Having strong physical reactions when something reminded you of the stressful experience (for example, heart pounding, trouble breathing, sweating)? | Quite a bit | 3 |

**Criterion C (Avoidance)**

| | | |
|---|---|---|
| Avoiding memories, thoughts, or feelings related to the stressful experience? | Extremely | 4 |
| Avoiding external reminders of the stressful experience (for example, people, places, conversations, activities, objects, or situations)? | Quite a bit | 3 |

**Criterion D (Negativity)**

| | | |
|---|---|---|
| Trouble remembering important parts of the stressful experience? | Quite a bit | 3 |
| Having strong negative beliefs about yourself, other people, or the world (for example, having thoughts such as: I am bad, there is something seriously wrong with me, no one can be trusted, the world is completely dangerous)? | Quite a bit | 3 |
| Blaming yourself or someone else for the stressful experience or what happened after it? | Quite a bit | 3 |
| Having strong negative feelings such as fear, horror, anger, guilt, or shame? | Quite a bit | 3 |
| Loss of interest in activities that you used to enjoy? | Quite a bit | 3 |
| Feeling distant or cut off from other people? | Moderately | 2 |
| Trouble experiencing positive feelings (for example, being unable to feel happiness or have loving feelings for people close to you)? | A little bit | 1 |

**Criterion E (Arousal)**



# PTSD Checklist for DSM-5

Alere Emotional Health LLC

Date:  October 8, 2023

Patient:  Darren Brown, DOB 12/30/1987

| | | |
|---|---|---|
| Irritable behavior, angry outbursts, or acting aggressively? | Extremely | 4 |
| Taking too many risks or doing things that could cause you harm? | Not at all | 0 |
| Being "superalert" or watchful or on guard? | Extremely | 4 |
| Feeling jumpy or easily startled? | Moderately | 2 |
| Having difficulty concentrating? | Quite a bit | 3 |
| Trouble falling or staying asleep? | Moderately | 2 |
| | **Total** | |
| | **56** | |

Weathers, F.W., Litz, B.T., Keane, T.M., Palmieri, P.A., Marx, B.P., & Schnurr, P.P. (2013). The PTSD Checklist for *DSM-5* (PCL-5). Scale available from the National Center for PTSD at www.ptsd.va.gov.

**Portal Submission:** Darren Brown submitted the PCL-5 via the client portal on October 8, 2023.

# *EXHIBIT - 7*

*TEXT MESSAGES WITH SUPERVISORS REGARDING FMLA AND "MENTAL HEALTH DAYS"*

Dec 1, 2021 at 15:59

12/4 was denied. I can do Sat 12/18 for mental health? Or I can change a PTO day the week of 12/27 into a mental health. Please advise.

Ill take 12/18

Thanks a lot

Mar 31, 2022 at 08:48

Good morning Manny, if you have the man power can I use my 2022 mental health day for tomorrow

Mar 31, 2022 at 10:28

Good morning Darren. Unfortunately I can't support PTO for tomorrow.

Ok I understand

Thank you

Sorry wasn't trying to call

Apr 12, 2022 at 10:27

Hey manny was only one day approved?

If I can't get them both can I just take them both out

Both were approved.

Oh ok

Sweet!!!!!

May 1, 2022 at 15:42

Good afternoon Darren. Unfortunately I can't approve your PTO request for tomorrow.

Ok

May 4, 2022 at 08:28

GM Manny,

I need to cancel my PTO for 5/13 and 5/16 please

GM. Done.

Thank you

May 24, 2022 at 13:04

Good Afternoon Manny,

I spoke with one of your managers  (John White) and Bridgette about needing a few weeks off because I have a baby boy that's being born in Chicago. Bridgette suggested that I reach out to you as well. I'm just looking for two weeks personal leave starting on Monday so I can fly to Chicago and be there for the birth after that I can use FMLA once he is born if I need more time. As always thanks for always doing the best you can to accommodate everyone.

Good afternoon Darren. I'll follow up with Bridgette and get back to you tomorrow.

May 20, 2022 at 00:24

Good morning. With the implementation of schedule C1, you will remain on call tomorrow. Thank you.

Ok thanks

Jun 14, 2022 at 15:53

Hey buddy. I hope you're doing well. I just wanted to touch base with you about the week of July 4th. I'm showing you off that week and wanted to verify.

Jun 14, 2022 at 17:24

Yes

Jun 18, 2022 at 14:37

My FMLA as approved

Are you showing me off until July 31?

I received notice you are eligible for FMLA until July 31st, but had not been told you'd be taking it all. Is that the case?

I just talked to them

Maybe I misunderstood

That's how long I request through the standard

No problem, you got it. You doing ok? I haven't heard anything.

Yea that's what I applied for but wasn't going to take it all

# *EXHIBIT - 8*

*COMPOSITE FATAL-INCIDENT SUMMARY TABLE*

in the response, observe the remains, and communicate with dispatch while still in psychological shock. He was not removed from service and did not receive decompression support.

8. **February 16, 2022 – Lake Worth Beach, FL (Vehicle Collision – Car Split in Two)**
   A Brightline train collided with a vehicle that was split completely in half upon impact. Plaintiff was required to walk through burning debris, melted car parts, fuel, and human tissue to inspect the train. The fire risk was significant. No PPE, biohazard protection, or medical clearance procedures were offered.

9. **December 28, 2024 – Delray Beach, FL (Train–Fire Rescue Truck Collision)**
   A Brightline train collided with a Delray Beach Fire Rescue truck, tearing the vehicle into three pieces and hospitalizing the crew. Plaintiff, while not directly operating this train, was involved in the response, exposed to wreckage and trauma. Brightline failed to test crews for impairment or offer critical incident support in violation of federal law.

10. **Other Incidents & Cumulative Exposure (2018–2025)**
   In addition to the above, Plaintiff was involved in or exposed to at least six other traumatic incidents, including:

    a. Near-miss collisions where vehicles narrowly avoided impact.
    b. Post-incident inspections requiring exposure to remains, fluids, or hazardous debris.
    c. Serving on trains where coworkers were involved in fatalities and learning about the deaths firsthand.
    d. Cleaning duties and photo documentation involving blood, organs, and body parts.

Over the course of his employment, Plaintiff estimates being involved in at least **16 separate fatal events** or catastrophic incidents. Each exposure compounded the psychological trauma and contributed to his chronic Post-Traumatic Stress Disorder (PTSD), as documented by Brightline's trauma specialist and multiple law enforcement records.

# *EXHIBIT - 9*

*HOLLYWOOD / DENNIS CONRAD "SECOND -TRAIN" FATALITY FILE*

| | INCIDENT/INVESTIGATION REPORT | |
|---|---|---|

**Agency Name:** Hollywood Police Department

**ORI:** 0060500

**Case#:** 33-1811-177967
**Date / Time Reported:** 11/23/2018 18:57 Fri
**Last Known Secure:** 11/23/2018 18:57 Fri
**At Found:** 11/23/2018 18:57 Fri

**Location of Incident:** 2100 LINCOLN ST/N DIXIE HWY, Hollywood FL
**Gang Relat:** NO
**Premise Type:** Air/bus/train
**Zone/Tract:** 3309

**I N C I D E N T   D A T A**

| | Crime Incident(s) | (Com) | Weapon / Tools | | Activity |
|---|---|---|---|---|---|
| #1 | Death Investigation DEAT | | Entry | Exit | Security |
| #2 | Crime Incident | ( ) | Weapon / Tools | | Activity |
| | | | Entry | Exit | Security |
| #3 | Crime Incident | ( ) | Weapon / Tools | | Activity |
| | | | Entry | Exit | Security |

**MO**

**VICTIM**

**# of Victims** 0 **Type:** **Injury:** **Domestic:** NO

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

**Home Address** | **Email** | **Home Phone**
**Employer Name/Address** | **Business Phone** | **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) WI = Witness IO = Involved Other RP = Reporting Person (if other than victim)

Type: INDIVIDUAL (NOT A LE OFFICER) Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | MOSSER, CHRISTOPHER ALAN | | 12/28/1978 Age 39 | W | M | | Resident | |

**Home Address** 601 15TH ST - C WEST PALM BEACH, FL 33401 | **Email** | **Home Phone** 305-521-4801
**Employer Name/Address** BRIGHTLINE (ENGINEER) | **Business Phone** | **Mobile Phone**

Type: INDIVIDUAL (NOT A LE OFFICER) Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | BRENT, TOMMIE | | 02/25/1964 Age 54 | W | M | | Non-Resident | |

**Home Address** 2365 NE 173RD ST N. MIAMI BEACH, FL 33160 | **Email** | **Home Phone** 305-521-4700
**Employer Name/Address** BRIGHTLINE (INVESTIGATOR) | **Business Phone** 954-332-0897 | **Mobile Phone**

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 25 | EVID | $0.00 | | 1 | WALLET | | |
| | 77 | EVID | $0.00 | | 1 | FL DL | | |
| | 06 | EVID | $0.00 | | 1 | EYE GLASSES | | |
| | 77 | EVID | $0.00 | | 1 | KEY | | |

**Officer/ID#** TRUNTZ, N. (3543)
**Invest ID#** KEOUGH, S. (2630)
**Supervisor** CAMPBELL, B. (2960)

**Status** | **Complainant Signature** | **Case Status** Inactive 01/14/2019 | **Case Disposition:** | Page 1

R_CS1IBR | Printed By: HW3834, hw3834 | Sys#: 923505 | 08/19/2025 15:41

## Incident Report Additional Name List

*Hollywood Police Department*

OCA: *33-1811-177967*

---

### Additional Name List

---

| | Name Code/# | | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| **1)** | *WI* | *1* | *CANIZA, STELLA MARIS* | | *10/09/1972* | *46* | *W* | *F* |
| | Address | | *1107 CUMMINGS ST , LEHIGH ACRES, FL 33974-* | | H: *786-307-6036* | | | |
| | Empl/Addr | | | | B: *- -* | | | |
| | | | | | Mobile #: *- -* | | | |
| **2)** | *IO* | *3* | *BROWN, DARREN JOSEPH J* | | *12/30/1987* | *30* | *B* | *M* |
| | Address | | *801 S OLIVE AV Apt. 120, WEST PALM BEACH, FL 33401* | | H: *305-521-4700* | | | |
| | Empl/Addr | | *Brightline Train* | | B: *305-521-4800* | | | |
| | | | | | Mobile #: *- -* | | | |
| **3)** | *IO* | *4* | *CONRAD, DENNIS LEE* | | *09/05/1951* | *67* | *W* | *M* |
| | Address | | *1118 N 15TH AV Apt. 8, HOLLYWOOD, FL 33020-* | | H: *- -* | | | |
| | Empl/Addr | | | | B: *- -* | | | |
| | | | | | Mobile #: *- -* | | | |

---

# INCIDENT/INVESTIGATION REPORT

*Hollywood Police Department*

Case # *33-1811-177967*

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found | | | | | |
|---|---|---|---|---|---|---|

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*KEOUGH, S. (2630),  ZEIDELL, A. (3340)*

Suspect Hate / Bias Motivated:    *01*

# INCIDENT/INVESTIGATION REPORT

*Hollywood Police Department*

Narr. (cont.)  OCA: 33-1811-177967

N A R R A T I V E

## REPORTING OFFICER NARRATIVE

| | | |
|---|---|---|
| *Hollywood Police Department* | | OCA<br>*33-1811-177967* |
| Victim | Offense<br>*DEATH INVESTIGATION* | Date / Time Reported<br>*Fri 11/23/2018 18:57* |

ON 11/23/2018 AT APPROXIMATELY 1857 HOURS, I RESPONDED TO LINCOLN ST AND N DIXIE HWY IN REFERENCE TO ACCIDENT WITH INJURIES INVOLVING A PEDESTRIAN AND TRAIN.

UPON ARRIVAL, I OBSERVED THE VICTIM, UNIDENTIFIED WHITE MALE AT THIS TIME, WAS DECEASED AT APPROXIMATELY 1857 HOURS. A CRIME SCENE WAS IMMEDIATELY ESTABLISHED. I OBSERVED THE VICTIM TO BE LOCATED ON IN THE MIDDLE OF THE RAIL ROAD TRACKS AT THE INTERSECTING ROADS OF LINCOLN ST AND N DIXIE HWY. I ALSO OBSERVED THE VICTIM WHO SHOWED OBVIOUS SIGNS OF PASSING. THE VICTIM`S BODY WAS MUTILATED IN PIECES. THE VICTIM WAS WEARING BLUE JEAN PANTS, BLACK T-SHIRT. I ALSO OBSERVED TO THE SOUTH OF THE VICTIM WAS HIS LEG, AND PARTIAL FOOT.

LET IT BE NOTED THAT A BROWN WALLET, FL DL, BROWN EYE GLASSES, AND KEY WHERE FOUND IN THE AREA OF THE VICTIM.

CONTACT WAS MADE WITH THE CONDUCTOR, DARREN BROWN AND THE ENGINEER, CHRIS MOSSER, BOTH ADVISED THE FOLLOWING: THE BRIGHT-LINE TRAIN WAS TRAVELING SOUTHBOUND AT APPROXIMATELY 79 MPH AND OBSERVED THE VICTIM WALKING FROM THE EAST TO WEST CROSSING THE TRACKS. AS THE TRAIN WAS TRAVELING SOUTHBOUND ON THE WEST-MAIN TRACK THE VICTIM DOVE HEAD FIRST ONTO THE TRAVELING LANE OF THE TRAIN WHEN THE TRAIN STRUCK HIM.

CONTACT WAS MADE WITH THE WITNESS, STELLA CANIZA, SHE ADVISED THAT SHE WAS AT THE STOP SIGN OF N 21ST AVE AND LINCOLN ST WHEN SHE OBSERVED THE VICTIM WALKING FROM EAST TO WEST TOWARDS THE TRACKS. THE VICTIM DOVE HEAD FIRST ON TO THE TRACKS WHEN THE TRAIN STRUCK THE VICTIM.

IT SHOULD BE NOTED THAT SGT. CAMPBELL AND SGT. SCHEEL RESPONDED TO THE SCENE.

LET IT BE NOTED THAT LT. SCHWEIGHARDT WAS NOTIFIED OF THE INCIDENT.

DETECTIVE KEOUGH RESPONDED TO THE SCENE.   SEE HIS SUPPLEMENTAL REPORT FOR FURTHER.

CRIME SCENE TECH A. ZEIDELL RESPONDED AND PROCESSED THE SCENE. SEE HER SUPPLEMENTAL REPORTS FOR FURTHER.

BRIGHT-LINE INDEPENDENT CLAIM ADJUSTER, TOM BRENT, RESPONDED TO THE SCENE. SEE HIS SUPPLEMENTAL REPORT FOR FURTHER.

MEDICAL EXAMINER ANNE BOGEN, BADGE # 1717, WAS REQUESTED AND RESPONDED TO THE SCENE.

BODY REMOVAL SERVICE TECHS` STEVEN CELONA BADGE #133 AND JEREMY CURRY BADGE #138, 954-943-8844, RESPONDED TO TRANSPORT THE VICTIM TO THE MEDICAL EXAMINERS` OFFICE.

# Incident Report Related Property List

*Hollywood Police Department*

OCA: *33-1811-177967*

| 1 | Property Description WALLET | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | Color Brown | Serial No. | | Value $0.00 | Qty 1.000 | | Unit | Jurisdiction Locally |
| | Status Evidence | Date 11/23/2018 | NIC # | | State # | | Local # | OAN |
| | Name (Last, First, Middle) Conrad, Dennis Lee | | | | DOB 09/05/1951 | | Age 67 | Race W | Sex M |

Notes
   MISC PAPER AND CARDS

| 2 | Property Description FL DL | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | Color White | Serial No. | | Value $0.00 | Qty 1.000 | | Unit | Jurisdiction Locally |
| | Status Evidence | Date 11/23/2018 | NIC # | | State # | | Local # | OAN |
| | Name (Last, First, Middle) Conrad, Dennis Lee | | | | DOB 09/05/1951 | | Age 67 | Race W | Sex M |

Notes

| 3 | Property Description EYE GLASSES | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | Color Brown | Serial No. | | Value $0.00 | Qty 1.000 | | Unit | Jurisdiction Locally |
| | Status Evidence | Date 11/23/2018 | NIC # | | State # | | Local # | OAN |
| | Name (Last, First, Middle) Conrad, Dennis Lee | | | | DOB 09/05/1951 | | Age 67 | Race W | Sex M |

Notes

| 4 | Property Description KEY | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | Color Silver | Serial No. | | Value $0.00 | Qty 1.000 | | Unit | Jurisdiction Locally |
| | Status Evidence | Date 11/23/2018 | NIC # | | State # | | Local # | OAN |
| | Name (Last, First, Middle) Conrad, Dennis Lee | | | | DOB 09/05/1951 | | Age 67 | Race W | Sex M |

Notes



# INVESTIGATION REPORT
## Office of Medical Examiner & Trauma Services, Broward County,
### 5301 SW 31 Avenue, Fort Lauderdale, FL 33312

**ME CASE NUMBER:** BME2018-3389    **PATHOLOGIST:** Stephen Robinson, MD    **INVESTIGATOR:** Anne Bogen

**DECEDENT NAME:** Dennis Lee Conrad    **IDENTIFIED BY:** Police    **IDENTIFIED MEANS:**
**DATE OF BIRTH:** 09/05/1951    **AGE** 67 **RACE** White    **SEX** Male    **OCCUPATION:**
**HOME ADDRESS:** 1118 N 15 Ave
Suite Apt. 8
Hollywood, FL 33020

**REPORTED BY:** Police    **DATE REPORTED:** 11/24/2018    **TIME REPORTED:** 01:15
**AGENCY:** Hollywood Police    **REPORTEE:** . Det S. Keough
**CASE/MR #:** 18-3389    **PHONE:**

**REPORTED BY:**
**AGENCY:**    **REPORTEE:**
**CASE/MR #:**    **PHONE:**

**PLACE OF INJURY:** Railroad    **DATE OF INJURY:** 11/23/2018    **TIME OF INJURY:** 18:57
**INJURY ADDRESS:** S/B FEC Tracks, West Rail  at Lincoln  St    **INJURY AT WORK:** No
Hollywood, FL 33020

**TRANSPORTATION** Yes    **DECEDENT STATUS:** Pedestrian    **TYPE OF VEHICLE:** Other
**INJURY:**
**LAST KNOWN ALIVE:** 11/23/2018    **TIME:**    18:57    **FOUND:**    No

**PLACE OF DEATH:** Railroad    **DATE OF DEATH:** 11/23/2018    **TIME OF DEATH:** 18:57

**DEATH ADDRESS:** S/B FEC Tracks, West Rail  at Lincoln  St
**or FACILITY:** Hollywood, FL 33020

**SCENE RESPONSE** Yes    **NAME:** Anne Bogen
**TIME:** **DISPATCHED:** 12/23/18 19:38    **ARRIVAL:**    11/23/18 20:13
**DEPARTURE:** 11/23/18 22:45    **ARRIVAL @ ME:**
No    **NAME:**
**TIME:** **DISPATCHED:**    **ARRIVAL:**
**DEPARTURE:**    **ARRIVAL @ ME:**

**PRIMARY CARE**
**PHYSICIAN:**    **PHYSICIAN PHONE#:**    **WILLING TO SIGN:** No
**TRANSPORTED BY:** RTS of Broward    **DATE:** 11/23/2108    **TIME:** 20:00

**INVESTIGATOR NARRATIVE:**

Apparent suicide by train.

Page 1 of 4



# INVESTIGATION REPORT
## Office of Medical Examiner & Trauma Services, Broward County,
### 5301 SW 31 Avenue, Fort Lauderdale, FL 33312

**ME CASE NUMBER:** BME2018-3389     **PATHOLOGIST:** Stephen Robinson, MD     **INVESTIGATOR:** Anne Bogen

**DECENT NAME:** Dennis Lee Conrad         **IDENTIFIED BY:**  Police          **IDENTIFIED MEANS:**
**DATE OF BIRTH:**     09/05/1951      **AGE** 67  **RACE** White    **SEX** Male     **OCCUPATION:**
**HOME ADDRESS:**   1118 N 15 Ave
Suite Apt. 8
Hollywood, FL 33020

Independent witness to incident verifies train personnel details of decedent stepping on to tracks as Bright line train approached at approx. 79 MPH.  Wallet with ID found on tracks.
Video to be downloaded and brought to ME's office on Monday. Details to follow.

Note:
Due to a communication's error as Investigator Bogen and other police personnel were on the tracks conducting the scene portion of this case, a second Brightline train suddenly approached at 79 MPH and caused personnel to immediately get off the tracks.  The decedents Body had not been removed from within the rail gauge and thus was run over by the second train.   No major additional damage was observed to the decedent's body as a result of the second train.  Chief Investigator T. Steinkamp was notified of this event.

More to follow.

Update by Invest. Bogen:

Upon arrival at the scene at 2013 hrs I met with Brightline Security Director John Sammarco.
He advised the following information: The train #BLF605 was traveling from West Palm Beach enroute to Miami, traveling southbound on the west rail with no restrictions.  The last stop was in Fort Lauderdale. The estimated speed was 79 MPH at the point of impact.  According to Mr. Sammarco the Train Engineer and Conductor were seated in the engine compartment looking forward.  The trains headlight was on and as they approached the Johnston St. crossing they saw a person dive in front of the train.  According to Mr. Sammarco the entre incident was recorded on the trains digital recording equipment.  The train consisted of the engine, four coaches and engine.  The south end engine #103 struck the decedent initially.

This investigator met with Hollywood PD CSI and an inspection of the undercarriage of the train was conducted.  The final resting point of the engine was at the Johnson Street crossing at West Dixie Hwy.
Apparent Blood spatter is seen on the cow catcher of the front engine on the west side near the bottom.
This is the first point of impact with the train.
Directly behind the cow catcher there is a metal undercarriage component that has grey matter tissue attached to the west side bottom.  Small bits of blood and other tissue particles are observed on several undercarriage components on coaches one and two.  Refer to the photographs for additional details.
At the conclusion of the train inspection, Brightline requested permission to release the train southbound and they were directed to request permission from the Hollywood Police who agreed to release the train.
The train then departed southbound.

I next met with Det Keough who advised that he interviewed a witness who observed the incident, and provided her name, Stella Caniza.  He reported she was sitting in her vehicle facing west bound on the east side of the tracks at Lincoln St. She saw the decedent walk westbound onto the tracks and as the train approached at the last moment stand in front of the train.

Det. Keough also advised that a wallet and Florida drivers license was found on the tracks and it is believed to be the decedent's.



# INVESTIGATION REPORT
## Office of Medical Examiner & Trauma Services, Broward County,
### 5301 SW 31 Avenue, Fort Lauderdale, FL 33312

**ME CASE NUMBER:** BME2018-3389    **PATHOLOGIST:** Stephen Robinson, MD    **INVESTIGATOR:** Anne Bogen

**DECEDENT NAME:** Dennis Lee Conrad          **IDENTIFIED BY:**    Police          **IDENTIFIED MEANS:**
**DATE OF BIRTH:**    09/05/1951    **AGE** 67  **RACE** White    **SEX** Male    **OCCUPATION:**
**HOME ADDRESS:**    1118 N 15 Ave
                     Suite Apt. 8
                     Hollywood, FL 33020

I next conducted the body part of the investigation.  The initial impact point was located directly west from Lincoln street, on the west side track. The scene extends several hundred yards south from the initial impact point. The decedent is dismembered and extensive trauma to all portions of his body. The head is decapitated.  The decedent's torso is located in the gauge area of the track (between the rails) on the west side rail.  Approx. 12 yards north of the decedent's torso is an area of blood spatter on the  west rail and concrete ties and rock ballast and is believed to be the initial point of impact.  Located directly east on the east rail is bit of fabric believed to be the sock of the decedent fused to the top of the rail.  Located just south of this point is a piece of tissue believed to be from a foot with a sock attached to it.

The decedent's torso is observed on its left side next to the west rail.  The buttocks are north and the shoulders are south. He is clad in blue jean pants, white underwear, a blue shirt and a black sweat shirt. The decedent's arms are intact and  the decedents head is fractured and scattered on the west side of the track just past the point of impact to just past the final resting point of the torso.  One of the decedents lower legs is just opposite his torso west of the rail.  The arms are visibly fractured and extend south from the shoulder area. The decedent's scalp and face were located just south of the head.  The thighs, feet and smaller body tissues were all recovered south of the impact point.  A man's wallet was located by Hollywood PD on the track approx. 100 yards from the impact point.  The man's billfold contained the emergency contact for his brother Alan Conrad.  Located on the track nearby the wallet was the FL drivers license of Dennis Lee Conrad, W/M dob 09/05/1951.

RTS was on the scene and assisted in the body part and tissue recovery.  Inspection of the jeans pockets revealed one house key.  The decedent was not wearing jewelry.  The key and wallet were turned over to Hollywood PD for safekeeping.   RTS was requested to place the torso and all body parts in a body bag and transport them to the OMETS for examination.

The scene was cleared at 2245 hrs.

Mr. Sammarco of Brightline subsequently dropped off the video recording from the train to Chief Investigator t. Steinkamp.  Upon viewing the footage, the decedent can be seen crouching on the east side of the tracks and at the last moment lunging head first across the track in the path of the train in a deliberate act.

Det Keough contacted this investigator and advised he had made contact with the decedents' brother and upon searching the decedents residence found a suicide letter addressed to his brother.  Det. Keough advised he had made positive identification of the decedent and OMETS Dr. S. Robinson was contacted and advised of the method of ID.

***NOK Alan Conrad 954-931-2435 notified by Hollywood PD***

**Medical History:**

Unknown.



# INVESTIGATION REPORT
## Office of Medical Examiner & Trauma Services, Broward County,
### 5301 SW 31 Avenue, Fort Lauderdale, FL 33312

| | | |
|---|---|---|
| **ME CASE NUMBER:** BME2018-3389 | **PATHOLOGIST:** Stephen Robinson, MD | **INVESTIGATOR:** Anne Bogen |

**DECEDENT NAME:** Dennis Lee Conrad  **IDENTIFIED BY:** Police    **IDENTIFIED MEANS:**
**DATE OF BIRTH:** 09/05/1951  **AGE** 67 **RACE** White   **SEX** Male   **OCCUPATION:**
**HOME ADDRESS:** 1118 N 15 Ave
Suite Apt. 8
Hollywood, FL 33020

*THE ABOVE INFORMATION IS PRELIMINARY AND SUBJECT TO CHANGE WITH FURTHER INVESTIGATION*



# INVESTIGATION REPORT

## Office of Medical Examiner & Trauma Services, Broward County,

### 5301 SW 31 Avenue, Fort Lauderdale, FL 33312

| | | |
|---|---|---|
| **ME CASE NUMBER:** BME2018-3389 | **PATHOLOGIST:** Stephen Robinson, MD | **INVESTIGATOR:** Anne Bogen |

**DECEDENT NAME: Dennis Lee Conrad**          **IDENTIFIED BY:**  Police          **IDENTIFIED MEANS:**
**DATE OF BIRTH:   09/05/1951**     **AGE** 67  **RACE** White    **SEX** Male          **OCCUPATION:**
**HOME ADDRESS:**   1118 N 15 Ave
                          Suite Apt. 8
                          Hollywood, FL 33020

***THE ABOVE INFORMATION IS PRELIMINARY AND SUBJECT TO CHANGE WITH FURTHER INVESTIGATION***

# *EXHIBIT - 10*

*BRIGHTLINE FRA PART 219 RAILROAD COMPLIANCE PLAN   (EFFECTIVE JUNE 15, 2021)*



**FEDERAL RAILROAD ADMINISTRATION**

**CONTROL OF ALCOHOL AND DRUG USE**

**(49 CFR PART 219)**

**PART 219**
**RAILROAD COMPLIANCE PROGRAM**

# BRIGHTLINE
## Code of Railroad: **BLF**

**Effective Date: June 15th, 2021**

**FRA Approval Date: June 21, 2021**



1

## MODEL PART 219 RAILROAD COMPLIANCE PLAN

FRA's Model Part 219 Railroad Compliance Plan has been developed by FRA as a tool to assist railroads in complying with the requirements of Title 49, Code of Federal Regulations Part 219 with respect to submission and approval of random alcohol and drug testing and the required programs.  This plan, although initially developed for the smaller railroads, may be used by all railroads regardless of class.

Only railroads that are required to comply with Part 219 are authorized to use Federal authority.  Therefore, entities having less than 16 covered service employees (unless they operate on tracks of another railroad or otherwise engage in joint operations with another railroad except as necessary for purposes of interchange) are <u>not</u> authorized to utilize Federal authority to conduct Federal random or reasonable cause testing.  In those instances, a railroad should use "Company Policy Testing" as their authority.  <u>All</u> railroads subject to Part 219.3 would still be responsible for complying with Subpart C – Post-Accident testing requirements.

Simply signing and adopting this plan does not constitute compliance.  The actions required by the regulation must be in accordance with regulatory requirements to achieve compliance.  **In all cases where there is a difference between this plan and 49 CFR Part 219 or 49 CFR Part 40, the CFR takes precedence.**

NOTE:  Title 49, CFR Part 40 requires employers to have a Designated Employer Representative (DER), defined in 40.3 as "An employee authorized by the employer to take immediate action(s) to remove employees from safety-sensitive duties, or cause employees to be removed from these covered duties, and to make required decisions in the testing and evaluation processes.  The DER also receives test results and other communications for the employer, consistent with the requirements of Part 40.  Service agents cannot act as DERs."  In the past, this person may have been referred to as the Program Administrator.

NOTE:  Please make all entries, changes, or additions to this model plan in bold, italics, color, or other distinguishing manner in order to expedite review by the FRA Drug & Alcohol Program Specialist.

I.    Policy Statement

**Brightline (BLF)** recognizes the problem of substance abuse in today's society.  This problem poses particular concern to an employer who is subject to governmental regulations and seeks to promote the safety of the general public.  **Brightline** has a concern for the safety, health and well-being of its employees as well as an obligation to comply with the United States Department of Transportation (DOT) and Federal Railroad Administration (FRA) regulations.  This railroad will comply with all statutes and regulations administered by the FRA in implementing the required Part 219 Drug and Alcohol Program.

Programs have been established in **Brightline** which requires regulated employees to demonstrate their safety posture through complying with:

1. Urine screens to detect the presence of marijuana, cocaine, opioids, phencyclidine and amphetamines (See 49 CFR § 40.85 and 49 CFR § 40.87);
2. Breath alcohol tests to detect the unauthorized use of alcohol; and
3. Breath, urine, blood and tissue (fatality) testing after qualifying FRA post-accident events.

In accordance with the applicable Federal regulations, **Brightline** prohibits persons who perform work regulated by the Federal Hours of Service Laws (see 49 U.S.C. §§ 21101-21108) and/or performing duties as Maintenance-of-Way (MOW) workers as described in the definition of "Roadway Worker" in § 214.7 from being under the influence and/or possession of illegal substances and/or under the influence of alcohol while on duty or within four hours of reporting for regulated service. Additionally, illegal substance use is prohibited on or off duty, except as allowed in 49 CFR § 219.103.

II.    Identifying Information

**Railroad:**

Name:      Brightline (BLF)
Address:   161 NW 1st Ave
           Miami, FL 33136
Phone:     (305) 521-4801

3

**Designated Employer Representative:**

Name:     Olivier Picq
Phone:    (305) 968-0143
E-Mail:   olivier.picq@gobrightline.com

**Assistant Designated Employer Representative:**

Name:     Keri Moreda
Phone:    (305) 989-5568
E-Mail:   keri.moreda@gobrightline.com

**Medical Review Officer:**

Name:     Timothy J. McCormick, DO, MPH, C-MRO
Address:  12443 San Jose Boulevard, # 704
           Jacksonville, FL 32223
Phone:    (904) 288-8886

**Testing Laboratory** (must be on HHS list of certified labs):

Name:     Medtox
Address:  402 W County Road D.
           St. Paul, MN 55112
Phone:    (800) 832-3244

**Substance Abuse Professional (SAP)**:

Name:     Iris Pitaluga, Alternatives Counseling Center
Address:  1390 South Dixie Highway
           Suite 1106
           Coral Gables, FL  33146
Phone:    305-648-9344

4

## Scope

**This policy applies to all railroad personnel (including contractors and volunteers) who perform regulated duties subject to either the Federal Hours of Service Laws "Covered Service" and/or performing Maintenance-of-Way (MOW) duties covered by the definition of "Roadway Worker" in § 214.7.**

**Brightline** has a total of <u>5</u> regulated service employees (including volunteers and contractors) who perform **"Hours of Service"** functions.

**Brightline** has a total of <u>0</u> regulated service employees (including volunteers and contractors) who perform **"Roadway Worker"** functions.

The total number of all regulated employees **(include both covered service and roadway workers)** at the time of this submission is: <u>5</u>.

*(Include any contracted employees in the above counts.)*

**A full list of regulated service contractors is included in Appendix C.**

**Brightline** operates intercity passenger rail service on approximately 67 miles of track (between West Palm Beach, FL and Miami, FL) which is owned by:

Name:            Florida East Coast Railway, LLC.
Address:         7411 Fullerton Street, Suite 300
                 Jacksonville, FL 32256
Email address:   chris.andrews@fecrwy.com
Phone:           (904) 538-6027

**Previous Employer Checks: Brightline** is required to check on the drug and alcohol testing record of employees it is intending to use to perform regulated duties. **Brightline** will, after obtaining an employee's written consent, request information from DOT-regulated employers who have employed the employee during any period during the two years before the date of the employee's application or transfer into regulated service. **See 49 CFR 40.25.**

An employee must also be asked whether he or she tested positive (or refused to test) on any Federal pre-employment drug or alcohol test administered by a DOT employer to which the employee applied for, but did not obtain regulated service work during the past two years.

With respect to any employee who violated a DOT drug and alcohol regulation, documentation of the employee's successful completion of DOT return-to-duty requirements (including Federal follow-up tests) must be provided to **Brightline**.

5

### III.   Testing Programs

There are numerous situations when Federal drug and/or alcohol tests must be administered for **Brightline** to be in compliance with 49 CFR Part 219.  Personnel performing functions listed in Section III of this policy will be required to submit to a drug and/or alcohol test in the instances set forth, as follows:

1) <u>Pre-Employment Drug Testing</u> – (49 CFR 219.501) Applicants will be informed that all individuals **Brightline** will use for regulated service must be drug-free. Passing a Federal pre-employment drug test is a condition prior to performing regulated service duties.  If an applicant refuses to submit to the drug test, or tests positive on the drug test, the applicant will not be considered qualified to perform regulated service and will not be offered a position in regulated service.

   **Federal Pre-Employment Alcohol Testing (Optional) – (49 CFR 219.502)** <u>**Authorized but not required.**</u> **This railroad chooses to conduct Federal alcohol pre-employment testing? Place an "X" in one of the following boxes: Yes**☐ **No** ☒

2) <u>Federal Reasonable Suspicion Testing</u> – (49 CFR 219.301) Regulated service personnel will be <u>required</u> to submit to a Federal drug and/or alcohol test whenever a properly trained supervisory employee of **Brightline** has reasonable suspicion that a regulated employee is currently under the influence of or impaired by a controlled substance or alcohol.  Reasonable suspicion must be based on specific, contemporaneous personal observations the supervisor can articulate concerning the employee's appearance, behavior, speech, body odor, chronic effects or withdrawal effects.

   Part 219.11(g) requires supervisory employees to have education and training on alcohol misuse and controlled substance use.  The training will cover the physical, behavioral, speech and performance indicators of probable alcohol misuse and use of controlled substances.  It will also prepare the supervisors to make the decisions necessary in reasonable suspicion and FRA post-accident situations (i.e., what is a qualifying event and who is to be tested).

   The observation for alcohol must be made by at least one qualified supervisory employee who has received proper training in the signs and symptoms of alcohol use per 219.11(g). Documentation of this decision must be maintained, as required by Part 219 Subpart J.

   The observation for drugs must be made by at least two qualified supervisory employees, one of which has received proper training in the signs and symptoms of drug use/misuse per 219.11(g). One qualified supervisor must be on-site, but

the supervisor trained per 219.11(g), although preferred does not have to be the supervisor on-site.  Documentation of this decision must be maintained, as required by Part 219 Subpart J.

When operating on Florida East Coast Railroad tracks, **Brightline** will coordinate with the host railroad and decide how the supervisor on the site will immediately communicate and coordinate decisions to test and who will administer the necessary testing.  In all reasonable suspicion cases, the supervisor will ensure that the regulated service person is transported immediately to a collection site for a timely collection of a urine and/or breath specimen. If the regulated service person is deemed not fit to return to work, the supervisor will arrange transportation for the person.  This is not a Federal requirement, but safety will be better assured if accomplished.

Supervisors must document their observations that led them to decide there was a "reasonable suspicion" to have the regulated service person subjected to Federal drug and/or alcohol testing.

3) Federal Reasonable Cause Testing – (49 CFR 219.401)

**Brightline chooses to conduct _Federal_ Reasonable Cause drug and alcohol testing for all train accident/incidents and rule violations that meet the criteria of 49 CFR 219.403. Please check the appropriate box: Place an "X" in one of the following boxes: Yes** X **No**

A Federal reasonable cause drug and/or alcohol test may be required (employer's decision) when a regulated service employee:

   a. Was involved in a qualifying Train accident/incident per 219.403 (a) and a supervisor has a reasonable belief based on specific and articulable facts that the regulated service person's acts or omissions contributed to the occurrence or severity of the accident/incident; or

   b. Committed a rule violation described in 219.403 (b).

When operating on Florida East Coast Railway tracks, **Brightline** will coordinate with the host railroad and decide how the supervisor on the site will immediately communicate and coordinate decisions to test and who will administer the necessary testing. In all reasonable cause cases, the **Brightline** supervisor will ensure that the regulated service person is transported immediately to a collection site for a timely collection of a urine and/or breath specimen. If the regulated service person is deemed not fit to return to work, the **Brightline** supervisor will arrange transportation for the person.  This is not a Federal requirement, but safety will be better assured if accomplished.

Supervisors must document their observations that led them to decide there was a "reasonable cause" to have the regulated service person subjected to Federal drug and/or alcohol testing.

4) <u>FRA Post-Accident Drug/Alcohol Testing</u> – (49 CFR 219.201)

FRA regulations require blood and urine specimens from all surviving regulated service personnel when they are directly involved in a qualifying accident or incident. Tissues are also collected, in addition to urine and blood from any fatality involving an on-duty railroad employee (direct or "regulated service" contractual employee). Events requiring FRA post-accident testing include (note regulatory exceptions will be followed):

1. <u>Major Train Accident</u> involving any rail equipment accident with reportable damages in excess of the current calendar year reporting threshold under 49 CFR Part 225 <u>and</u> one or more of the following:

   a. A fatality (any fatality).
   b. A release of hazardous materials from railroad "lading" that results in an evacuation <u>or</u> reportable injury caused by the hazmat release.
   c. Damage to railroad property of $1.5 Million or more.

2. <u>Impact Accident</u> involving reportable damage in excess of the current reporting threshold that results in:

   a. A reportable injury; <u>or</u>
   b. Damage to railroad property of $150,000 or more.

3. <u>Fatal Train Incident</u> involving any on-duty railroad employee or regulated contractor employee where damages do not exceed the current reporting threshold.

4. <u>Passenger Train Accident</u> with a reportable injury to any person in a train accident involving damage in excess of the current reporting threshold that involves a passenger train.

5. <u>Human-Factor Highway-Rail Grade Crossing Accident/Incident</u> meeting one of the following criteria:

   i. Regulated employee interfered with the normal functioning of a grade crossing signal system, in testing or otherwise, without first providing for the safety of highway traffic that depends on the

8

normal functioning of such a system, as prohibited by § 234.209, is subject to testing.

ii.   Train crewmember who was, or who should have been, flagging highway traffic to stop due to an activation failure of a grade crossing system, as provided § 234.105 (c)(3), is subject to testing.

iii.   Regulated employee who was performing, or should have been performing, the duties of an appropriately equipped flagger (as defined in § 234.5), but who failed to do so, due to an activation failure, partial activation, or false activation of the grade crossing signal system, as provided by § 234.105 (c)(1) and (2), 234.106, or 234.107 (c)(1)(i), is subject to testing.

iv.   If there is a fatality of any regulated service employee regardless of fault. (fatally injured regulated employee must be tested)

v.   If regulated employee violates an FRA regulation or railroad operating rules and whose actions may have played a role in the cause or severity of the accident/incident, is subject to testing.

<u>Testing Decision:</u>  For an accident that meets the criteria for a Major Train Accident, all assigned crew members of all involved trains and on-track equipment <u>must be tested.</u>  Test any other regulated service employees that had a possible role in the cause or severity of the accident.

For an Impact Accident, Fatal Train Incident, Passenger Train Accident or Human-Factor Highway-Rail Grade Crossing Accident/Incident, test any other regulated service employees that had a possible role in the cause or severity of the accident. **Brightline** must exclude other regulated service employee if the responding railroad representative can immediately determine, on the basis of specific information, that the employee had no role in the cause(s) or severity of the accident/incident (considering any such information immediately available at the time).

For a fatal train incident, the fatally injured employee cannot be excluded from being tested.

If there is a fatality of any regulated service employee as result of a Highway-Rail Grade Crossing Accident/Incident, the fatally injured regulated employee must be tested regardless of fault.

<u>Exceptions from Testing:</u>  No test may be required in the case of a collision between **Brightline** rolling stock (including any on-track equipment) and a motor vehicle or other highway conveyance at a rail/highway grade crossing, unless it meets the criteria set forth above in Item 5 (i-v).

No test may be required in the case of an accident/incident the cause and severity of which are wholly attributable to a natural cause (e.g., flood, tornado, or other natural disaster) or to vandalism or trespasser(s), as determined on the basis of objective and documented facts by the **Brightline** representative responding to the scene.

The **Brightline** supervisor(s) on the scene will make <u>timely</u> determinations as to the event being a qualifying event and which regulated service employees (if any) are required to be tested according to the rule.

**Brightline** will identify the appropriate personnel who must be tested and then ensure that specimens are collected and shipped.

**Collection of Urine and Blood Specimens:**  Employee specimens will be collected at a medical facility, i.e., hospital, clinic, physician's office, or laboratory where toxicological specimens can be collected according to recognized professional standards.  Specimen collections will be accomplished using the FRA Post-Accident Toxicological Testing Kit.  Specimens will be collected, packaged, and shipped via express courier service by the railroad.  The shipping address is as follows:

> Quest Diagnostics
> 1777 Montreal Circle
> Tucker, GA 30084
> 1-800-729-6432
> Fax: 678-406-1037

**A.** <u>Random Drug and Alcohol Testing</u> – (49 CFR 219.601)
**Brightline** is responsible for ensuring that the random program meets regulatory requirements and is approved by FRA (see Appendix A).  The principles which are required in the FRA regulation for the plan to be in compliance are attached (see Appendix B).  The selection process will ensure that each regulated service person has an equal chance of being selected at every random selection.  The random plan shall ensure that testing is accomplished at the beginning and at the end of the duty period for alcohol.  The <u>minimum</u> annual random percentage of alcohol testing at either end of the duty period is 10 percent over the course of the year.

# *EXHIBIT - 11*

*FRA / DOT CRISI GRANT AWARDS AND 49 U.S.C § 22905(b) CONDITIONS*

**EXHIBIT 11 – FRA / DOT Grant Awards Benefiting Brightline (Chronological Summary)**

**1. February 8, 2019 – $2,373,441 (FRA CRISI Grant)**
*South Florida East Coast Rail Corridor Intrusion Prevention Project*
Awarded to Brightline Trains LLC to install supplemental safety measures at 48 grade crossings between West Palm Beach and Miami. Enhancements included delineators at 11 crossings, exit gates at 9 crossings, and active warning signage at 28 locations to deter vehicle and pedestrian trespassing during train approaches.

**2. September 24, 2020 – $16,350,000 (FRA CRISI Grant)**
*Brightline Boca Raton Station and Parking Garage*
Awarded to the City of Boca Raton in partnership with Brightline for construction of a new Brightline station and a 455-space parking facility. This public-private investment supported Brightline's service expansion and improved regional rail access.

**3. August 2022 – $24,934,138 (USDOT RAISE Grant)**
*Florida East Coast Corridor Trespassing and Intrusion Mitigation Project*
Awarded to FDOT with Brightline as a key beneficiary. The grant funded comprehensive safety improvements across 195 miles of Brightline's corridor from Miami to Brevard County. Upgrades included fencing, 33 miles of pedestrian barriers, dynamic envelope pavement markings, delineators, suicide prevention signs, and other infrastructure aimed at reducing fatal trespassing incidents.

**4. June 8, 2023 – $15,440,000 (FRA Railroad Crossing Elimination Program)**
*Broward County Sealed Corridor Project*
Awarded to the Broward MPO to implement quad-gate systems, raised medians, and other upgrades at 21 crossings in Broward County along the Brightline/FEC corridor. These measures created a "sealed corridor" to reduce gate circumvention and prevent vehicle–train collisions.

**5. September 29, 2023 – $1,648,000 (FRA CRISI Grant FY22)**
*Trespassing Identification and Classification System*
Awarded directly to Brightline to develop an AI-powered system to detect, map, and analyze trespassing activity along the corridor. The system uses high-definition locomotive cameras and real-time analytics to generate enforcement and mitigation strategies.

**6. October 2024 – $150,000 (FRA Rail Safety Enforcement Grant)**
*Brightline Corridor Trespass Enforcement Initiative – Palm Beach County*

Awarded to the Palm Beach County Sheriff's Office to increase law enforcement presence at trespassing hotspots. The grant funded overtime for deputies and targeted patrols to deter illegal track access and reduce pedestrian strike incidents.

**7. January 2025 – $33,000,000 (FRA Intercity Passenger Rail Program Grant)**
*Brightline Service Expansion – Rolling Stock & Operational Support*
Awarded to Brightline to expand its Miami–Orlando service through the purchase of new passenger coaches (expanding trainsets from 5 to 7 cars) and to offset initial operational costs associated with increased service frequency.

**Exhibit 11 – Summary of Federal Oversight and Grant Conditions**

In summary, by accepting multiple federal grants for rail infrastructure, safety upgrades, and operational support, Brightline (also known as All Aboard Florida and previously Virgin Trains USA) expressly subjected itself to federal rail safety jurisdiction. These awards came with statutory conditions under 49 U.S.C. § 22905(b), which requires that any entity operating over infrastructure improved with federal funds is deemed a "rail carrier" for purposes of all federal railroad safety, labor, and employment laws.

This legal designation ensures that Brightline must comply with the same federal standards that govern Amtrak and Class I freight railroads, regardless of its private ownership or its Florida-only route structure. It also affirms that Brightline employees are entitled to the protections of the Federal Employers' Liability Act (FELA), among other statutes.

Congress imposed this condition to safeguard both public safety and worker rights, ensuring that federally funded railroads operate under the full oversight of the Federal Railroad Administration (FRA). The condition applies to each of the CRISI, RAISE, and RCE grants listed in this exhibit, reinforcing that Brightline's corridor, train crews, and dispatching operations remain within the jurisdiction of federal law.

An official website of the United States government Here's how you know

United States Department of Transportation

Search

Home / About FRA / Communications / Press Releases

IN THIS SECTION                                                                                                    +

## Trump's Transportation Secretary Sean P. Duffy Announces Over $42 Million in Critical Funding for Rail Safety Improvements in Florida

Monday, September 22, 2025

*Biden-Buttigieg promised to enhance safety along Brightline Florida Rail Corridor but failed to deliver funding for years as part of their unprecedented backlog*

**WASHINGTON, D.C.** — U.S. Transportation Secretary Sean P. Duffy announced today that the Department has obligated four grants totaling over $42 million to fund critical rail safety projects along Brightline Florida's rail corridor. The grants, the oldest of which was issued three years ago, are a part of the Biden-Buttigieg grant backlog.

These four rail safety grants support installing safety fencing, grade crossing upgrades, and a trespassing alert system. The Biden-Buttigieg Administration pledged to address safety in the Sunshine state years ago but never moved these essential infrastructure dollars out the door.

*"The latest consequence of the unprecedented Biden-Buttigieg backlog? Safety grants sat in limbo for years,"* said **U.S. Transportation Secretary Sean P. Duffy**. *"Their failure to execute on these rail grants – some of which stretch back years — put Brightline's three million annual passengers and Florida communities in unnecessary danger. Under President Trump's leadership, America is building again. We are delivering critical resources in record time to enhance safety on our railways, roads, and bridges."*

This is part of the more than 3,200 unobligated grants the Trump Administration inherited. These grants were announced by the previous administration but never obligated. This unprecedented backlog of unobligated grants delayed critical investments in communities across the country.

Specific to Florida – the Biden-Buttigieg Administration announced several grants to improve Brightline Florida. The oldest of these grants was first unveiled in 2022. After much fanfare, their administration failed to do any of the work to actually process and deliver these funds to Brightline or project sponsors in Florida.

These abandoned grants included $24.9 million for the East Coast Corridor Trespassing and Intrusion Mitigation Project, $15.4 million for a Broward County Sealed Corridor Project, $1.6 million for a Trespassing Identification and Classification System, and $150,000 grant for Palm Beach County Sheriff's Office to support overtime costs for targeted enforcement of pedestrian trespassing at identified hot spots.

Under Secretary Duffy's direction, the Department of Transportation is working diligently to accelerate the distribution of these long-overdue funds and address core infrastructure projects.

**Additional Information:**

Brightline's Florida rail corridor has numerous exposure points to pedestrian and vehicle traffic along its tracks, which have contributed to a higher rate of collisions.

Details on the grants, size, and project intentions can be found below:
- A grant for $24,934,138 announced in August 2022 to the Florida Department of Transportation for improvements to 330 highway-railroad crossings, along 195 miles of corridor, including fencing, crossing delineators, crisis support signage and other intrusion prevention mitigations.
- A grant for $1,648,000 announced in September 2023 for a Trespassing Identification and Classification System under the CRISI Grant Program for FY22. The project will advance a technology that will provide real-time alerts and aggregate data to generate heat-maps of trespassing and potential collision events on the Florida East Coast Railway right of way from Miami to Cocoa.
- A grant for $15,440,000 announced in June 2023 to increase safety at 21 grade crossings along the Brightline/Florida East Coast Railway corridor with additional crossing gates and delineators.
- A grant for up to $150,000 announced in October 2024 for Palm Beach County Sheriff's Office to support overtime costs for targeted enforcement of pedestrian trespassing at identified hot spots.

###



# brightline

☰

Press Room  >  2023  >  BRIGHTLINE R...



September 29, 2023

# BRIGHTLINE RECEIVES USDOT CRISI GRANT AWARD

*First-of-Its-Kind Project Will Use AI Technology for Rail Safety*

**MIAMI (Sept. 29, 2023)** – Brightline and partner Wi-Tronix have been awarded $1,648,000 from the Federal Railroad Administration's (FRA) Consolidated Rail Infrastructure and Safety Improvements (CRISI) competitive grant program. The investment will enable the development of the AI-backed monitoring system, Wi-Tronix, to collect real-time data of trespass activity along the Brightline/FEC Railway corridor. The data collected by locomotive front-end cameras will guide future decisions related to infrastructure, enforcement and education. Once developed, the first-of-its-kind system could be used by railroads across the country.

**We use cookies to enhance your site experience.**

By agreeing, you accept the terms of our updated Privacy Policy

I AGREE



Administrator Jennifer Mitchell. "Since President Biden signed the Bipartisan Infrastructure Law, CRISI funding has quadrupled, and we're proud to put those investments towards an effort that will inform future infrastructure decisions and safety upgrades along a growing rail corridor providing freight and passenger rail benefits in several Florida communities."

"Brightline's proposed project is a major win for safety in our industry and the communities we serve," said Chad Jasmin, Wi-Tronix's VP of Sales and Customer Experience. "The ability to collect, identify, and mitigate trespasser behavior through the use of AI is a catalyst for change, and it's exciting to see the FRA and DOT acknowledge this. New possibilities for safety are on the horizon, not just for Florida, but for our nation."

"We want to thank the Biden Administration, USDOT and the team at the FRA for their commitment to this project and their dedication to rail safety in Florida and across the country," said Michael Lefevre, Brightline's vice president of operations. "It's our hope that this project, the first to be deployed at scale, will utilize AI technology to drive data-informed decisions along our corridor and establish a cutting-edge technology for the rest of the industry."

Wi-Tronix has been improving both rail and public safety through the use of AI-enabled cameras and its onboard platform. Over two million thumbnail images and 135,000 hours of video footage are captured every day, allowing the company to continuously improve its automated software solution and AI infrastructure.

The first step of the grant-funded project will be to install upgraded, high-definition forward-facing cameras on each of Brightline's 21 locomotives. Those cameras will collect data, which will be used to develop and train an AI model to identify unsafe behaviors around the corridor. This information will empower Brightline to more accurately identify areas for additional community outreach, law enforcement presence, or engineering projects.

Brightline continues prioritizing and investing in safety enhancements along the corridor. Many Brightline investments have been engineering-based and completed in partnership with local law enforcement agencies. By harnessing AI technology, the company is positioning itself at the forefront of the industry.

You can view Brightline's safety initiatives and resources by visiting its new Rail Safety webpage.

## About Brightline

Brightline is the only provider of modern, eco-friendly, higher-speed rail service in America. The company currently serves Miami, Aventura, Fort Lauderdale, Boca Raton and West Palm Beach

**We use cookies to enhance your site experience.**
By agreeing, you accept the terms of our updated Privacy Policy