June 13, 2025   |   Grade Crossings

# USDOT Signs Railroad Crossing Elimination Grant for Broward MPO's Sealed Corridor Project

Written by Jennifer McLawhorn, Managing Editor

    



Brightline Florida, photo by David C. Lester

**BROWARD, Fla. - A $15,440,000 FRA grant was approved to go toward the Broward MPO's Sealed Corridor Project in Broward County.**

According to **Brightline**, this grant was "officially executed on May 30, 2025." Additionally, the cities of Hallandale Beach, Hollywood, Dania Beach, Fort Lauderdale, Wilton Manors, and Pompano Beach are also contributing a combined $3,860,000 in local funds. This brings the total investment to $19,300,000.

The project includes the design and construction of "supplemental safety measures at 21 road-rail grade crossings, including exit gates and/or medians." In the name of the project, these safety measures achieve a "fully sealed corridor," while also hoping to reduce the number of cars and motorists driving around lowered gates at these crossings.

■ An official website of the United States government Here's how you know ∨

United States Department of Transportation

Search

Home / About FRA / Communications / Press Releases

IN THIS SECTION                                                                    +

## Biden-Harris Administration Announces Funding for 63 Projects in 32 States That Will Help Reduce Train-Vehicle Collisions and Blocked Rail Crossings in the U.S.

Monday, June 5, 2023

*President Biden's historic Bipartisan Infrastructure Law includes the first-ever dedicated grant program to help communities eliminate points where railroad tracks intersect with roads, which have blocked vehicle and pedestrian traffic, led to deadly vehicle-rail collisions, and prevented first responders from reaching emergencies*

WASHINGTON, D.C. – The U.S. Department of Transportation's Federal Railroad Administration (FRA) today announced it has awarded more than $570 million in Railroad Crossing Elimination (RCE) Grant Program funding to projects in 32 states. This inaugural round of funding will address more than 400 at-grade crossings nationwide, improve safety, and make it easier to get around railroad tracks by adding grade separations, closing at-grade crossings, and improving existing at-grade crossings where train tracks and roads intersect.

Preventing blocked crossings and collisions is one of many ways President Biden's Investing in America agenda will make a difference in people's everyday lives by improving safety and convenience and creating good-paying jobs to rebuild our nation's infrastructure. Last year, there were more than 2,000 highway-rail crossing collisions in the U.S. and more than 30,000 reports of blocked crossings submitted to FRA's public complaint portal.

"Every year, commuters, residents, and first responders lose valuable time waiting at blocked railroad crossings – and worse, those crossings are too often the site of collisions that could be prevented," said **U.S. Transportation Secretary Pete Buttigieg.** "As part of President Biden's Investing in America agenda, we're improving rail crossings in communities across the country to save lives, time, and resources for American families."

For years, FRA has received complaints from citizens, states, and localities regarding the delays and disruptions caused by frequently blocked crossings that force residents to wait hours at intersections or take detours. These delays and disruptions can also prevent first responders from getting to emergencies quickly. Further, over 2,000 collisions occur every year at highway-rail grade crossings. The projects selected for funding in the first year of this program will greatly improve the quality of life in communities big and small, creating safer rail crossings and allowing people to get to and from their homes, schools, businesses, hospitals, fire stations, and workplaces without being stranded and delayed by a standing train.

"The Railroad Crossing Elimination Grant Program is another critical tool that FRA is using to make a lasting impact on the safety and transportation needs of communities nationwide," said **FRA Administrator Amit Bose.** "With these project selections and the many more that are to come, we will save lives and reshape infrastructure in ways that allow individuals to move through their neighborhoods seamlessly and safely."

Along with projects that build or upgrade physical infrastructure at railroad crossings, FRA awarded $15.7 million for planning activities and $33.1 million for project development and design activities that will build a pipeline of projects for future funding. Twenty two percent of all funding, $127.5 million, was awarded to projects in rural areas or on Tribal lands.

Examples of major projects funded this year include:

- **Texas – West Belt Improvement Project (Phase 1) ($36,916,200)**
  *City of Houston*

  The project will fund a 9,000 foot sealed corridor, construct four underpasses, close four at-grade crossings, and eliminate seven at-grade roadway-rail crossings total—crossings where more than 850 incidents of train blockages have been reported this year through FRA's online portal. In addition to reducing commuter disruptions and delays, decreased vehicle idling at crossings will improve air quality and save people an estimated $12.7 million in lost fuel, according to the city. Texas is second in the nation in grade crossing fatalities, and this project will increase safety for drivers, pedestrians, and bicyclists, as well as reliable access for first responders. The Phase 1 project being funded by the Biden-Harris Administration and the City of Houston is also a critical step in developing a future 5-mile long quiet zone that will improve quality of life and remove train horn noise for nearly 15,000 households.

- **Alabama – Railroad Crossing Elimination on Shelby County Road 52 ($41,766,038)**
*City of Pelham*

The project will construct a bridge and eliminate two existing at-grade crossings on Shelby County Road 52 to increase safety and mobility in the heart of Pelham and solve a long-standing and worsening problem with blocked crossings. Shelby County Road 52, which carries the second highest traffic volume of any east-to-west route in the area, currently cuts the city in half. When blocked by stalled or slow-moving trains, emergency and HAZMAT responders are prevented from accessing half the city. Infrastructure improvements will establish a permanent, reliable route for emergency responders and decrease delays for the 24,000 drivers utilizing County Road 52 daily. The new bridge will increase capacity to five lanes with a multi-use path to accommodate pedestrians and cyclists. These safety improvements will also strengthen the State's supply chain, as more than 30 daily trains destined for the Port of the Mobile travel the CSX line through Pelham.

- **Indiana – Governors Parkway Railroad Overpass Project ($7,029,392)**
*City of Hammond*

The project will construct a new, centrally located overpass and eliminate two grade crossings where Parrish Avenue and Arizona Avenue intersect with Norfolk Southern Railway's rail line in the City of Hammond. Given its proximity to Chicago's vast rail network, this area has persistently dealt with blocked crossings, congestion, and connectivity challenges. The new overpass and road alignment, called Governor's Parkway, will provide safe and reliable passage for drivers, pedestrians, and emergency responders. Hammond is home to 53 at-grade crossings, with residents reporting slow or stalled trains blocking crossings lasting between 20 minutes and several hours. Depending on the length, trains can block dozens of local streets throughout the city. The new overpass will eliminate major traffic delays on some of the city's busiest streets and better connect residents, like those in southeast Hessville, where highway rail crossing delays impact their ability to get to their jobs, the grocery store, or other required services and amenities. Governor's Parkway will feature one lane of vehicle travel in each direction and a multi-use path for pedestrians and bikers. The project also includes more than $2.6 million in Federal Highway Administration funds.

- **Ohio – Unlocking the Iron Triangle: Grade Separation of S Town Street, Fostoria, Ohio ($7,245,000)**
*City of Fostoria*

The project will construct a bridge and eliminate three grade crossings in a community bordered by railroad tracks on three sides and farmland on the remaining side. Known as the Iron Triangle neighborhood, access to and from the community depends upon one of the three existing highway rail grade crossings, posing serious safety risks and quality of life challenges. Every 26 minutes, a CSX train travels through Fostoria, Ohio. Even when trains run efficiently, rail traffic means active traffic control devices at crossings sound for at least two hours per day in the east side Iron Triangle neighborhood.  The new bridge will provide a safe and reliable route for residents, emergency responders, and others to travel between the neighborhood and surrounding communities.

- **Florida – Broward County Sealed Corridor Project ($15,440,000)**
*Broward Metropolitan Planning Organization*

The project will increase safety at 21 grade crossings, along Florida's East Coast Rail Corridor, a freight rail corridor shared with Brightline's intercity passenger rail service. Along the corridor, 17% of collisions are the result of motorists driving around entrance gates, with nearly 60% of those instances occurring in Broward County. Safety improvements will deter such actions by constructing 33 new exit gates and 7 raised medians at crossings where at least 27 collisions have occurred over the last five years. Upgrades being funded by the Biden-Harris Administration, the Broward Metropolitan Planning Organization, and six local municipalities will increase safety at crossings where more than 60 trains per day are estimated to pass through by next year and benefit a County projected to grow by nearly 2.2 million by 2045.

- **Iowa – South Concord Street Grade Separation ($7,756,862)**
*City of Davenport*

The project will eliminate one highway-rail crossing and build an overpass at another, preventing people and motorists from being stuck by slow moving or stopped trains in an area that has consistently reported blocked crossings ranging in wait times from 30 minutes to 2 hours. At crossings where trains pass at least 10 times daily, improvements will ensure safe and reliable access to the city's Water Pollution Control Plant, a necessity serving approximately 140,000 residents in Davenport, Bettendorf, Panorama Park, and Riverdale. Importantly, for the workers at the water facility as well as the nearby compost facility and Nahant Rail Yard, first responders will have an unobstructed path to each location, ensuring timely emergency response when required. The overpass will be built to withstand 100-year or stage 23.6 floods in an area where transportation has come to a halt due to flooding of the nearby Mississippi River.

- **Washington – 32nd Street Underpass Project ($40,480,000)**
*City of Washougal*

The proposed project will fund development, final design, right-of-way acquisition, and rail bridge construction to better reconnect the Addy Street neighborhood with the downtown and port areas. With the design of a new rail bridge and underpass, five key intersections will be reconstructed along 32nd Street, increasing safety and reducing the risk of vehicle-train collisions. Infrastructure improvements will help reduce freight rail bottlenecks and move goods more reliably and efficiently. The combination of rail overpass and roadway improvements will mean safer streets and increase the functionality, efficiency, and accessibility of the 32nd Street Corridor.

There are more than 130,000 miles of railroad track in the U.S. and improving safety in the communities where they run is a priority for the Department.

# RAISE Grants

Rebuilding America Infrastructure with Sustainablity and Equity

**U.S. Department of Transportation**

**Urban, Capital**

## East Coast Corridor Trespassing and Intrusion Mitigation Project

### Florida Department of Transportation
*Florida*

### Grant Funding: $24,934,138
### Estimated Total Project Costs: $45,000,000

### Project Description:
This project will fund the final design and construction of supplemental safety measures at targeted locations along 195 miles of the shared-use Florida East Coast Railway/ Brightline railway corridor. These include fencing and landscaping improvements, delineators and roadway striping, rail dynamic envelopes (RDE), crisis support signs, and "Do Not Stop on Tracks" signs.

### Project Benefits:
The project will reduce vehicle collisions and trespassing along a dangerous corridor, estimated by the applicant at more than 140 avoided collisions over the next 20 years. Reduced collisions also avoids delay for freight and passenger trains. The project will use innovative technology, particularly with RDEs to visually highlight the zone at railroad crossings that drivers, bicyclists, and pedestrians should not stop and delineators, which are newer technologies that have demonstrated positive results for preventing vehicle intrusion.



The Rebuilding American Infrastructure with Sustainability and Equity, or RAISE Discretionary Grant program, provides a unique opportunity for the DOT to invest in road, rail, transit and port projects that promise to achieve national objectives. Previously known as BUILD and TIGER, Congress has dedicated nearly $12.3 billion for 14 rounds of National Infrastructure Investments to fund projects that have a significant local or regional impact. The President's Bipartisan Infrastructure Bill will add $1.5 billion per year to this program.

Happening Now

# FRA Announces $368 Million in FY21 CRISI Rail Grants

## June 3, 2022

Department of Transportation Announces $368 Million in Rail Grants to Improve Passenger Services and Strengthen Freight Supply Chains

The Federal Railroad Administration (FRA) announced this week that it will be awarding $368 million in grants to 46 projects across 32 states and the District of Columbia, part of a broader effort to upgrade and modernize U.S. infrastructure. The Consolidated Rail Infrastructure and Safety Improvements (CRISI) program targets improvements to both passenger and freight rail networks, funding projects that improve reliability, reduce congestion, and increase capacity.

"Americans deserve a world-class rail system that allows people and goods to get where they need to go more quickly and affordably, while reducing traffic and pollution on our roads," said U.S. Transportation Secretary Pete Buttigieg. "We're proud to award these grants to improve passenger rail for riders and strengthen the freight rail that makes our supply chains and our economy work."

Of the $368 million in total investments, approximately $154 million will go to 14 projects that directly benefit passenger rail corridors—on both existing and in-development services. The big winner was North Carolina, which received $57.9 million to complete preliminary engineering for the Raleigh to Richmond Corridor, including construction of a grade separation on the S-Line in Wake Forest. Other notable projects include a $15.9 million grant to Brightline to support its Phase III extension between Orlando and Tampa, and $13.9 to Connecticut for a new station in Enfield as part of the New Haven-Hartford-Springfield Rail Program.

"The Rail Passengers Association applauds the FRA for getting this critical funding to states and railroads in a timely fashion, where it will be put to use creating jobs and building a better U.S. rail network," said Jim Mathews, President & CEO of *Rail Passengers*. "We applaud the FRA for selecting projects

LII  > U.S. Code  > Title 49  > SUBTITLE V  > PART B  > CHAPTER 229  > § 22905

Quick search by citation:

**Title**

enter title

**Section**

section

Go!

# 49 U.S. Code § 22905 - Grant conditions

U.S. Code    Notes

**(a)** BUY AMERICA.—

    **(1)** The Secretary of Transportation may obligate an amount that may be appropriated to carry out this chapter for a project only if the steel, iron, and manufactured goods used in the project are produced in the United States.

    **(2)** The Secretary of Transportation may waive paragraph (1) of this subsection if the Secretary finds that—

        **(A)** applying paragraph (1) would be inconsistent with the public interest;

**(B)** the steel, iron, and goods produced in the United States are not produced in a sufficient and reasonably available amount or are not of a satisfactory quality;

**(C)** rolling stock or power train equipment cannot be bought and delivered in the United States within a reasonable time; or

**(D)** including domestic material will increase the cost of the overall project by more than 25 percent.

**(3)** For purposes of this subsection, in calculating the components' costs, labor costs involved in final assembly shall not be included in the calculation.

**(4)** If the Secretary determines that it is necessary to waive the application of paragraph (1) based on a finding under paragraph (2), the Secretary shall, before the date on which such finding takes effect—

**(A)** publish in the Federal Register a detailed written justification as to why the waiver is needed; and

**(B)** provide notice of such finding and an opportunity for public comment on such finding for a reasonable period of time not to exceed 15 days.

**(5)** Not later than December 31, 2012, the Secretary shall submit to the Committee on Transportation and Infrastructure of the House of Representatives and the Committee on Commerce, Science, and Transportation of the Senate a report on any waivers granted under paragraph (2).

**(6)** The Secretary of Transportation may not make a waiver under paragraph (2) of this subsection for goods produced in a foreign country if the Secretary, in consultation with the United States Trade Representative, decides that the government of that foreign country—

**(A)** has an agreement with the United States Government under which the Secretary has waived the requirement of this subsection; and

**(B)** has violated the agreement by discriminating against goods to which this subsection applies that are produced in the United States and to which the agreement applies.

**(7)** A person is ineligible to receive a contract or subcontract made with amounts authorized under this chapter if a court or department, agency, or

instrumentality of the Government decides the person intentionally—

    **(A)** affixed a "Made in America" label, or a label with an inscription having the same meaning, to goods sold in or shipped to the United States that are used in a project to which this subsection applies but not produced in the United States; or

    **(B)** represented that goods described in subparagraph (A) of this paragraph were produced in the United States.

**(8)** The Secretary may not impose any limitation on assistance provided under this chapter that restricts a State from imposing more stringent requirements than this subsection on the use of articles, materials, and supplies mined, produced, or manufactured in foreign countries in projects carried out with that assistance or restricts a recipient of that assistance from complying with those State-imposed requirements.

**(9)** The Secretary may allow a manufacturer or supplier of steel, iron, or manufactured goods to correct after bid opening any certification of noncompliance or failure to properly complete the certification (but not including failure to sign the certification) under this subsection if such manufacturer or supplier attests under penalty of perjury that such manufacturer or supplier submitted an incorrect certification as a result of an inadvertent or clerical error. The burden of establishing inadvertent or clerical error is on the manufacturer or supplier.

**(10)** A party adversely affected by an agency action under this subsection shall have the right to seek review under section 702 of title 5.

**(11)** The requirements of this subsection shall only apply to projects for which the costs exceed $100,000.

**(b)** OPERATORS DEEMED RAIL CARRIERS AND EMPLOYERS FOR CERTAIN PURPOSES.—A person that conducts rail operations over rail infrastructure constructed or improved with funding provided in whole or in part in a grant made under this chapter shall be considered a rail carrier as defined in section 10102(5) of this title for purposes of this title and any other statute that adopts that definition or in which that definition applies, including—

    **(1)** the Railroad Retirement Act of 1974 (45 U.S.C. 231 et seq.);

    **(2)** the Railway Labor Act (45 U.S.C. 151 et seq.); and

(3) the Railroad Unemployment Insurance Act (45 U.S.C. 351 et seq.).

**(c)** G**RANT** C**ONDITIONS.**—The Secretary shall require as a condition of making any grant under this chapter for a project that uses rights-of-way owned by a railroad that—

**(1)** a written agreement exist between the applicant and the railroad regarding such use and ownership, including—

**(A)** any compensation for such use;

**(B)** assurances regarding the adequacy of infrastructure capacity to accommodate both existing and future freight and passenger operations;

**(C)** an assurance by the railroad that collective bargaining agreements with the railroad's employees (including terms regulating the contracting of work) will remain in full force and effect according to their terms for work performed by the railroad on the railroad transportation corridor; and

**(D)** an assurance that an applicant complies with liability requirements consistent with section 28103 of this title; and

**(2)** the applicant agrees to comply with—

**(A)** the standards of section 24312 of this title, as such section was in effect on September 1, 2003, with respect to the project in the same manner that Amtrak is required to comply with those standards for construction work financed under an agreement made under section 24308(a) of this title; and

**(B)** the protective arrangements that are equivalent to the protective arrangements established under section 22404 with respect to employees affected by actions taken in connection with the project to be financed in whole or in part by grants under this chapter.

**(d)** R**EPLACEMENT OF** E**XISTING** I**NTERCITY** P**ASSENGER** R**AIL** S**ERVICE.**—

**(1)** C**OLLECTIVE BARGAINING AGREEMENT FOR INTERCITY PASSENGER RAIL PROJECTS.**—Any entity providing intercity passenger railroad transportation that begins operations after the date of enactment of this Act[1] on a project funded in whole or in part by grants made under this chapter and replaces intercity rail passenger service that was provided by Amtrak, unless such service was provided solely by Amtrak to another entity or unless Amtrak ceased providing intercity passenger railroad transportation over the affected route more than 3 years

before the commencement of new service, as of such date shall enter into an agreement with the authorized bargaining agent or agents for adversely affected employees of the predecessor provider that—

> **(A)** gives each such qualified employee of the predecessor provider priority in hiring according to the employee's seniority on the predecessor provider for each position with the replacing entity that is in the employee's craft or class and is available within 3 years after the termination of the service being replaced;

> **(B)** establishes a procedure for notifying such an employee of such positions;

> **(C)** establishes a procedure for such an employee to apply for such positions; and

> **(D)** establishes rates of pay, rules, and working conditions.

**(2)** IMMEDIATE REPLACEMENT SERVICE.—

**(A)** Negotiations.—

If the replacement of preexisting intercity rail passenger service occurs concurrent with or within a reasonable time before the commencement of the replacing entity's rail passenger service, the replacing entity shall give written notice of its plan to replace existing rail passenger service to the authorized collective bargaining agent or agents for the potentially adversely affected employees of the predecessor provider at least 90 days before the date on which it plans to commence service. Within 5 days after the date of receipt of such written notice, negotiations between the replacing entity and the collective bargaining agent or agents for the employees of the predecessor provider shall commence for the purpose of reaching agreement with respect to all matters set forth in subparagraphs (A) through (D) of paragraph (1). The negotiations shall continue for 30 days or until an agreement is reached, whichever is sooner. If at the end of 30 days the parties have not entered into an agreement with respect to all such matters, the unresolved issues shall be submitted for arbitration in accordance with the procedure set forth in subparagraph (B).

**(B)** Arbitration.—

If an agreement has not been entered into with respect to all matters set forth in subparagraphs (A) through (D) of paragraph (1) as described in subparagraph (A) of this paragraph, the parties shall select an arbitrator. If the parties are unable to agree upon the selection of such arbitrator within

5 days, either or both parties shall notify the National Mediation Board, which shall provide a list of seven arbitrators with experience in arbitrating rail labor protection disputes. Within 5 days after such notification, the parties shall alternately strike names from the list until only 1 name remains, and that person shall serve as the neutral arbitrator. Within 45 days after selection of the arbitrator, the arbitrator shall conduct a hearing on the dispute and shall render a decision with respect to the unresolved issues among the matters set forth in subparagraphs (A) through (D) of paragraph (1). The arbitrator shall be guided by prevailing national standard rates of pay, benefits, and working conditions for comparable work. This decision shall be final, binding, and conclusive upon the parties. The salary and expenses of the arbitrator shall be borne equally by the parties; all other expenses shall be paid by the party incurring them.

**(3)** SERVICE COMMENCEMENT.—
A replacing entity under this subsection shall commence service only after an agreement is entered into with respect to the matters set forth in subparagraphs (A) through (D) of paragraph (1) or the decision of the arbitrator has been rendered.

**(4)** SUBSEQUENT REPLACEMENT OF SERVICE.—
If the replacement of existing rail passenger service takes place within 3 years after the replacing entity commences intercity passenger rail service, the replacing entity and the collective bargaining agent or agents for the adversely affected employees of the predecessor provider shall enter into an agreement with respect to the matters set forth in subparagraphs (A) through (D) of paragraph (1). If the parties have not entered into an agreement with respect to all such matters within 60 days after the date on which the replacing entity replaces the predecessor provider, the parties shall select an arbitrator using the procedures set forth in paragraph (2)(B), who shall, within 20 days after the commencement of the arbitration, conduct a hearing and decide all unresolved issues. This decision shall be final, binding, and conclusive upon the parties.

**(e)** INAPPLICABILITY TO CERTAIN RAIL OPERATIONS.—Nothing in this section applies to—

**(1)** commuter rail passenger transportation (as defined in section 24102) operations of a State or local governmental authority (as those terms are defined in section 5302) eligible to receive financial assistance under section 5307 of this title, or to its contractor performing services in connection with commuter rail passenger operations (as so defined);

**(2)** the Alaska Railroad or its contractors; or

**(3)** Amtrak's access rights to railroad rights of way and facilities under current law.

**(f)** LIMITATION.—

No grants shall be provided under this chapter for commuter rail passenger transportation (as defined in section 24102(3)).

(Added Pub. L. 110–432, div. B, title III, §301(a), Oct. 16, 2008, 122 Stat. 4942, §24405; amended Pub. L. 114–94, div. A, title XI, §11303(b)(1)(D), Dec. 4, 2015, 129 Stat. 1654; renumbered §22905 and amended Pub. L. 115–420, §7(a)(1), (b)(1)(B), (2)(C), Jan. 3, 2019, 132 Stat. 5445, 5446; Pub. L. 117–58, div. B, title I, §21301(j)(4)(D), Nov. 15, 2021, 135 Stat. 693.)



💼 U.S. Code Toolbox

Law about... Articles from Wex

Table of Popular Names

Parallel Table of Authorities

How current is this?

**Media Releases**

Posted on: September 24, 2020

# Boca Raton Receives $16.4 Million for Brightline Train Station Project

**BOCA RATON, FL – September 24, 2020 –**



The City of Boca Raton was recently awarded a $16,350,000 grant from the US Department of Transportation (DOT). The Consolidated Rail Infrastructure and Safety Improvement (CRISI) grant funds will be used for the construction of the Brightline Train Station and corresponding parking garage, which was approved to be built on the east side of Boca Raton's Downtown Library.

As part of the grant agreement, the City will provide a local match not to exceed $9.9 million with an additional match to be funded by Brightline. The $46 million project, which is anticipated to open in mid-2022, will bring positive economic benefits and jobs during a critical time of Covid-19 recovery and reopening, as well as long term. The project is expected to create nearly 500 new construction jobs and nearly 40 permanent jobs in the City and will provide increased mobility to regional jobs as well.

"This major grant from the Federal Railroad Administration will improve mobility, connectivity, and safety, while reducing emissions," noted Mayor Scott Singer. "The public-private partnership we've

## Tools

RSS

Notify Me

## Categories

- All Categories
- Current Affairs & Topics
- Police Information
- Mizner Amphitheater
- Media Releases
- Police News Releases
- Gumbo Limbo
- Recreation Services
- Sustainability
- Economic Development
- Public Art Boca
- Community Engagement Unit News

created and developed with Brightline will advance the long-term future of our thriving, progressive city. Many residents and businesses see this opportunity as a game changer for Boca Raton."

Mayor Singer also expressed his thanks for USDOT Secretary Elaine Chao, Senator Rick Scott, Senator Marco Rubio, Congressman Mario Diaz-Balart, Congressman Ted Deutch and Congresswoman Lois Frankel, all of whom were strong advocates of the grant.

Brightline will build the train station on a 1.8-acre site near Palmetto Park Road and Dixie Highway, as a rail-ready connection to the $4 billion, 170-mile intercity train system. The City will fund most of the of the design and construction of a 455-car parking garage for train guests and the public.

"This is an important milestone for the Boca Raton station, and we are thankful for our Florida elected officials who supported this effort," said Patrick Goddard, President of Brightline. "Boca Raton is a key component of our future system, and this station will serve as a catalyst for economic growth by creating jobs and bringing new visitors and spending to the area."

**About Brightline:**  *Brightline is the first privately funded passenger rail system in America in over a century. Brightline is designed to reinvent travel and take cars off the road by connecting city pairs and congested corridors that are too close to fly and too long to drive. Providing fast, efficient, hospitality-driven transportation featuring the latest in customer-friendly amenities, Brightline currently operates in Florida between Miami, Fort Lauderdale and West Palm Beach, with plans to expand to*

*Orlando, Boca Raton, Aventura and PortMiami. The company is also on track to break ground between Las Vegas and Southern California in 2020.*

***About Boca Raton:*** *Boca Raton, the second largest city in the Palm Beaches, is a community where history and innovation come together. Boca Raton was built around an elegant Mediterranean Revival style that later grew into a vibrant city full of rich art and culture. From live concerts and international art exhibits to outdoor festivals and world-class museums, Boca Raton's dynamic cultural scene offers unique experiences for all ages. Boca Raton has five miles of beautiful Atlantic coastline and 46 parks with 1,650 acres of recreational space to encourage a healthy and active lifestyle.*

*Boca Raton also has a thriving business community that was pioneered from the development of the personal computer (PC) at the Boca Raton-based IBM campus in 1967. Today, over 30 corporate headquarters, from innovative startups to large corporations, call the City of Boca Raton home. The Boca Raton Airport offers a customs facility that welcomes travelers from all over the world, conveniently putting them minutes away from business centers, entertainment, world-class dining and one of South Florida's top luxury shopping malls that features a mix of upscale specialty shops and department stores.*

*Boca Raton has three nationally ranked universities and an abundance of A-rated public and private K-12 schools that ingrain education, research and innovation into the community. With a homegrown, educated workforce to build from, entrepreneurs and startups thrive in Boca Raton's climate.*

# *EXHIBIT - 12*

*NATIONAL MEDIATION BOARD 2024 DECISION – BRIGHTLINE AS "CARRIER"*

**EXHIBIT 12 – National Mediation Board (NMB) 2024 Decision: Brightline Deemed a "Rail Carrier" and Onboard Employees Recognized Under the Railway Labor Act**

In 2024, the National Mediation Board (NMB) issued a formal decision in *Case No. R-7643*, determining that Brightline Trains Florida LLC is a "carrier" within the meaning of the Railway Labor Act (RLA), 45 U.S.C. § 151 et seq. The NMB found that Brightline met this definition by virtue of receiving federal rail infrastructure grants, specifically under 49 U.S.C. § 22905(b), which automatically classifies any rail operator using federally funded infrastructure as a "rail carrier" for purposes of the RLA, FELA, and other federal statutes.

The Board also held that Brightline's onboard service personnel (e.g., conductors, engineers, and attendants) are "employees" under the RLA and are entitled to the full protections of federal labor law. Importantly, the NMB rejected Brightline's arguments that its exemption from Surface Transportation Board jurisdiction exempted it from federal railroad status, stating that the statutory deeming provision under § 22905(b) controls and overrides such exemptions.

This ruling conclusively affirms that Brightline is subject to federal railroad laws, including labor and safety statutes. It undermines any assertion that Brightline operates outside the scope of federal regulation, and directly supports Plaintiff's position that Brightline is subject to FELA, FRA safety rules, and related duties to its employees. The Board's recognition of Brightline's rail carrier status and its onboard employees' protected status reinforces Plaintiff's entitlement to recover under FELA and further demonstrates Brightline's ongoing attempts to minimize its federal obligations despite operating on publicly funded infrastructure.



# NATIONAL MEDIATION BOARD

1301 K St NW, Suite 250E
Washington, DC, 20005

| | |
|---|---|
| In the Matter of the<br><br>Application of the<br><br>TRANSPORT WORKERS UNION OF AMERICA<br><br>alleging a representation dispute pursuant to Section 2, Ninth, of the Railway Labor Act, as amended<br><br>involving employees of<br><br>BRIGHTLINE TRAINS FLORIDA LLC | 52 NMB No. 9<br><br>CASE NO. R-7643<br>(NMB File No. CR-7254)<br><br>FINDINGS UPON INVESTIGATION –<br>AUTHORIZATION OF ELECTION<br><br>November 12, 2024 |

This determination addresses the application filed by the Transport Workers Union of America (TWU) alleging a representation dispute pursuant to the Railway Labor Act (RLA), 45 U.S.C. § 152, Ninth (Section 2, Ninth),[1] among On Board Service Employees, employees of Brightline Trains Florida LLC (Brightline). These employees are currently unrepresented.

The TWU's application raises the question of RLA jurisdiction. For the reasons set forth below, the National Mediation Board (NMB) finds that Brightline is a carrier subject to the RLA. The NMB further finds that a representation dispute exists among Brightline's On Board Service Employees craft or class and authorizes an election using July 28, 2024 as the voter eligibility cut-off date.

---

[1]     45 U.S.C. § 151, *et seq.*

# I.  PROCEDURAL BACKGROUND

On August 8, 2024, TWU filed an application, along with authorization cards, alleging a representation dispute involving On Board Service Employees at Brightline. The application was designated NMB File No. CR-7254 and assigned to Investigator Angela I. Heverling.

On August 22, 2024, Brightline filed an initial position statement objecting to NMB jurisdiction. On August 23, 2024, TWU filed an initial position statement arguing that Brightline is subject to RLA jurisdiction and that On Board Service Employees is the appropriate craft or class. Brightline provided additional submissions on September 6, 2024 and September 24, 2024 while the TWU provided additional replies on September 20, 2024 and September 27, 2024.

# II.  ISSUE

Is Brightline subject to the jurisdiction of the RLA?

# III.  CONTENTIONS

TWU argues that Brightline is subject to RLA jurisdiction under the Fixing America's Surface Transportation (FAST) Act deeming recipients of Consolidated Rail Infrastructure and Safety Improvements (CRISI) grants "rail carriers" under the RLA.

Brightline disputes that this language confers RLA jurisdiction because it is not a railroad subject to Surface Transportation Board (STB) jurisdiction. Additionally, Brightline argues that its acceptance of CRISI funds is not sufficient to trigger the FAST Act language on which TWU relies to support its RLA jurisdiction contention.

# IV.  STATEMENT OF FACTS

Brightline is a privately owned and operated intercity rail route currently running between Miami, Florida and Orlando, Florida. It runs partially on tracks owned and shared by the Florida East Coast Railroad (FECR). Brightline currently services six stations within Florida including one at Orlando International Airport. Brightline was previously known as All Aboard Florida and has changed its name several times before taking its current name in 2020.

In 2012, STB determined that it did not have jurisdiction over All Aboard Florida, stating in part that "there is nothing in the record to show that [All Aboard Florida's] proposed construction and intrastate operations would be part of the interstate rail network" and the use of tracks owned by an interstate freight

carrier was insufficient to bring All Aboard within the STB's jurisdiction. *All Aboard Florida*, (S.T.B. Dec. 21, 2012) No. FD 35680, 2012 WL 6659923 at *1.[2]

Brightline has accepted funds from the U.S. Department of Transportation under the CRISI Grant Program that was created in 2015. This federal funding has been announced by Brightline through a number of press releases and in other media reports. For example, Brightline announced in June of 2022 that it received $15.9 million in grant funding toward high-speed rail from Tampa to Orlando, a line that has not yet been completed.[3] Brightline's press release at the time described these funds as a CRISI grant to cover "preliminary engineering activities and environmental approvals required to construct an intercity passenger rail system between Orlando International Airport and Tampa." In March of 2023, Brightline announced that it had completed a CRISI-grant funded project in South Florida to upgrade 48 grade crossings that are part of the rail corridor it shares with FECR. The FRA awarded the $2.3 million grant for that project to Brightline in 2017.[4] In September of 2023, Brightline announced that it had received approximately $1.6 million to improve rail safety using artificial intelligence technology. At the time, an FRA administrator stated that "[s]ince President Biden signed the Bipartisan Infrastructure Law, CRISI funding has quadrupled, and we're proud to put those investments towards an effort that will inform future infrastructure decisions and safety upgrades along a growing rail corridor providing freight and passenger rail benefits in several Florida communities."[5] In addition to the grants received directly by Brightline, in 2020 the city of Boca Raton, Florida received an over $16 million grant to construct a Brightline Train Station and adjacent parking structure.[6]

---

[2]     A dissenting opinion to the STB's jurisdiction determination noted that there were "multiple indicia to support a finding that the transportation on this line will be related to interstate commerce." *All Aboard Florida* at 5. Two examples were plans to have a station at the Orlando International Airport and to provide access to ports in Miami, West Palm Beach, and Fort Lauderdale, Florida—possibly providing access to cruise ship travelers. *Id.* at 6. That decision was rendered while these stations were in the planning stages and Brightline's Orlando International Airport station did not open until 2023. It is therefore possible that Brightline's links to interstate commerce have changed since 2012 and the STB's analysis would be different today. Although not necessary for this determination, it should be noted that the NMB has at times viewed such factors as providing a link to interstate commerce for purposes of RLA jurisdiction. *See, e.g., Holland America Westours*, 29 NMB 140 (2002).

[3]     Carl Lisciandrello, *Brightline Secures Federal Funds to Help Complete a Plan for Tampa to Orlando High Speed Rail*, WUSF (June 2, 2022), https://www.wusf.org/transportation/ 2022-06-02/brightline-secures-federal-funds-to-help-complete-a-plan-for-tampa-to-orlando-high-speed-rail.

[4]     *Brightline completes CRISI-funded Grade Crossing Projects*, PROGRESSIVE RAILROADING (March 6, 2023), https://www.progressiverailroading.com/safety/news/Brightline-completes-CRISI-funded -grade-crossing-projects--68725.

[5]     Garrett Phillips, *Brightline Receives Federal Grant for AI-based Rail Safety System*, 12 NEWS (Sept. 29, 2023), https://cbs12.com/news/local/brightline-grant-ai-based-rail-safety-system-florida-orlando-train-railroad-technology-camera-9-29-2023.

[6]     Media Releases, *Boca Raton Receives $16.4 Million for Brightline Train Station Project*, CITY OF BOCA RATON (Sept. 24, 2020), https://www.myboca.us/CivicAlerts.aspx?AID=669.

## V.   DISCUSSION

An entity is a "carrier" subject to RLA jurisdiction if it is a "railroad subject to the jurisdiction of the Surface Transportation Board". 45 U.S.C. § 151, First. STB jurisdiction, in turn, is defined in the Interstate Commerce Commission Termination Act of 1995 (ICCTA), 49 U.S.C. § 10101, *et seq.*

The CRISI grant program of the U.S. Department of Transportation's Federal Railroad Administration (FRA) was created in 2015 in Section 11301 of the FAST Act, Pub. L. 114-94 and codified at 49 U.S.C. § 22907. The following statutory language from the FAST Act at 49 U.S.C. § 22905 (Section 22905) regarding the CRISI grant program is most relevant to our determination:

Grant Conditions

(b) Operators Deemed Rail Carriers and Employers for Certain Purposes.—A person that conducts rail operations over rail infrastructure constructed or improved with funding provided in whole or in part in a grant made under this chapter shall be considered a rail carrier as defined in section 10102(5) of this title for purposes of this title and any other statute that adopts that definition or in which that definition applies, including—

(1) the Railroad Retirement Act of 1974 (45 U.S.C. 231 et seq.);

(2) the Railway Labor Act (45 U.S.C. 151 et seq.); and

(3) the Railroad Unemployment Insurance Act (45 U.S.C. 351 et seq.).

The Grant Conditions language first provides that by receiving funding under a CRISI grant, a "person" shall be considered a "rail carrier" under Section 10102(5) of the ICCTA. Being considered a rail carrier under the ICCTA does not alone confer STB jurisdiction. Under the ICCTA, the STB does not have jurisdiction over all "rail carriers." Section 10501 defines the jurisdiction of the STB and limits it to transportation between "a place in . . . a State and a place in the same or another State as part of the interstate rail network."

As discussed above, Brightline has received a number of CRISI grants in recent years for infrastructure improvements such as improving safety at grade crossings. Because it has received these grants and is operating on "rail infrastructure constructed or improved" with this funding, Brightline is deemed a carrier under the RLA according to the language in Section 22905(b).

Brightline argues that the STB's 2012 decision that it is not subject to STB jurisdiction is determinative because the RLA's definition of a carrier requires STB jurisdiction. It is true, as Brightline argues, that meeting the definition of

rail carrier under Section 10102(5) of the ICCTA alone is not sufficient to establish jurisdiction under the RLA. This is because under the RLA, a carrier includes "any railroad subject to the jurisdiction of the Surface Transportation Board . . . ." 45 U.S.C. § 151. The CRISI grant conditions, however, do more than deem recipients rail carriers under the ICCTA. The grant conditions also deem a recipient a rail carrier under "any other statute that adopts that definition or in which that definition applies . . . ." and explicitly include the RLA as one such statute. 45 U.S.C. § 22905.

Brightline urges the Board to interpret Section 22905 as deeming a recipient a rail carrier under the ICCTA only. Brightline argues the following:

> What § 22905(b) actually does is cause 'a person that conducts rail operations over rail infrastructure constructed or improved with' § 22907 grant funding 'to be considered a rail carrier as defined in' 49 U.S.C. § 10102(5). As we have explained, the term 'rail carrier' in § 10102(5) is, in turn, used in the section of the statute defining STB jurisdiction, 49 U.S.C. § 10501(a). The STB 'has jurisdiction over *transportation by a rail carrier*' (emphasis added); however, when transportation provided by a 'rail carrier' is between a place in a State and a place in the same State, STB jurisdiction 'applies' only when the transportation is 'part of the interstate rail network'.

(internal citations omitted). Under Brightline's interpretation, a railroad receiving a CRISI grant would still be need to be part of the interstate rail network to be under STB jurisdiction and considered a carrier under the RLA.[7] Both the Railroad Retirement Act (RRA) and the Railroad Unemployment Insurance Act (RUIA) define an employer as a rail carrier subject to STB jurisdiction[8] so the analysis would be the same under those statutes.

TWU urges the Board to interpret the language in Section 22905 as deeming a recipient a rail carrier under the RLA, the RRA, and the RUIA. According to TWU, the language is clear and adopting Brightline's interpretation "would render meaningless the entire portion of the statute that says that a CRISI grant recipient is a 'carrier' for the purposes of the RLA, the RRA, and the RUIA." According to TWU, Congress has used its spending power to attach certain conditions upon the recipients of federal funds.

The Board's view is that, through the FAST Act, Congress expressly intended to impose obligations on recipients of these grants beyond simply designating them as rail carriers under the ICCTA. The Board also finds it

---

[7]     Brightline also urges the Board to refer this to the STB to determine whether it has jurisdiction. For the reasons explained here, it is unnecessary to determine whether Brightline is under the jurisdiction of the STB. Additionally, the Board has often considered the factors outlined in the ICCTA to make that determination itself. *See, e.g., Bombardier*, 46 NMB 58 (2019).

[8]     *See* 45 U.S.C. § 231(a)(1)(i); 45 U.S.C. § 351(b).

significant that Section 22905(b) is entitled "Operators Deemed Rail Carriers *and Employers* for Certain Purposes." (emphasis added) This language further indicates that Congress intended to do more than define rail carrier as it is already defined in the RLA and the other statutes listed in that section. If Brightline's interpretation is correct, receiving the grant would have no impact on Brightline's legal obligations as an employer or carrier, which is inconsistent with the language of the statute.

In addition, the FRA's Notice of Funding Opportunity (NOFO) Requirements for CRISI grants states that "[a]ssistance under this NOFO is subject to the grant conditions in 49 U.S.C. 22905, including . . . the provision deeming operators rail carriers and employers for certain purposes."[9] This indicates that the FRA recognized Congress' intent to extend jurisdiction under labor and employment statutes such as the RLA, RRA, and RUIA and that recipients of CRISI grants are aware of these requirements before applying for funding.

If, as Brightline argues, Section 22905 requires a railroad to be under the jurisdiction of the STB to be deemed a rail carrier under the RLA, there would have been no reason to mention the RLA in that section. If Congress did not intend to expand RLA jurisdiction through this section and impose obligations on grant recipients as employers under the RRA and the RUIA, there was no need to mention those statutes. It is very unlikely that Congress would adopt language that did not expand RLA jurisdiction to railroads that were not already under its jurisdiction. Notably, Brightline has provided no alternative meaning of the language conferring RLA jurisdiction over recipients of CRISI grants. If the language does not apply to entities like Brightline, who has Congress extended RLA jurisdiction to with this language? Every word or provision in a statute should be given effect. Brightline's interpretation renders Section 22905's language regarding the RLA, RRA, and RUIA unnecessary, meaningless, and without consequence.

Brightline also argues that the term "carrier" under the RLA is not equivalent to "rail carrier" used in the ICCTA and that the RLA does not actually define "rail carrier." According to Brightline, "the term used in the RLA is 'carrier' and the term used in Section 22905(b) and the ICCTA sections defining STB jurisdiction is not 'carrier' but *'rail carrier'*." The Board finds that no meaningful distinction can be read into the differing terms. Although the RLA also covers air carriers, the definition of carrier in Section 1, First is a definition of rail carrier or carrier by rail, as evidenced by the fact that the last time that language was substantively amended in 1934 was prior to the addition of air carriers to RLA

---

[9]     Notice of Funding Opportunity for the Consolidated Rail Infrastructure and Safety Improvements Program, 87 Fed. Reg. 54,278 (Sept. 2, 2022).

jurisdiction. RLA jurisdiction was extended to "carriers by air" in 45 U.S.C. § 181 but Section 1, First includes the definition of rail carrier under the Act.

Brightline also contends that the CRISI grants discussed above do not trigger Section 22905(b) because that provision does not apply to grants that have been merely announced or does not apply to planning and design. The Board finds no merit to this argument. According to Brightline's own press release, it has completed a CRISI-grant funded project to upgrade 48 grade crossings that are part of the rail corridor it shares with FECR. This grant alone makes Brightline an entity "that conducts rail operations over rail infrastructure . . . improved with funding provided in whole or in part in a grant made under this chapter . . . ." Other CRISI grants received by Brightline also trigger Section 22905(b).

## CONCLUSION

For the above reasons, the NMB finds that Brightline and its On Board Service Employees are subject to RLA jurisdiction. Based on the authorization cards submitted by TWU, the Board finds that a dispute exists regarding the representation of the On Board Service Employees craft or class.

Therefore, NMB File No. CR-7254 is converted to NMB Case No. R-7643 and an election is authorized with a voter eligibility cut-off date of July 28, 2024. Pursuant to Representation Manual Section 12.1, Brightline (the Carrier) is hereby required to furnish within five calendar days, 1 X 2 5/8", peel-off labels bearing the alphabetized names and current addresses of those employees on the List of Potential Eligible Voters. The Carrier must print the same sequence number from the List of Potential Eligible Voters beside each voter's name on the address label. The Carrier must also provide to the Board the name and sequence number of those potential eligible voters on military leave who are serving in foreign countries or who reside outside of the United States.

The Carrier must use the most expeditious method possible, such as overnight mail, to ensure that the Board receives the labels within five calendar days.

By direction of the NATIONAL MEDIATION BOARD.

Maria-Kate Dowling
General Counsel



About Us ▾  Divisions ▾  Organizing Campaigns ▾  Membership ▾

Government Affairs ▾  Join TWU ▾

# The TWU Beats Brightline as National Mediation Board Rejects Brightline Delay Tactics

## NOVEMBER 12, 2024



The Transport Workers Union of America won a significant victory on Tuesday over Brightline's attempt to delay a

The Transport Workers Union of America won a significant victory on Tuesday over Brightline's attempt to delay a union election for Onboard Service Workers at the Florida railroad.

The TWU's arguments stating that Brightline is a railroad and subject to the Railway Labor Act for the purposes of forming a union were upheld in a National Mediation Board ruling released Tuesday. The NMB authorized an upcoming election and determined that Brightline's pursuit of federal grant money for railroad infrastructure improvements means that Brightline is subject to the Railway Labor Act.

"This is a major victory for Onboard Service Workers who want a voice at the table," said TWU International President John Samuelsen. "The NMB correctly ruled that Brightline IS a railroad and MUST move forward with an election. Brightline's draconian attendance policies and lack of support for workers facing safety issues when a train collides with a vehicle are evidence that collective power in the workplace is essential. An election must take place as quickly as possible. Brightline will also have a better shot at securing federal grant money in Washington with the TWU's help."

The NMB ruling comes after elected officials from Florida voiced support for workers organizing with the TWU and wrote they "publicly support the right and ability to organize with the National Mediation Board as intended under the Railway Labor Act." Brightline also failed to secure critical federal railroad infrastructure grants in recent weeks after

the TWU argued Brightline should not receive the money if it contests that it is a railroad subject to NMB jurisdiction.

Tuesday's ruling means that the National Mediation Board, an independent agency that coordinates labor relations with railroads and airlines, has directed an election. The NMB's ruling is final and cannot be appealed.

In August, the TWU announced an overwhelming majority of Lead Attendants and Onboard Attendants on Brightline's Orlando-to-Miami line filed to form a union. In response, Brightline hired a notorious anti-labor law firm who argued the election should be conducted by the National Labor Relations Board instead of the NMB as a delay tactic.

"The Onboard Leads and Attendants continue to endure constant policy changes and increased workloads by an uncaring management team," said TWU Organizing Director Angelo Cucuzza. "Their resolve to vote for the TWU remains strong and we look forward to giving them a real direct relationship at the bargaining table."

# *EXHIBIT - 13*

*NTSB CHAIR JENNIFER HOMENDY TESTIMONY ON BRIGHLINE COLLISIONS*

**EXHIBIT 13**

 **NTSB CHAIR JENNIFER HOMENDY – TESTIMONY AND PUBLIC STATEMENTS ON BRIGHTLINE COLLISIONS**

This exhibit summarizes public statements and congressional testimony by National Transportation Safety Board (NTSB) Chair Jennifer Homendy in 2023–2024 concerning Brightline's collision record, fatality rate, and systemic safety problems. These statements demonstrate that federal safety regulators formally recognized Brightline as having an unusually high fatality rate and repeatedly warned of serious, preventable hazards along its corridor. This, in turn, shows that Defendants were on clear notice that their operations created extraordinary risks to the public and to train crews such as Plaintiff.

## A. Early 2023 – Public Acknowledgment of "Major Safety Concerns"

In early 2023, Chair Homendy publicly acknowledged that Brightline's safety record raised "major safety concerns." At that time, media analyses and federal data already identified Brightline as having **the highest death rate per mile of any railroad in the United States**, with dozens of people killed in collisions with its trains since service began in 2017. Homendy was asked about this record in connection with Brightline's expansion through additional Florida communities and stated that the NTSB was sufficiently concerned that a focused investigation into Brightline's operations "may be warranted." Shortly afterwards, another Brightline crash in Delray Beach killed two people at a grade crossing, underscoring the pattern of repeated, preventable deaths.

Homendy's early 2023 remarks are significant because they show that, well before Plaintiff's separation from Brightline, the NTSB Chair herself had publicly flagged Brightline's fatality pattern as a systemic safety problem, not a series of isolated events. Brightline thus cannot credibly claim that the risks of recurring collisions and their psychological impact on crews were unforeseeable or unknown.

## B. January 18, 2024 – Congressional Testimony on Brightline Grade-Crossing Collisions

On January 18, 2024, Chair Homendy testified before the U.S. House Subcommittee on Railroads, Pipelines, and Hazardous Materials at a hearing regarding railroad grade-crossing safety. In her prepared statement, she devoted a specific section to Brightline's collision history and the NTSB's ongoing investigations into multiple Brightline crashes.

Key points from Homendy's 2024 testimony include:

1. **Number of Fatalities and Incidents.** Homendy advised Congress that in approximately five years, **Brightline trains had been involved in more than 30 fatalities and more than 30 injuries at grade crossings, as part of over 100 separate incidents.** She emphasized that this record made Brightline an outlier among U.S. passenger railroads and that many of these deaths were preventable with better safety measures.

2. **Multiple Open NTSB Investigations.** Homendy reported that the NTSB had **four open investigations involving Brightline collisions** at the time of her testimony. She referenced, among others, a February 8, 2023 double-fatality crash in Delray Beach and **back-to-back fatal collisions at the same Melbourne, Florida crossing on January 10 and January 12, 2024,** in which Brightline trains struck road vehicles at

an active grade crossing. These investigations focused on identifying safety deficiencies and "opportunities to prevent or mitigate these crashes in the future."

3. **Systemic Risk at Grade Crossings.** Homendy reiterated the NTSB's long-standing position that **"fast trains and grade crossings are a deadly combination,"** stressing that the safest treatment for a crossing is often its elimination (grade separation). She noted that the NTSB has issued numerous safety recommendations related to grade-crossing protection, warning technologies, and corridor design, and that many of these recommendations remained open or only partially implemented.

4. **Preventability of Brightline Collisions.** Homendy described Brightline's crashes as "tragic because they are preventable," explaining that the circumstances, vehicles driving around gates, pedestrians on or near the tracks, and inadequate physical separation were known risk patterns. She urged Congress and stakeholders to implement additional engineering controls (e.g., four-quadrant gates, medians, fencing), enforcement, and education to reduce these incidents.

5. **Zero-Fatality Goal.** Homendy told the subcommittee that **"the only acceptable number of fatalities on our rail system is zero,"** and stressed that high-speed passenger operations like Brightline's must be designed and managed with this standard in mind. She made clear that simply complying with minimum rules was not enough when the on-the-ground fatality rate was as high as Brightline's.

Homendy's 2024 congressional testimony is important because it places on the federal record that (a) Brightline's fatality and incident counts were exceptionally high; (b) the NTSB viewed these deaths as largely preventable; and (c) specific safety shortcomings along the corridor particularly at grade crossings and in high-trespass areas were known and being investigated at the national level.

## C. Relevance to Plaintiff's Claims

Chair Homendy's statements and testimony materially support Plaintiff's claims in several ways:

1. **Notice and Foreseeability.** Homendy's public remarks and congressional testimony show that by 2023–2024, Brightline's extraordinarily high fatality rate and recurring grade-crossing collisions were widely known to federal regulators, lawmakers, and the company itself. This undercuts any argument that Defendants could not have foreseen further collisions or their impact on crews. Plaintiff's repeated exposure to fatal strikes occurred against a backdrop where the NTSB Chair was openly warning of systemic, preventable hazards on the Brightline corridor.

2. **Systemic, Not Isolated, Risk.** Homendy's characterization of Brightline accidents as part of a pattern of "over 30 fatalities and over 30 injuries at grade crossings… over 100 separate incidents" confirms that Plaintiff was working in an environment of **ongoing systemic danger**, not random freak events. This supports Plaintiff's theory that Defendants breached their FELA duty to provide a reasonably safe workplace by failing to correct known safety deficiencies.

3. **Regulatory and Policy Failures.** Homendy's focus on unimplemented NTSB safety recommendations, combined with her acknowledgment that many Brightline crashes were preventable, corroborates Plaintiff's allegations that Defendants ignored federal guidance, delayed safety upgrades despite federal funding, and chose operational expansion over risk mitigation.

4. **Crew Trauma as a Foreseeable Consequence.** Although Homendy's testimony focused on public safety and grade-crossing victims, the same data and warnings necessarily apply to crews who witness and endure these incidents. If the NTSB Chair is publicly describing

Brightline's collisions as preventable and unusually frequent, then Defendants were on notice that their own employees would be repeatedly exposed to traumatic events unless they changed the way they operated and supported crews.

5. **Support for Punitive and Aggravated Damages Theories.** By documenting that federal regulators repeatedly sounded the alarm about Brightline's collisions and that fatalities continued to mount, this exhibit supports Plaintiff's contention that Defendants' conduct rose to the level of recklessness or gross negligence. Persisting in the same practices despite NTSB warnings and ongoing investigations is evidence of conscious disregard for safety.

**Summary**

Exhibit 13 demonstrates that, as early as 2023 and continuing into 2024, NTSB Chair Jennifer Homendy:

- Publicly acknowledged Brightline's exceptionally high fatality rate and "major safety concerns" about its operations;
- Testified to Congress that Brightline had suffered **dozens of grade-crossing fatalities and injuries in over 100 incidents**;
- Emphasized that many of these collisions were **preventable** and urged immediate safety improvements; and
- Stated that the only acceptable number of rail fatalities is "zero."

These statements help establish that Defendants Brightline and Fortress operated with full knowledge of persistent, unacceptable safety risks along the corridor and thus that Plaintiff's repeated exposure to fatal events and resulting psychological injuries were foreseeable consequences of Defendants' failure to provide a reasonably safe place to work.

 National Transportation Safety Board

**Testimony before the Railroads, Pipelines, and Hazardous Materials Subcommittee Committee on Transportation and Infrastructure United States House of Representatives on Oversight and Examination of Railroad Grade Crossing Elimination and Safety**

Honorable
**Jennifer Homendy**
Chairwoman

**Date**
1/18/2024

**Event Type**
Testimony

**Location**
Washington, DC

Good morning, Chairman Nehls, Ranking Member Payne, and members of the subcommittee. Thank you for inviting the National Transportation Safety Board (NTSB) to testify before you today regarding railroad grade crossing elimination and safety. As you know, the NTSB is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant events in other modes of transportation—railroad, transit, highway, marine, pipeline, and commercial space. We determine the probable causes of the accidents and events we investigate and issue safety recommendations aimed at preventing future occurrences. In addition, we conduct transportation safety research studies and offer information and other assistance to family members and survivors for each accident or event we investigate. We also serve as the appellate authority for enforcement actions involving aviation and mariner certificates issued by the Federal Aviation Administration (FAA) and the US Coast Guard, and we adjudicate appeals of civil penalty actions taken by the FAA.

The NTSB does not have authority to promulgate operating standards, nor do we certificate organizations, individuals, or equipment. Instead, we advance safety through our investigations and recommendations, which are issued to any entity that can improve safety. Our goal is to identify issues and advocate for safety improvements that, if implemented, would prevent injuries and save lives.

In my testimony today, I want to detail just a few of the NTSB's grade crossing investigations, outline the broader lessons we have learned from those investigations, and reiterate how critical it is for our federal, state, industry, and labor partners to heed those lessons learned and take action to help avoid future tragedies.

I am personally familiar with the aftermath of a grade crossing collision and the lifelong grief that surviving family members and friends must endure. My father's cousin, Darcy, was killed at a passive grade crossing near Havelock, North Carolina many years ago.

With that said, I believe it is important, as we have this discussion today, that we keep in mind that rail passenger and freight transportation in the United States is far safer, more fuel efficient, and produces lower emissions than road transportation. I would never want to see that traffic shift away from railways to roadways. It is the opposite we should all strive for: shifting passenger and freight transportation from our deadly roadways to far safer modes of transportation, like rail.

The United States confronts an ongoing public health crisis on our roadways in every corner of this country, losing over 40,000 lives annually in crashes on our roadways. [1] Grade crossings are among the deadliest spaces in our rail system, in part,  because they are where our rail and highway systems meet. Better separating these systems would save thousands of lives and incur many other benefits.

However, we must also be clear that the only acceptable number of fatalities on our rail system is zero, and although rail transportation is comparatively safe in contrast to highway transportation, we must still work to ensure that no lives are needlessly lost to preventable collisions. Since 1967, the NTSB has been at the forefront of railroad safety. We have a long record of highlighting numerous safety issues on our railways and have particularly strong concerns about rail worker safety, train approach warnings, positive train control, and railroad company safety cultures, in addition to the grade-crossing concerns that we are here to discuss today.

In total, the NTSB currently has over 190 open rail safety recommendations. [2] These include 5 recommendations to the US Department of Transportation (DOT), 90 recommendations to the Federal Railroad Administration (FRA), and 12 recommendations to the Pipeline and Hazardous Materials Safety Administration (PHMSA). There are also over 115 recommendations to the FRA that are closed with unacceptable action.[3] The collisions we see in our investigations are tragic because they are preventable, and we believe the safety issues we identify in these investigations should be acted on swiftly.

braking, but was unable to stop. The two SUV occupants died from injuries sustained in the collision. As part of this investigation, we are also gathering information on the following two subsequent collisions involving Brightline:

- On March 3, 2023, in North Miami, Florida, a passenger car, occupied by the driver and a child passenger, made a left turn and entered a grade crossing consisting of two main track lines running north and south. The grade crossing was protected by a combination of quad-gates, flashing lights, and pavement markings. After crossing the first set of tracks, the driver became stopped in a traffic queue on the second set of tracks as traffic ahead waited to turn onto southbound US-1. After being stopped for about a minute, a southbound Brightline passenger train approached, causing the grade crossing's warning devices to activate; the grade crossing entrance gates lowered, and the lights began flashing. The driver and child exited the car, leaving it parked on the railroad tracks. After they exited the car, the traffic ahead cleared, and the grade-crossing exit gate lowered. Prior to reaching the 141st Street grade crossing, the Brightline train operator observed the traffic queue, and applied brakes to reduce speed. When the operator realized that the passenger car was not going to move, the operator activated the emergency braking system, but was unable to stop in time;
- On April 12, 2023, in Hollywood, Florida, a truck-tractor combination car carrier trailer was approaching an intersection with two sets of railroad tracks, running north and south. The grade crossing for the tracks was protected by a combination of quad-gates, flashing lights, and pavement markings. As the combination vehicle traversed the grade crossing, the undercarriage of the trailer contacted the ground, causing the vehicle to become stuck on the tracks. While the truck was stopped on the tracks, a southbound Brightline passenger train approached, causing the crossing's warning devices to activate. The trailer was struck on the left side by the train and the locomotive and next car derailed. One train passenger sustained a minor injury.

And last week, we opened an investigation into another fatal collision on January 12 in Melbourne, Florida, involving a Brightline train at an active grade crossing, resulting in two fatalities. Two days earlier, another collision at the same crossing resulted in one fatality.

Again, these investigations are ongoing, and our investigators will continue to work with the parties involved to identify any potential areas for safety improvements.

**Rail Safety and Reauthorization**

Before concluding, I would be remiss if I did not take this opportunity to mention the needs of the NTSB itself. All the investigations I have discussed today—all the careful analysis and safety recommendations, and the material benefits they bring to the travelling public—would not be possible without the NTSB's meticulous and expert investigators. As a small, independent federal agency, the NTSB's primary expense is our personnel, including all these investigators. Over 70 percent of the agency's funding is used to fund employee payroll and benefits (which will increase this year due to increased staffing) and we historically have very little discretionary funding to spend on an annual basis.

Given the 5.2 percent federal employee pay raise and an increase of 5 percent in the agency's share of employee health benefits, the NTSB's mission will be greatly impacted if we must continue to operate indefinitely, or under a full year continuing resolution, at our fiscal year (FY) 2023 funding levels of $129.3 million. In effect, we are operating at a cut from FY2023 funding levels.

An appropriations lapse and government shutdown would also dramatically hinder our ability to begin, continue, and complete accident and incident investigations and timely issue relevant safety recommendations, potentially including those that may result from the NTSB's investigation of the East Palestine investigation and the recent Alaska Airlines 1282 accident. The effect could be a temporary delay in investigations under a short shutdown, or it could preclude entire investigations depending on the length of the lapse, the volume and complexity of investigations that needed to be performed during a lapse, and the perishability of the evidence required to conduct investigations. Many investigations with national safety relevance may not be undertaken or completed and any resulting safety recommendations potentially foregone. Other critical work such as assistance to families of victims, safety studies, or advocacy efforts would be delayed or cancelled depending on the timing and length

**NTSB** | National
Transportation
Safety Board

of a lapse. Efforts underway to right-size the agency and bring new staff on board to backfill critical vacancies would also be halted.

Additionally, as you know, our current authorization expired at the end of FY 2022, and earlier last year, we transmitted a reauthorization proposal to Congress, requesting resources and hiring flexibility to increase the number of investigators throughout the agency.[22]

I am deeply grateful to this committee for its responsiveness to our request, and for including NTSB reauthorization in its FAA legislation last year and moving that legislation through the House. With a strongly bipartisan voice, this committee ensured that House legislation supported critical efforts to strengthen the NTSB and better position our agency to pursue its life-saving mission in the transportation space. In particular, your inclusion of authorization for increased funding levels supports our efforts to obtain increased funding during negotiations with appropriators and OMB.

House Transportation and Infrastructure Committee members also fought to ensure the NTSB's needs were reflected in House appropriations legislation, and I would like, in particular, to express my gratitude to Representative Van Orden for his amendment to increase NTSB funding levels in FY 2024. I can only hope the Senate matches the House committee's good work in support of the NTSB and transportation safety.

We need these additional resources, among other reasons, because the NTSB is required to investigate any railroad accident in the country in which there is a fatality or "substantial" property damage, or that involves a passenger train. [23] We must currently meet this mandate with only 19 investigators, two of whom are eligible for retirement. Those 19 investigators are currently working on 21 investigations, and we open about 12 new investigations each year. This office is understaffed. In fact, as part of our reauthorization proposal, we identified a need for 21 additional staff in our Rail, Pipeline and Hazardous Materials office over the next 5 years. Our reauthorization request only fills a portion of this need.

I am happy to report that, over the last 2 years, we have already made great progress across the agency toward our goals to ensure that our employees have the right skill set, staffing up to our highest level since 2017 to 428 people at the end of 2023. In FY 2023, we hired 71 people, the highest number in 10 years. Our reauthorization proposal anticipates adding roughly 15 new employees per year through 2027, in addition to filling the vacancies that will occur through retirements and separations.

Since February of 2022, we have significantly reduced the backlog of investigations open for more than 2 years from 442 to zero at the end of FY 2023, by filling open investigative and technical review positions, reassigning investigations that could be expedited, using reemployed annuitants to broaden the pool of report reviewers in the short term, enhancing employee performance standards, and developing quality metrics and a means to track them for all investigations.

The resources provided in this reauthorization will allow us to hire professionals with the needed skills, purchase the equipment necessary for those skilled professionals to do their jobs, and invest in staff training and development. Our workforce is our greatest asset and is essential to our mission.

Even if provided with the requested resources and workforce flexibilities, however, we would be challenged to meet the broad rail investigations mandate in Title 49 United States Code (U.S.C.) 1131, given the tragic number of fatalities that result from collisions at grade crossings or involving trespassers on railroad property each year.

That's why our reauthorization proposal would amend the current mandate so that collisions at grade crossings or accidents involving rail trespassers no longer fall under our investigative mandate. Instead, we would maintain the flexibility to investigate those grade-crossing collisions or trespasser accidents that may provide a significant safety benefit to the public, similar to how we approach highway crashes. In fact, the Board traditionally treats such grade-crossing collisions as highway investigations that include railroad investigators. This change to our mandate would allow us to focus our resources on investigating those accidents and collisions where we can provide the most effective findings and recommendations to improve safety.

For those railroad accidents that we do not investigate, it is important to note that the FRA, as the regulator, may still conduct an accident or incident investigation. We have expressed concern in the past that FRA investigations do not use the party process, as we do, to

# *EXHIBIT-14*

*MIAMI HERALD / WLRN "KILLER TRAIN" OVERVIEW ARTICLE*



# Killer Train: Brightline death toll surpasses 180, but safeguards are still lacking

**WLRN and Miami Herald | By Brittany Wallman, Aaron Leibowitz, Shradha Dinesh, Susan Merriam, Daniel Rivero and Joshua Ceballos**

*Listen to the first episode of the podcast series Killer Train here, or find it on your favorite podcast platform. Other stories in the*

×

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Your email address    SUBSCRIBE

Case 9:25-cv-81571-RER   Document 1-2   Entered on FLSD Docket 08/22/2025   Page 39 of 105

On a steamy summer afternoon in 2017, workers at an office along the railroad tracks in Boca Raton waited for a glimpse of the new Brightline train as it flashed by on a test run.

Shonda Bambace, an insurance agent, heard the whistle and rushed to see the sleek, yellow passenger train that would roar through South Florida at high speeds.

And then she saw the girl.

A young woman with blonde hair was walking toward the tracks. Bambace heard a thud. The train streaked by — and the girl was gone.



## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Brightline, she wonders, 'Is that the train that hit my daughter?'

Case 9:23-cv-81?-?-BER   Document 1-2   Entered on FLSD Docket 12/16/2025   Page 40 of 105

Bambace tried to yell out, but the words wouldn't come. The girl resembled her own daughter. The blonde hair. The denim shorts. The T-shirt. All familiar.

"Hit by the train!" she finally screamed. "Hit by the train!"

Bambace had just witnessed Brightline's first fatality. Madison "Maddie" Brunelle, 18, who was bipolar and in a manic state, had just walked out of a treatment facility when she turned toward the tracks.

"I remember it like it was yesterday," said Bambace. "I still have dreams about her."

Since then, the death toll has climbed at an extraordinary rate. Brightline trains have killed 182 people, significantly more than publicly known, an investigation by the Miami Herald and WLRN, South Florida's NPR member station, has found. Reporters spent a year combing federal rail data, local medical examiner records and police incident reports to count the dead. Brightline officials did not dispute the finding.

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Number of people killed by Brightline trains from 2017 - 2025

The reporting team found that Brightline has failed to urgently address the train's dangers, blamed victims for the high death rate, and, as fatalities climbed, turned to the public to pay for safety upgrades. Even then, critical life-saving measures, including fencing along the tracks and suicide-crisis signs, haven't been installed due to years-long delays in the release of federal funds.

Local governments and regulators have added to the problem. Deaths have spiked in parts of South Florida where train horns were intentionally silenced after cities and counties demanded "quiet zones" so as not to bother people living near the tracks. But federal regulators have allowed the train-horn bans to stay in place, and cities have resisted closing treacherous railroad crossings.

Brightline is the nation's most dangerous passenger train, reporters found, killing someone every 13 days of service, on average. In addition to those deaths, 99 people have been injured. In at least 101 cases, the train crashed into vehicles, but no one was hurt.

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.



*Hallandale Beach Fire Rescue, Pompano Beach Rescue, Broward Sheriff's Office, Miami-Dade Sheriff's Office, Joe Cavaretta For The South Florida Sun Sentinel, Miami Fire Rescue, Delray Beach Fire Rescue, Palm Beach County Fire Rescue, National Transportation Safety Board, Melbourne Mayor Paul Alfrey's Facebook, Broward Sheriff's Office, Malabar Fire Department*

Brightline trains have hit vehicles at least 167 times since starting operations in 2018; 21 of those crashes killed people.

# The company has not been found at fault for any of the deaths on its tracks. It has faced at least a dozen lawsuits for deaths and injuries, according to court records. None have gone to trial. Some have been settled for undisclosed amounts.

In a written statement, Michael Lefevre, Brightline's vice

## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

"These incidents are tragic and avoidable. More than half have been confirmed or suspected suicide — intentional acts of self-harm. All have been the result of illegal, deliberate and oftentimes reckless behavior by people putting themselves in harm's way."

Lefevre said their actions "impact our guests who count on Brightline to get them to work, the theme parks, or special events."

Brightline officials say the company has gone to great lengths to warn the public about the dangers of the train and has pushed for stricter enforcement against trespassers and motorists who maneuver around gates. The company has been "a leader in the industry on safety initiatives related to education, enforcement and engineering," Lefevre said.

The initiatives didn't work. Last year, after Brightline extended service through the Treasure Coast to Orlando, 49 people died by the train, the highest number yet. Most of the deaths — 34 of the 49 — occurred in Palm Beach, Broward and Miami-Dade counties.

**READ MORE:** <u>Killer Train: Should tax dollars pay for a private train?</u>

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Case 9:25-cv-81571-BER   Document 1-3   Entered on FLSD Docket 11/12/2025   Page 44 of 105

whether a person tried to get out of the way. But reporters reviewed autopsy rulings for each case and found the majority of the fatalities were accidents or undetermined. Of the 182 dead, 75 were ruled suicide by local medical examiners — or about 41%. In Broward County, where 61 people have died, 30% were ruled suicide.

Ninety-one deaths were ruled accidental. Ten were undetermined, and the remaining six rulings are pending.

## Where Brightline deaths have occurred

182 people have been struck and killed by Brightline trains since 2017. 157 of the deaths were in Miami-Dade, Broward and Palm Beach counties, some of the most densely populated areas of Florida.



## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

| County | Deaths ▽ |
| --- | --- |
| Palm Beach | 65 |
| Broward | 61 |
| Miami-Dade | 31 |
| Brevard | 15 |
| Indian River | 5 |
| Martin | 3 |
| St. Lucie | 2 |

Note: Trains only started traveling through Brevard, Indian River, Martin and St. Lucie counties after the extension to Orlando in September 2023.

Source: Herald/WLRN analysis

Before Brightline began commercial service in 2018 as the country's only private passenger railroad, lawmakers and regulators at the local, state and federal levels sounded the alarm about the risks of running a fast passenger train through one of the most densely populated corridors in Florida. But they ultimately let the project move forward with insufficient safeguards.

As the death toll climbed, millions of taxpayer dollars started flowing to protect the public from Brightline accidents. Lefevre said Brightline has spent "hundreds of millions of dollars" on safety improvements, even as the company argues that the dead are at fault.

**READ MORE:** <u>More people are riding Brightline - but not enough</u>

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

frequently mocked and derided. "The Darwinism Express doing the Universe's work," someone commented after a Brightline crash in June. "I'm sorry, but if you get hit by a train, you deserve it," read a comment after another death in May.

One website attempts to keep a running tally of those "the train hath slain." Elsewhere, Brightline is sardonically dubbed "Frightline" or "Flatline."



This Instagram post from the account brightlinecrashtracker on June 13 shows how Brightline deaths are fodder for jokes.

## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

flung his body into a flashing light signal, and he was sliced in half. His car exploded into a fireball.

Case 9:25-by-84571-RKB   Document 1-2   Entered on FLSD Docket 03/18/2025   Page 47 of 105



Broward Sheriff's Office

A crane removes a crushed Maserati from the railroad tracks in Oakland Park after Clivet Romero, 46, was killed in a fiery Brightline crash in September 2019. Romero saw a slow-moving freight train and drove around the gates to try to beat it. A police report said Romero was 'oblivious' to the fact that a much faster Brightline train was approaching from the other direction.

# But drivers account for relatively few of the fatalities. The Herald/WLRN found that only 24 people — or 13% — were in cars.

## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

About 60% of those who died weren't at crossings, according to federal data. Many didn't navigate around downed gates or see lights flashing. Official report after report recounts people noticing the Brightline moments before it killed them.

The dead include a woman who fled Ukraine with her husband and young children in 2022 after Russia invaded. Two months into her new Miami life, her last moment was to turn and look in shock at a Brightline train.

Another woman forgot something and ran to retrieve it. On the way to rejoin her group, she tripped on the tracks in the dark. The medical examiner's report says the train engineer saw "the light of her cell phone tumble forward" as it flew out of her hands, just before she was struck.

# The most dangerous train

Brightline remains the deadliest major passenger railroad in the United States, according to a Herald/WLRN analysis of data since 2018 from the Federal Railroad Administration.

It's a distinction it has held since early on, reported in 2019 by the Associated Press.

**Brightline leads the nation's passenger railroads in deaths per million miles traveled.**

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

| 3 | Altamont Corridor Express (CA) | 1.1M | 12 | 10.96 |
|---|---|---|---|---|
| 4 | Caltrain (CA) | 9.7M | 97 | 10.03 |
| 5 | Metrolink (CA) | 18.6M | 178 | 9.57 |
| 6 | Tri-Rail (FL) | 7.6M | 62 | 8.12 |
| 7 | SunRail (FL) | 3.4M | 27 | 8.04 |
| 8 | Sounder (WA) | 2.2M | 17 | 7.62 |
| 9 | Trinity Railway Express (TX) | 4M | 21 | 5.20 |
| 10 | Amtrak | 241.8M | 1,016 | 4.20 |
| 11 | New Mexico Rail Runner Express (NM) | 3.2M | 12 | 3.79 |
| 12 | FrontRunner (UT) | 8.7M | 32 | 3.70 |
| 13 | Sonoma-Marin Area Rail Transit (CA) | 2.8M | 10 | 3.56 |
| 14 | Metra (IL) | 37.6M | 127 | 3.38 |
| 15 | Massachusetts Bay Transportation Authority (MA) | 30.6M | 100 | 3.26 |

\* The number of Brightline deaths does not include incidents in 2017 before the train began commercial service or incidents in 2025.

Analysis is of passenger railroads that have logged over 1 million total miles between 2018 and 2024. It does not include railroads that were missing death or operations data over that time period.

Source: Herald/WLRN analysis of Federal Railroad Administration data

Trains that travel above 125 mph are subject to mandatory safeguards, requiring that the tracks be separated from roads and have no traffic crossings. By keeping its speeds under 125 mph along most of the route, Brightline is allowed to run at street level without fencing or separation from pedestrians and cars.

The trains reach 79 mph between Miami and West Palm Beach,

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Case 0:25-cv-81571-BER   Document 1-2   Entered on FLSD Docket 12/19/2025   Page 51 of 54

Brightline faces more danger zones than other passenger trains that travel at similar speeds, an analysis of federal rail data found.

The Florida train runs almost entirely at street level, traverses crossings at high speeds, doesn't sound its horn along much of the route and cuts repeatedly through high-volume intersections.



## 1 of 2

People walk across train tracks that intersect Northeast 141st Street near Biscayne Boulevard in North Miami. Brightline trains run almost entirely at street level through hundreds of crossings between Miami and Cocoa.

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Ian Savage, a rail-safety expert at Northwestern University, said Brightline's location makes the train more dangerous. Brightline shares its tracks with freight trains on the Florida East Coast Railway, feet away from major highways such as U.S. 1.

"If you were building this from scratch," Savage said, "you would never do this."

## 'Stop victim blaming'

In South Florida, where most of the dead were struck, slow freight trains and fast Brightline trains come and go on two

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

at Troy's Barbecue and tried to beat the train on Ocean Avenue in Boynton Beach.

A video from the front of the train showed King looking straight ahead. unaware of what was coming.

DONATE

King's was the fourth Brightline death. Members of Congress demanded answers. Marco Rubio, then a U.S. senator, called for a federal review of the train's safety record.

U.S. Rep. Brian Mast, R-Fort Pierce, rejected Brightline's public comments that people like King should simply heed safety warnings at the crossings.

"Stop victim blaming and take responsibility for the fact that your trains are killing people," Mast tweeted at the time, sharing a story about King's death. "Trains should stop running until massive safety flaws are resolved."

The company's president, Patrick Goddard, told a congressional committee in April 2018 that those claiming the train was unsafe "choose to ignore the facts and the actual police reports surrounding these incidents, a common theme of bending information to suit their anti-progress narrative."

"Every person who has died on our railroad has either chosen to

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.



*Brightline President Patrick Goddard addressed the train's safety record at a hearing of the House Oversight committee in April 2018.*

Two of the six deaths by then were ruled suicides. The rest of the victims tested positive for drugs, but it's unclear whether that played any role in their deaths. King had marijuana in his system, but the Palm Beach County medical examiner's office told the Herald/WLRN team that it's impossible to know whether he was impaired, based on his toxicology results.

In public statements, the company has combined suicides and cases where a person had drugs in their system, claiming in

## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

The suggestion that most Brightline fatalities were self-inflicted baffles the brother of Randy Johanson, a 62-year-old whose gruesome death last year occurred at the Barefoot Boulevard railroad crossing in Micco, north of Vero Beach.

Johanson was having a typical day. He walked to the Winn-Dixie liquor store, bought a few tiny, black-cherry-infused whiskey bottles and headed toward home.



This image from a Brightline train cam shows Randy Johanson, 62, shortly before the train struck him on April 18, 2024. Brevard County Sheriff's Office

## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

*Brittany Wallman / Miami Herald*

Daniel Johanson, a retired engineer, cuts open an envelope containing his brother Randy's wallet, found at the scene where he was struck by a Brightline train. 'I haven't had the heart to open it yet,' he said.

It wasn't far. But he would have to cross the tracks, and a train he had never heard of was whizzing along at 102 miles an hour.

Johanson was deaf — he had measles as a child. At home beside his bed, he had left his hearing aids. His uneaten lunch, ramen noodles, sat on the counter.

He walked past the warning gate and was just across the tracks when the train hit him, video shows. Trains extend beyond the track about three feet on each side, and a second or two would have made a difference. The engineer noted Johanson "was kind of like shuffling, and didn't look up at us."

Johanson's brother, Daniel, a retired Lockheed Martin engineer, choked up during an interview at his Melbourne home in March as he cut into a sealed brown envelope marked as biohazard. He had been holding onto it for a year, avoiding it. He used the scissors as tongs, pulling out his brother's blood-spattered ID cards and wallet. Remembering how the train "decimated" his

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

you start running a train at 110 miles an hour through small towns where people aren't even aware of what's going on."

Randy Johanson's death initially was ruled a suicide by the Brevard County Medical Examiner's Office, then changed to "undetermined." Daniel Johanson said his brother loved fishing and watching reruns of "M*A*S*H." Randy's death was not a suicide, he said.

"I think it's a travesty that they would even make that supposition, you know, without any evidence to support that," he said.

## 'Never looked up'

Danny Black, a photographer, was crossing the tracks in North Miami in the fall of 2023 when he was hit by a Brightline train.

The train conductor told police that Black, 55, was wearing headphones and "never looked up or seemed to know that the train was approaching."

Black's home was a few blocks away. He was walking east, to an area with restaurants and a Publix. He had taken up jogging to lose weight. He loved NASCAR. He was "a wonderful man," his sister, Jody McDonald said, crying, in an interview at her

**Get more stories like this.**

The news, features and analysis you want from
WLRN, in your inbox.



*Brittany Wallman / Miami Herald*

Jody McDonald's brother, Danny Black, 55, was wearing headphones when a Brightline train struck and killed him in North Miami on Nov. 11, 2023. McDonald spoke to reporters in her Canaveral Groves home in Brevard County. 'I've heard about the accidents and they just keep happening,' she said. 'Makes you wonder what precautions they're taking. What are they doing different?'

A neighborhood road abuts the tracks, and a path through the grass shows Black wasn't the first to trespass in a location where there was no official crossing.

Brightline's tracks run near schools, parks and neighborhoods. Homeless encampments have sprung up. Well-worn trespassing

Get more stories like this.

The news, features and analysis you want from
WLRN, in your inbox.

pedestrians trying to get to a neighborhood mall would have to take a 1.5-mile detour to get to the nearest official crossing.

"If anything else killed that many people, they would take it away," McDonald said. "Whatever they're doing isn't working."

Even if there's a well-worn path, walking onto the tracks if you're not at an official crossing is trespassing in Florida, a misdemeanor. Brightline officials emphasize that people such as Black were breaking the law. Trespassing is frequent along the Florida East Coast Railway tracks that Brightline shares, a problem that the Florida Department of Transportation detailed in a 2021 report.

Brightline was warned of the risk years earlier. The FEC railroad, which birthed the city of Miami and many others along Florida's eastern seaboard, was one of the nation's most treacherous rail corridors going back decades. In 2016 and 2017, just before Brightline launched, 54 people were killed by FEC freight trains, according to federal data. It was the railroad's deadliest two-year stretch since at least 1975.

FEC freight trains, which travel at slower speeds, have killed 132 people since 2018, a fatality rate of 13 deaths per million miles. Brightline's rate, about 24 deaths per million miles, far outpaces that

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.



A Brightline train was charred after a fiery crash in Oakland Park in September 2019. Broward Sheriff's Office

Despite the corridor's deadly history, Brightline spent years disputing the need for safety upgrades and downplaying warnings from local governments and regulators, reporters found.

Frank Frey, a Federal Railroad Administration engineer, was part of a team of regulators and railroad officials who walked the Brightline route in 2014 during a federal review process. In a subsequent report, Frey warned that trespassing across the

**Get more stories like this.**

The news, features and analysis you want from WLRN, in your inbox.

arms and median dividers north of West Palm Beach to deter drivers from going around gates where trains would exceed 80 mph. Brightline resisted.

"[T]hey are not exercising appropriate safety practices and reasonable care," Frey wrote in the report.

After Frey's report became public, and amid pressure from Martin and Indian River counties, FDOT — the agency responsible for rail safety in Florida — said it would require Brightline to follow the federal guidance.

But those safety measures only applied to the 110-mph span of track that opened in late 2023 north of West Palm Beach. Crossing upgrades were less common in the South Florida counties (Palm Beach, Broward and Miami-Dade), where most of the deaths occur.

About 100 crossings have just two gate arms, one on each side of the tracks, which means drivers can still veer into the wrong lane to drive across. Brightline officials say the remaining 69% of the 331 crossings have four gate arms, and some have median dividers to keep people from driving into the other lane.

State bills introduced in 2017, 2018 and 2020 would have expanded FDOT's authority to regulate Brightline, and would have

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Case 9:25-cv-81571-BER Document 1-2 Entered on FLSD Docket 11/12/2025 Page 61 of 105

Brightline <u>opposed the bills</u> — and each time, the legislation died without reaching a floor vote.

Brightline argued that the bills improperly targeted the company and weren't needed.

The company was arguing against stricter fencing requirements. Rusty Roberts, then a Brightline official, said it was ineffective, expensive and difficult to maintain. Brightline officials recently told reporters that fencing that the company installed near the Aventura station has been knocked down three times.



*Footage taken from a Brightline train on Feb. 19, 2025, shows*

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Case 9:25-cv-81157-BER   Document 12   Entered on FLSD Docket 12/16/2025   Page 62 of 105

But in 2022, when a federal grant offering millions of dollars for fencing became available, Brightline was on board. FDOT submitted an application, with Brightline's support.

Now, company officials say fencing, though not a "cure-all," is a good idea. Lefevre, the vice president of operations, recently called it "common sense" and said it would have an "immediate impact."

"When done in the right area and with the proper length, fencing can be a benefit to channel pedestrians to the nearest crossing," Lefevre said in a statement.

Under terms of the grant, Brightline will spend $10 million on safeguards, while federal and state governments will spend $35 million. That will pay for 33 miles of protective fencing and landscaping along the tracks, warning markings at crossings, and 168 crisis-support signs for people who are suicidal.

In the 33 months before the funding was released, 101 people died.

The U.S. Department of Transportation blamed the delay on a "grant backlog" from the Biden administration. In a statement to the Herald/WLRN, spokesman Nate Sizemore said the Federal Railroad Administration "has worked to hold Brightline

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

"We will continue to closely review any safety incident with Brightline and work with the railroad to prevent future occurrences," Sizemore said.

Brightline declined to provide information to the Herald/WLRN on exactly how much of the nearly 200-mile route between Miami and Cocoa is currently protected by fencing, vegetation or other barriers. The tracks are easily accessible in most of South Florida.

In April, reporters visited the stretch of track where Maddie Brunelle died eight years ago in Boca Raton. It was still unfenced.

Maddie was an artist, an A student who had been admitted to college. But she was in a personal crisis. That afternoon in 2017, she walked out of a recovery center in Boca Raton, and, just a few blocks away, saw the open tracks.

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.



*Matias J. Ocner*

Train tracks intersecting Northeast 141st Street near Biscayne Boulevard on April 2, 2025, in North Miami. Miami Herald.

Her mother, Amy, told reporters that getting to the tracks was too easy. Suicide can be an impulsive act, she noted, and the Brightline train runs past communities of "vulnerable" people.

According to FDOT, the FEC/Brightline tracks are surrounded by "disadvantaged communities" and "areas of persistent poverty."

"What scares me is how much open track there is," Brunelle said, "and how close it is to public areas."

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

safety netting, fencing, signs and emergency call boxes have curbed suicides.

## 'Should be permanently closed!'

As she inched her Honda forward at a railroad crossing in North Miami in March 2023, a young mother made a terrible mistake. Traffic wasn't moving. The gates came down in front of her, and she was stuck on the tracks. A Brightline train was coming.

The 28-year-old had only seconds to decide what to do. She flung the door open, grabbed her 2-year-old son out of the back seat, left the car that she had just bought that day, and ran.

The train slammed into her car 42 seconds later.

The crossing at 141st Street and U.S. 1 is one of the most dangerous along the Brightline route. At least seven times, Brightline trains have crashed into cars, mostly after drivers have scrambled to exit before impact.

Officials have discussed closing the crossing to traffic for years, so cars would no longer be able to drive across the tracks. In a 2023 email, Frey, the federal rail official, said regulators "pleaded with City officials to close this, but sadly the City declined."

### Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

The 141st Street crossing is one of nearly two dozen that regulators recommended for closure more than 10 years ago. All of them remain open today.



## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

A key reason the Brightline corridor is so dangerous, reporters found, is the prevalence of crossings and local officials' resistance to closing them.

"There are things that could be done to reduce the number of crossings and therefore the number of interactions between the railroad and the public," Brightline's Lefevre said. "It is not for lack of effort or interest on Brightline's part that those things aren't being done."

Amit Bose, who led the Federal Railroad Administration under

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

"I knew the numbers, but just seeing it for myself, and seeing it, you know, every quarter-mile, half-mile continuously in these populated areas," he said, "it definitely made my antenna go up."

In other states, railroads and governments have <u>invested billions of dollars</u> in fencing, upgraded crossings, pedestrian bridges and other projects to prevent cars and people from accessing train tracks.



Matias J. Ocner / Miami Herald

A 'No Train Horn' sign alerts drivers and pedestrians as a Brightline train crosses through Northwest 14th Street near Northwest 1st Avenue on Wednesday, July 9, 2025, in Miami.

## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Normally, trains are required to blow their horns in a standardized pattern — two long blasts, one short blast and another long blast — as they approach crossings. Before approving communities to become quiet zones, federal regulators require them to add safety equipment to account for the danger of keeping horns silent.

In 2023, the Federal Railroad Administration took the rare step of reviewing Broward County's quiet zone amid a spike in deaths at Brightline crossings.

Among those who had been killed was a homeless man who had just been handed a $1 bill in an area of open track not far from a "No Train Horn" sign in Pompano Beach. The man who gave it to him turned back a moment later to see him flying through the air. The $1 bill floated to the ground.

The federal agency determined that Broward could keep its quiet zone if additional safety measures were taken and awarded a $15 million grant to upgrade 21 crossings throughout the county. That was two years ago; the grant agreement was signed in May.

The Florida transportation department has done little to address Brightline's safety record. Jared Perdue, the agency's director since 2022, declined repeated interview requests.

Get more stories like this.
The news, features and analysis you want from WLRN, in your inbox.

"Data shows that the leading cause of rail-related fatalities at railroad crossings in the U.S. is human behavior and this shows true in Florida statistics as well," said the spokesperson, Michael Williams.

FDOT has invested nearly $180 million over the past decade to "enhance the safety of rail crossings around the state," Williams said. The funding included a $60 million initiative to paint white Xs known as "dynamic envelopes" at the approach to each crossing.

Williams did not respond to repeated requests for a list of completed projects.

Florida Gov. Ron DeSantis, who expressed concern in 2019 over Brightline's death toll, did not respond to reporters' requests for comment.

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.



*A band played at the funeral of Amelise Renoir Noel, 60, at the Bethlehem Haitian Baptist Church on Jan. 11, 2025. Noel was hit by a Brightline train in Palm Beach County in December. Bethlehem Haitian Baptist Church*

## Death on the tracks

The day after Christmas, a Brightline train loaded with 236 passengers was rolling north from Miami to Orlando when a woman in gray braids stepped onto the tracks.

Amelise Renoir Noel was walking home from her job at a

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Inside the train cab, the crew members knew they wouldn't be able to stop in time. There wasn't even time to pull the emergency brake, the conductor told investigators.

Brightline reported to federal regulators that the crew had "observed a trespasser standing, fouling their track."

Noel's death, ruled an accident, threw many into mourning. Friends, co-workers and family packed every pew at the Bethlehem Haitian Baptist Church for her funeral. It spanned two and a half hours. A brass band marched up the aisle.

Noel was 60 but seemed more like a 20-year-old, said her daughter-in-law, Elmide Dictant. For years, she had walked that route to and from work, across the tracks. Though it was technically trespassing, Noel would have had to walk out of her way to reach an official crossing. Her home was minutes from the tracks in Lake Park in northern Palm Beach County.

A wife, mother and grandmother, Noel "loved dancing," Dictant remembered. "She loved making jokes, she loved to cook and loved making Haitian snacks."

Noel's death was the third in a two-year span for the young conductor in the train cab. None of them were her fault. The first time she was so "in shock" she couldn't tell police what

Get more stories like this.

The news, features and analysis you want from
WLRN, in your inbox.

Case 9:25-cv-81571-BER    Document 1-2    Entered on FLSD Docket 12/11/2025    Page 73 of 105

In March, she was in the locomotive cab when the train hit a fourth person, a thin, young man homesick for Ecuador.

He held his arms out, a deputy wrote, "as if he was welcoming the train to strike him."

After each of the 182 deadly strikes, a similar scene unfolds.



A sheet covers the body of Randy Johanson, the 131st fatality for Brightline. Brevard County Sheriff's Office

The train stops. A crowd of officials descends on the tracks.

Investigators pick through the gravel, collecting remnants of a

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Engineers emerge to see that the front of the train is dented. Once, the train impaled a couple's pickup truck, pinning them against the train's nose.

Investigators' records chronicle the collateral damage. Loved ones show up. A witness "with red and watery eyes" has to compose himself to tell officers what he saw. A boyfriend rides up on a bicycle and begins "sobbing uncontrollably."

Eventually, a body-removal company collects what's beneath the tarp.

Inside the train, where commuters are in a hurry to get somewhere, the shades are drawn down.

Will Mann, a Brightline passenger during a March fatality in Palm Beach County, told reporters that free potato chips and water were distributed while riders sat for three hours waiting, wondering. They couldn't see outside.

They were told there had been an "incident," he said, involving a "trespasser." They got no further details.

The train had struck a woman, Christy Mateluna, who died at a hospital in West Palm Beach.

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

*Anyone who is experiencing suicidal thoughts should contact the National Suicide Prevention Lifeline (988) or Crisis Text Line (text "HELLO" to 741741) for immediate support. Regular check-ins with primary care physicians and clergy members, who often have insights into community resources, can also be beneficial.*



KILLER TRAIN
wlrn MiamiHerald

**Killer Train**
**Sitting ducks**
Why are some railroad crossings more dangerous than others, according to...

SAVE TO SPOTIFY   DESCRIPTION

IN THIS PLAYLIST

7 EPISODES

Sitting ducks — 27 min

The high price of quiet trains — 28 min

'You never think that you'll die in that way' — 31 min

## How the Miami Herald and WLRN found Brightline's death toll

A team of reporters from the Miami Herald and WLRN spent over a year documenting every death involving Brightline trains since the rail line's launch seven years ago. Drawing on autopsy

### Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

The team of reporters analyzed federal railroad data, reviewed federal safety studies, consulted experts and reviewed hundreds of pages of medical examiner and police incident reports to better understand the factors that contributed to each death and to compare Brightline's safety record against other railroads nationwide.

Read the full methodology here.

**Credits**

# WLRN

- Danny Rivero | Reporter
- Joshua Ceballos | Reporter
- Jessica Bakeman | Editor
- Sergio R. Bustos | Editor
- Denise Royal | Editor
- Merritt Jacob | Audio Engineer
- Mihail Halatchev | Digital Production
- Matheus Sanchez | Digital Editor
- Alyssa Ramos | Digital Engagement
- Valentina Sandoval | Digital Engagement

# Miami Herald

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

# *EXHIBIT-15*

*MIAMI HERALD / WLRN FEATURE ON PLAINTIFF*

# Haunted by Brightline: A conductor landed his dream job. Then people started dying

**WLRN Public Media | By** Brittany Wallman and Susan
Merriam | Miami Herald   ✉

Published November 6, 2025 at 3:48 PM EST



*Matias J. Ocner / Miami Herald*

Darren Brown, a former Brightline train conductor, visits train tracks near the Northwood Art and Music Warehouse on
Thursday, July 31, 2025, in West Palm Beach, Fla.

✕

## Get more stories like this.

The news, features and analysis you want from
WLRN, in your inbox.

Your email address     SUBSCRIBE

There was nothing Darren Brown could do to save the man who dove headfirst in front of his train.

The Brightline was traveling at 79 miles an hour when Brown, the train's conductor, saw him. But trains don't stop quickly. Brown told the engineer to hit the brakes, and they watched as the man disappeared under the train's nose.

Brown can't keep these incidents straight in his mind. But he thinks this death — of Dennis Conrad, a 67-year-old retiree in Hollywood — was his first.

**READ MORE:** Killer Train: Brightline death toll surpasses 180, but safeguards are still lacking

When the train stopped, Brown followed protocol. He climbed down out of the cab and laid his eyes on a grisly scene spread over several hundred yards.

After investigators questioned him, Brown resumed the train's journey toward Miami. That's when he heard the railroad sensor announce that a second Brightline train was approaching the fatality. All train traffic there was supposed to stop while first responders combed the tracks for body parts and personal items.

There'd been a communication breakdown. The second Brightline train "suddenly approached" at maximum speed, an official record of

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.



*Courtesy Darren Brown*

Darren Brown gives a thumbs up from inside his cab on Brightline in a photo posted on his Facebook page.

Darren Brown was no rookie. Railroad work was in his family. He'd worked for Union Pacific back in Chicago. But that wasn't this.

It was the day after Thanksgiving, 2018. Brown would see two more

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Brightline train crews confront violent deaths on a regular basis. Their experiences, their suffering, are part of the long debris trail of the nation's deadliest major passenger rail system.

Fire, smoke, a news helicopter circling overhead, a coroner, scattered body parts, crying witnesses, screaming family members, a train full of passengers recording your every move with their phones.

It changes a person.

On any given day, the tracks — mostly unfenced and crossing over hundreds of roadways — attract all sorts of people who don't belong there. Most of them are on foot. Most are between crossings, where there are no gates, no bells and few signs. People walking to work, or church, or headed home from the bar, cutting across the tracks. People not paying attention at all. People like this retiree, wanting to end it.

Independent witness to incident verifies train personnel details of decedent stepping on to tracks as Bright line train approached at approx. 79 MPH. Wallet with ID found on tracks.
Video to be downloaded and brought to ME's office on Monday. Details to follow.

Note:
Due to a communication's error as Investigator Bogen and other police personnel were on the tracks conducting the scene portion of this case, a second Brightline train suddenly approached at 79 MPH and caused personnel to immediately get off the tracks. The decedents Body had not been removed from within the rail gauge and thus was run over by the second train. No major additional damage was observed to the decedent's body as a result of the second train. Chief Investigator T. Steinkamp was notified of this event.

More to follow.

*Broward County Medical Examiner's Office*

"It was a big scene out there," said engineer Vernon Mahan. "They just ran and got out of the way. I put the train in emergency but I know I ran back over the body."

Brown got his first railroad job in Chicago when he was 19. He built

## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Case 9:25-cv-81171-RLR   Document 1   Entered on FLSD Docket 09/22/2025   Page 82 of 105

making good money. He had done both jobs: engineer, physically controlling the train; and conductor, overseeing everything.

Once you get out of Chicago on a freight train, miles of cornfields surround the tracks. In the city, the train is elevated and, in some locations, fenced. To hit someone is rare. It's only happened to his father, a train engineer, four times over 35 years.

Darren and his brother both went into railroad work.

Darren liked the feeling of chugging along inside the train cab. It can be exhilarating. Blowing the horn cadence: two long, one short and one long.

"Here comes the train!"

LISTEN · 0:11

He was drawn to Florida by Brightline — to be part of something exciting, a new, fast train, privately owned, luxury on wheels.

He was incredibly proud to be, as he called it, a "badass bullet train conductor."

Brown has a celebrity spirit about him. He posts frequently on social media. In 2017, when he got the call from Brightline, he was on a reality TV show, "The Spouse House."

He'd be moving to West Palm Beach. He'd become a father, with a boy named Force, as in "may the force be with you." He'd be conducting

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.





125 mph in a storm on a bullet train

On the head end of the Brightline train at 125 mph! This is the bullet train that runs from Miami to Orlando.

*Darren Brown*

Darren Brown is a frequent poster on social media.

Brown decided to find out how many people he had struck. He had no idea what his morbid statistic would be. He asked the people at Brightline.

"Fourteen," he said they told him. And then there was another death. And another.

"What's your body count?" someone on Instagram asked Brown last year. "16," he responded, like he was providing his shirt size.

Brightline told the Miami Herald on Wednesday that its records show Brown was involved in six fatalities. The Herald/WLRN documented eight.

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Case 0:25-cv-81574-RLR Document 13 Entered on FLSD Docket 12/16/2025 Page 84 of 105

*He looks like my brother.*

Darren Brown remembers looking at the body and thinking that.

*He looks like David.* The thought haunted him.

Brown was conducting the Brightline when it hit cars, barely missed dogs, surprised people on foot.

People were always trying to beat the train.

"It's like Wile E. Coyote…"

LISTEN · 0:13

When they didn't make it across in time, body parts were collected into a bag, or sometimes, carted off on a stretcher. Brown didn't know names, dates or even who lived and who died. He had long since lost count of how many men and women he had run over.

But this guy looked like his brother.

"I broke down."

It wasn't his fault. But self-doubt enveloped him after these incidents.

*Was I looking down at my notebook? Could we have hit the brakes sooner?*

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

One time, he counted how many people tried to beat the train on a single ride from West Palm Beach to Miami. There were 31 or 32 people, mostly on foot. On the way back, about 20.

Even though it's not the train crew's fault, he said vigilance in the train cab saves lives.

The hitting of the emergency brakes. The laying on the horn.

"If I hadn't been paying attention, there are so many people that I've seen last minute, blow the horn, and they look up last minute, and then they walk the other way. ... The number of close calls is mind-blowing."



West Palm Beach Police Department

## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Brown created a Facebook page to support his colleagues. He cheered their accomplishments. He reminded them that "we are a railroad family."

They were all going through it.

When you hit someone, if you're a conductor or engineer, Brightline offers three days off work and mental-health therapy.

Brown always said yes, but it wasn't mandatory. He said some of his colleagues worried it would look weak and refused it.

The scenes seemed fantastical at times.

His buddy from Chicago, Vernon Mahan, was operating the train when it struck and killed a 23-year-old woman who was running from a Kmart security officer. She was accused of shoplifting.

"You don't forget them," Mahan said. "They bury into the depths of your brain, they do. That was a bad one."

"You don't forget them. They bury into the depths of your brain, they do. That was a bad one."

Vernon Mahan, former Brightline engineer.

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

A few months later, on the day Brightline trains resumed service, a
train carrying the company president struck a car, injuring a woman
whose grandchild was in the back seat.

One conductor in training came around a bend in Lake Worth Beach
and saw a cop with his arms stretched out — stop! The deputies were
chasing an armed-robbery suspect on foot, and he ran into the train's
path. A Taser dart was still embedded in his back pocket. Because his
death involved sheriff's deputies, every train passenger had to be
interviewed by law enforcement.

An acquaintance of Brown from Chicago is one of the longest-serving
crew members at Brightline. Her work experience is dotted with
tragedy.

She was in the cab when the train hit a mentally disabled man on his
daily walk to buy a Slurpee. She was in the cab when a man in a
wheelchair rolled too close to the tracks on his way to feed squirrels.
She was there when the Brightline hit a Hollywood man who was
walking his dog. She witnessed the train striking a high school student
— one of two 17-year-olds who intentionally stepped in front of
Brightline trains.

Outside the cab, the dead are often scattered across an expanse of
gravel, dirt and grass. One person's death was described by the
medical examiner as "total body destruction." First responders have to
pick up the pieces: a pink sandal, a green wallet, a gold bracelet.

## Get more stories like this.

The news, features and analysis you want from
WLRN, in your inbox.

I began to walk northbound along the tracks and located a partial body (torso, legs and feet) on the west track. I notified dispatch and placed crime scene tape around the area of Westwood/FEC tracks. I stood on scene until I was relieved by _____. BWC activated on scene.

remains were located was 853` feet south of the NE 179th Street cross walk. The "point of impact" was 1,027` feet south of the of the southeast edge of the concrete. There was a difference of 174` feet between the "point of impact" and the final resting spot of the decedent.

After the scene was processed, myself and Det. Marquez (ID #281) responded to the last known address for the

There were body fragments throughout the tracks and the furthest item was a pink sandal which was found approximately 36 feet south from the body.

Photographs were also taken of hairs and tissue on the front bottom undercarriage of the train. ME recovery team arrived and took the body and remains.

THE TRACKS. THE DECEDENT CAME TO REST APPROXIMATELY 100 FEET SOUTH OF THE POINT OF IMPACT ON THE WEST SIDE GRASSY SWALE OF THE TRACKS. THE DECEDENT APPEARED TO HAVE SUFFERED FROM BLUNT FORCE TRAUMA MOST NOTABLE IN THE HEAD. THE DECEDENT COULD NOT BE POSITIVELY IDENTIFIED DUE TO THE NATURE OF HIS INJURIES. A FINGER PRINT SCANNER PROVIDED NEGATIVE RESULTS. HE WAS WEARING A BLACK T-SHIRT, WHITE PANTS, WHITE

Four police reports chronicle the scenes first responders contend with after a fatality.

"Not many folks think about what the crew goes through," one rail worker posted on social media beneath a story about a Brightline fatality. "Those of us who have worked in the cab know that feeling of helplessness. You know you're going to hit someone and there's not a damn thing you can do but pray they get off the track before getting hit."

"I've seen guys screaming, 'Hey, move'"

LISTEN · 0:22

It's not uncommon for crews to make direct eye contact with the person they're about to hit.

The mother of the first person killed by a Brightline train, 18-year -old

Get more stories like this.

The news, features and analysis you want from
WLRN, in your inbox.

"Basically just like how horrible I felt for the train engineer," Amy Brunelle said. "I remember what the police report says. He said she looked at him. ... How does he ever get over that?"

"I've seen some even seasoned guys scream and cry..."

LISTEN · 0:17



Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

Darren Brown posted a selfie on Instagram in March 2021 when Brightline was on a pause due to the COVID-19 pandemic. He wrote, 'I used to be a badass bullet train conductor in my past life.'

## And where do you work?

Brown used to wear his Brightline gear everywhere.

He jumped eagerly into Brightline discussions. He was an expert. He wanted to share.

One night, he was at Roxy's Pub in West Palm Beach.

*Brightline killed my relative*, someone said, describing where, and when.

That was Brown's train. He knew it, 100%. He kept his mouth shut.

People had started cracking jokes about Brightline.

"Oh, yeah, the murder train? The death train?"

When he was off work, he knew he had to watch himself, especially on days his train struck someone. It would be easy to drink too much, to lash out.

People weren't going to cut you slack when life outside of work got tough. They had no idea what a bad day at Brightline looks like.

He saw co-workers drinking more. Or starting to smoke. He caught himself hitting the brakes in his car on Interstate 95, skittish when he saw lights that triggered memories from the track.

## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

"I've seen people come in bright-eyed,
bushy-tailed..."

LISTEN · 0:20

An on-board worker who asked not to be identified told reporters he wears street clothes to the station. Only then does he put his uniform on. He doesn't want to be teased again about working for "that killer train," he said.

He is still glad to have the job. But he said it's difficult showing up to work the day after a crash as if nothing happened.

"We go through a lot. When we go through incidents, it's not easy. It takes a toll on everybody. We have to talk to customers. We have to explain to them, and sometimes, they yell and scream, and sometimes, they want to fight us, like we're the problem."

Sometimes, train attendants cry, or even leave the job, he said.

The head of the Transport Workers Union, John Samuelsen, said a key reason Brightline train attendants unionized was the fear they'd be penalized if they take time off after tragic events to tend to their mental health.

"The amount of fatalities [is] off the charts," Samuelsen said. "It's really, it's unimaginable."

If an on-board worker "wanted to go see a doctor or engage in some

Get more stories like this.

The news, features and analysis you want from
WLRN, in your inbox.

He likened the culture to that of an old-time company town.

"Brightline is like the God of everybody's world, and if Brightline goes under, everybody's going to suffer for it," Samuelsen said. "And Brightline should be the focus of everybody's life — not your children, not your family — it's Brightline."

A Brightline spokesperson on Wednesday said "any teammate involved in an incident" is offered mental health services.

"Brightline is fully committed to the safety and well-being of train crews and operates in compliance with all federal laws and regulations governing rail operations. Our locomotive engineers & conductors are the backbone of our service, and we go above and beyond federal requirements in supporting them with compassionate assistance and stress management options, including relief days."



## Get more stories like this.

The news, features and analysis you want from
WLRN, in your inbox.

accident, police said. Donjon drove around the lowered railroad crossing arms and ignored a Brightline train's horn and flashing lights shortly before the train slammed into her car.

## Memory lane

After a while, riding the corridor for Brown was like taking a tour through a cemetery. Memorials, flowers, stuffed animals.

They died Thanksgiving week, Christmas Eve, New Year's Day. They died on Sunrise Boulevard, Atlantic Avenue, Lincoln Street. Bad memories, everywhere.

In August, Brown walked into the West Palm Beach Brightline station, where he was welcomed with hugs and daps. He climbed aboard the lux Brightline train with a Miami Herald reporter. As the train rolled south from West Palm Beach, a spark:

"We hit a lady right here! We hit a lady right here in front of, in front of a wedding party!"

Brown remembers striking an empty car and watching it fly into a Burger King as people ate their french fries. He has a vision of a sober home emptying out — all the occupants descending on the tracks after one of their roommates was struck.

He thinks about a collision with a woman's car. A rabbi who was driving by on Dixie Highway stopped and ran to the wreckage. He held the woman's hand and prayed as she wailed, "Don't let me die! Don't let me die!"

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

"I have a soft touch," witness Peter Bungo said. "I gave him what he wanted and told him to have a good day."

Bungo heard the train's horn and has a lasting vision of the man's red baseball cap flying "way up in the air." Investigators found the dollar near his body.

Brown remembers three collisions, three Thursdays in a row. He knows that almost every Thanksgiving week, someone gets hit.

"I've seen a lot of people in their final moments..."

LISTEN • 0:20

Kimberly Haase. She was 40, with a husband and daughter at home. Haase had a canker sore and became convinced she had oral cancer.

On a sunny morning two days before Thanksgiving in 2021, she walked under the Atlantic Avenue guardrails in Delray Beach as witnesses shouted to her that a train was coming. Haase stopped on the tracks and turned her back to the train.

Brown told police he hit the emergency brake, but the train traveled another 840 feet before coming to a stop. The windshield was so blanketed in blood, he couldn't see out.

*How much more of this could he take?*

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.



*Matias J. Ocner / Miami Herald*

Darren Brown, a former Brightline train conductor, is photographed at the Northwood Art and Music Warehouse on Thursday, July 31, 2025, in West Palm Beach, Fla.

He started thinking about how it could be different. A person can't just waltz onto a highway like this.

"It's too easy to just walk onto the tracks," he said.

A sense of indignation gnawed at him.

The way Brightline publicly referred to the dead people as "trespassers." The way it treated every fatality the same way, as if the impact on the train crew never changed, no matter how many deaths they witnessed.

## Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

He'd seen dozens of new train nose cones in the warehouse. He knew what that meant.

"I don't think you can stop the fatalities," he said. "I think we can slow them down. And I think the question that begs to be asked is, 'Are we doing absolutely everything we can?'"

Brown was having nightmares. He was depressed, anxious, he avoided driving or even riding in cars because he felt so jumpy. He was irritable, bothered by disturbing memories.

In October 2023, when Brown was 35, Brightline's therapist diagnosed him with chronic Post Traumatic Stress Disorder.

"Client has experienced multiple critical incidents at work, including observing trespassers complete suicide, as well as serious collisions with cars," the report read. "The accumulation has begun taking its toll on his psychological state."

| Alere Emotional Health LLC | | Date and Time: | 10/5/2023 11:00 AM - 12:00 PM |
|---|---|---|---|
| Clinician: | Anthony Gonzalez, LCSW | Duration: | 60 minutes |
| Patient: | Darren Brown, | Service Code: | 90791 |
| | | Location: | Main Office |
| | | Participants: | Client only |

**Presenting Problem**

Client presents with escalating symptoms supporting a PTSD diagnosis. Client reports consistent increase intensity of symptoms dating back over the past three months, however they have been moderately present over the past year. Client reports elevated anxiety while in cars, driving or as a passenger, particularly at intersections; hypervigilance and reactivity, avoidance of driving when possible, restlessness, nightmares (as reported by partner, as client does not remember dreams), struggling with focus and concentration, irritability. During the assessment, client scored a 56 on the PCL5. Client has experienced multiple critical incidents at work, including observing trespassers complete suicide, as well as serious collisions with cars. Client reports over 10 of these types of incidents in the past 5 years.

Client has also reported that his new work assignment has significantly exacerbated these symptoms, as the demands increase "close calls" and allows for far less recuperation time.

## Get more stories like this.

The news, features and analysis you want from
WLRN, in your inbox.

Case 8:23-cv-81574-RBB   Document 1-2   Entered on Facebook P 05

Three days after the diagnosis, Brown posted on Facebook: "You are not your job."

And then, he quit.

People with PTSD are in a constant fight-or-flight mode, said Dr. Clara Lora Ospina, director of Jackson Health System's Adult Psychology Service.

"What that means is your nervous system is consistently aroused, your muscles are consistently tight. You withdraw. You start seeing danger everywhere."

Ospina did not treat Brown, but said PTSD is not uncommon among first responders, veterans, people who witness death.

You can get depressed, as Brown did. You can lose the ability to enjoy life. In your mind, she said, you might hear an "internal soundtrack of negativity."

People can heal from PTSD; they can learn how to cope.

Brown's therapist set goals for him. "Client will achieve understanding of traumatic events and greater acceptance of self."

After a brief time at Tri-Rail and as a rail-safety trainer, he left railroad work entirely and focused on his work as a sports and entertainment agent.

In March, he posted the poem "Invictus" by William Ernest Henley on

## Get more stories like this.

The news, features and analysis you want from
WLRN, in your inbox.

Case 9:25-cv-81574-SFR   Document 62   Filed 06/20/25 Docket 06/20/2025   Page 98 of 105

He started speaking out about his experience. It felt good. He appeared on "Inside Edition" after journalists there read the first Miami Herald/WLRN investigation of Brightline this year.

"The outpouring of love and support for me in the comments section is insane," he said.

Brightline has not been found at fault for any of the 191 deaths, but Brown said it's time to "move past whose fault it was."

"It's not just about fences and bells and whistles. The picture is bigger than that. Someone who's gonna walk in front of the train is gonna walk in front of the train.

"How do you care for everyone else?"

## How this story was reported

Darren Brown contacted the Miami Herald after reading the Killer Train investigative story in July. We then sought public records to document what he told us — that he had been involved in 16 fatalities as a Brightline conductor. We submitted questions about Brown to Brightline in August and October. We obtained police incident reports or other official documents from more than a dozen agencies for all 113 Brightline fatalities that occurred during the years Brown worked there. At times, the Herald had to engage an attorney to help us obtain these public records. Of the 94 reports we received, eight identified

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

mental health documentation, a 15-page diagnostic report written by Brightline's therapist. Descriptions of other conductors' experiences come from police reports. The Herald interviewed Brown on five occasions, starting in July, and rode the Brightline with him.

## Killer Train Series Credits

### WLRN
Danny Rivero | Reporter
Joshua Ceballos | Reporter
Jessica Bakeman | Editor
Sergio R. Bustos | Editor
Denise Royal | Editor
Merritt Jacob | Audio Engineer
Mihail Halatchev | Digital Production
Matheus Sanchez | Digital Editor
Alyssa Ramos | Digital Engagement
Valentina Sandoval | Digital Engagement

### Miami Herald
Brittany Wallman | Investigative Reporter
Susan Merriam | Data & Visual Journalist
Shradha Dinesh | Data Journalist
Matias J. Ocner | Photo Journalist
Aaron Leibowitz | Reporter
Allison Beck | Reporter
Carolina Zamora | Audience & Engagement
Kevin Scott | Audience & Engagement

Get more stories like this.

The news, features and analysis you want from WLRN, in your inbox.

# *EXHIBIT-16*

*FEDERAL EMPLOYERS' LIABILITY ACT (45 U.S.C 51-60) SELECTED SECTIONS*

## Chapter 2.—LIABILITY FOR INJURIES TO EMPLOYEES

Sec.
51.  Liability of common carriers by railroad, in inter-
     state or foreign commerce, for injuries to employees
     from negligence; definition of employees.
52.  Carriers in Territories or other possessions of United
     States.
53.  Contributory negligence; diminution of damages.
54.  Assumption of risks of employment.
55.  Contract, rule, regulation, or device exempting from
     liability; set-off.
56.  Actions; limitation; concurrent jurisdiction of courts.
57.  Who included in term "common carrier."
58   Duty or liability of common carriers and rights of
     employees under other acts not impaired.
59.  Survival of right of action of person injured.
60.  Penalty for suppression of voluntary information in-
     cident to accidents; separability clause.

### § 51. Liability of common carriers by railroad, in interstate or foreign commerce, for injuries to employees from negligence; definition of employers.

Every common carrier by railroad while engaging in commerce between any of the several States or Territories, or between any of the States and Territories, or between the District of Columbia and any of the States or Territories, or between the District of Columbia or any of the States or Territories and any foreign nation or nations, shall be liable in damages to any person suffering injury while he is employed by such carrier in such commerce, or, in case of the death of such employee, to his or her personal representative, for the benefit of the surviving widow or husband and children of such employee; and, if none, then of such employee's parents; and, if none, then of the next of kin dependent upon such employee, for such injury or death resulting in whole or in part from the negligence of any of the officers, agents, or employees of such carrier, or by reason of any defect or insufficiency, due to its negligence, in its cars, engines, appliances, machinery, track, roadbed, works, boats, wharves, or other equipment.

Any employee of a carrier, any part of whose duties as such employee shall be the furtherance of interstate or foreign commerce; or shall, in any way directly or closely and substantially, affect such commerce as above set forth shall, for the purposes of this chapter, be considered as being employed by such carrier in such commerce and shall be considered as entitled to the benefits of this chapter. (Apr. 22, 1908, ch. 149, § 1, 35 Stat. 65; Aug. 11, 1939, ch. 685, § 1, 53 Stat. 1404.)

AMENDMENTS

1939—Act Aug. 11, 1939, added last par., defining employee.

EMPLOYERS' LIABILITY ACTS

The following are commonly referred to as Employers' Liability Acts:

June 11, 1906, ch. 3073, 34 Stat. 232 [Unconstitutional.] Apr. 22, 1908, ch. 149, 35 Stat. 65.  See sections 51—59 of this title.

Apr. 5, 1910, ch. 143, 36 Stat. 291.  See sections 56, 59 of this title.

Aug. 11, 1939, ch. 685, 53 Stat. 1404.  See sections 51, 54, 56, and 60 of this title.

FEDERAL RULES OF CIVIL PROCEDURE

Form of complaint, see Form 14, Title 28, Appendix, Judiciary and Judicial Procedure.

### § 52. Carriers in Territories or other possessions of United States.

Every common carrier by railroad in the Territories, the District of Columbia, the Panama Canal Zone, or other possessions of the United States shall be liable in damages to any person suffering injury while he is employed by such carrier in any of said jurisdictions, or, in case of the death of such employee, to his or her personal representative, for the benefit of the surviving widow or husband and children of such employee; and, if none, then of such employee's parents; and, if none, then of the next of kin dependent upon such employee, for such injury or death resulting in whole or in part from the negligence of any of the officers, agents, or employees of such carrier, or by reason of any defect or insufficiency, due to its negligence, in its cars, engines, appliances, machinery, track, roadbed, works, boats, wharves, or other equipment.  (Apr. 22, 1908, ch. 149, § 2, 35 Stat. 65.)

### § 53. Contributory negligence; diminution of damages.

In all actions on and after April 22, 1908 brought against any such common carrier by railroad under or by virtue of any of the provisions of this chapter to recover damages for personal injuries to an employee, or where such injuries have resulted in his death, the fact that the employee may have been guilty of contributory negligence shall not bar a recovery, but the damages shall be diminished by the jury in proportion to the amount of negligence attributable to such employee: *Provided*, That no such employee who may be injured or killed shall be held to have been guilty of contributory negligence in any case where the violation by such common carrier of any statute enacted for the safety of employees contributed to the injury or death of such employee.  (Apr. 22, 1908, ch. 149, § 3, 35 Stat. 66.)

### § 54. Assumption of risks of employment.

In any action brought against any common carrier under or by virtue of any of the provisions of this chapter to recover damages for injuries to, or the death of, any of its employees, such employee shall not be held to have assumed the risks of his employment in any case where such injury or death resulted in whole or in part from the negligence of any of the officers, agents, or employees of such carrier; and no employee shall be held to have assumed the risks of his employment in any case where the violation by such common carrier of any statute enacted for the safety of employees contributed to the injury or death of such employee.  (Apr. 22, 1908, ch. 149, § 4, 35 Stat. 66; Aug. 11, 1939, ch. 685, § 1, 53 Stat. 1404.)

AMENDMENTS

1939—Act Aug. 11, 1939, amended section by inserting "where such injury * * * in any case" following "of his employment in any case".

CROSS REFERENCES

Assumption of risk by employees, see section 7 of this title.

### § 55. Contract, rule, regulation, or device exempting from liability; set-off.

Any contract, rule, regulation, or device whatsoever, the purpose or intent of which shall be to en-

able any common carrier to exempt itself from any liability created by this chapter, shall to that extent be void: *Provided*, That in any action brought against any such common carrier under or by virtue of any of the provisions of this chapter, such common carrier may set off therein any sum it has contributed or paid to any insurance, relief benefit, or indemnity that may have been paid to the injured employee or the person entitled thereto on account of the injury or death for which said action was brought. (Apr. 22, 1908, ch. 149, § 5, 35 Stat. 66.)

## § 56. Actions; limitation; concurrent jurisdiction of courts.

No action shall be maintained under this chapter unless commenced within three years from the day the cause of action accrued.

Under this chapter an action may be brought in a district court of the United States, in the district of the residence of the defendant, or in which the cause of action arose, or in which the defendant shall be doing business at the time of commencing such action. The jurisdiction of the courts of the United States under this chapter shall be concurrent with that of the courts of the several States. (Apr. 22, 1908, ch. 149, § 6, 35 Stat. 66; Apr. 5, 1910, ch. 143, § 1, 36 Stat. 291; Mar. 3, 1911, ch. 231, § 291, 36 Stat. 1167; Aug. 11, 1939, ch. 685, § 2, 53 Stat. 1404; June 25, 1948, ch. 646, § 18, 62 Stat. 989.)

### CODIFICATION

The first paragraph of this section is from act Apr. 22, 1908.

The second paragraph of this section is from act Apr. 5, 1910.

### AMENDMENTS

1948—Act June 25, 1948, amended section by omitting provision in last sentence relating to removal of actions.

1939—Act Aug. 11, 1939, changed limitation in first sentence from two to three years.

### CHANGE OF NAME

"District court" was substituted for "circuit court" to conform to act Mar. 3, 1911, which transferred the powers and duties of the circuit courts to the district courts.

### EFFECTIVE DATE OF 1948 AMENDMENT

Section 38 of act June 25, 1948, provided that the amendment of this section should be effective as of Sept. 1, 1948.

### CROSS REFERENCES

Actions in state courts not removable to federal courts, see section 1445 of Title 28, Judiciary and Judicial Procedure.

Venue of district court—

Generally, see chapter 87 of Title 28, Judiciary and Judicial Procedure.

Change of venue, see section 1404 of Title 28.

## § 57. Who included in term "common carrier."

The term "common carrier" as used in this chapter shall include the receiver or receivers or other persons or corporations charged with the duty of the management and operation of the business of a common carrier. (Apr. 22, 1908, ch. 149, § 7, 35 Stat. 66.)

## § 58. Duty or liability of common carriers and rights of employees under other acts not impaired.

Nothing in this chapter shall be held to limit the duty or liability of common carriers or to impair the rights of their employees under any other Act or Acts of Congress. (Apr. 22, 1908, ch. 149, § 8, 35 Stat. 66.)

## § 59. Survival of right of action of person injured.

Any right of action given by this chapter to a person suffering injury shall survive to his or her personal representative, for the benefit of the surviving widow or husband and children of such employee, and, if none, then of such employee's parents; and, if none, then of the next of kin dependent upon such employee, but in such cases there shall be only one recovery for the same injury. (Apr. 22, 1908, ch. 149, § 9, as added Apr. 5, 1910, ch. 143, § 2, 36 Stat. 291.)

## § 60. Penalty for suppression of voluntary information incident to accidents; separability clause.

Any contract, rule, regulation, or device whatsoever, the purpose, intent, or effect of which shall be to prevent employees of any common carrier from furnishing voluntarily information to a person in interest as to the facts incident to the injury or death of any employee, shall be void, and whoever, by threat, intimidation, order, rule, contract, regulation, or device whatsoever, shall attempt to prevent any person from furnishing voluntarily such information to a person in interest, or whoever discharges or otherwise disciplines or attempts to discipline any employee for furnishing voluntarily such information to a person in interest, shall, upon conviction thereof, be punished by a fine of not more than $1,000 or imprisoned for not more than one year, or by both such fine and imprisonment, for each offense: *Provided*, That nothing herein contained shall be construed to void any contract, rule, or regulation with respect to any information contained in the files of the carrier, or other privileged or confidential reports.

If any provision of this chapter is declared unconstitutional or the applicability thereof to any person or circumstances is held invalid, the validity of the remainder of the chapter and the applicability of such provision to other persons and circumstances shall not be affected thereby. (Apr. 22, 1908, ch. 149, § 10, as added Aug. 11, 1939, ch. 685, § 3, 53 Stat. 1404.)

## Chapter 3.—HOURS OF SERVICE OF EMPLOYEES

Sec.
61. Carriers and transportation subject to provisions of chapter; "railroad" and "employees" defined.
62. Hours of service limited.
63. Penalty; suits therefor; exceptions from operation of chapter.
64. Enforcement by Interstate Commerce Commission.
65. Establishment of eight-hour day.
66. Penalty for violation.

## § 61. Carriers and transportation subject to provisions of chapter; "railroad" and "employees" defined.

The provisions of sections 61—64 of this title shall apply to any common carrier or carriers, their officers, agents, and employees, engaged in the transportation of passengers or property by railroad in the District of Columbia or any Territory of the United States, or from one State or Territory of the United States or the District of Columbia to any other State or Territory of the United States or the District of Columbia, or from any place in the United States to an adjacent foreign country, or

# *EXHIBIT - 17*

*U.S DEPARTMENT OF TRANSPORTATION / FRA BRIGHLINE SAFETY FUNDING AND PUBLIC STATEMENTS (INCLUDING COMMENTS BY SEAN DUFFY)*

An official website of the United States government Here's how you know ⌄

United States Department of Transportation

Search

Home / About FRA / Communications / Press Releases

IN THIS SECTION                                                                                    +

# Trump's Transportation Secretary Sean P. Duffy Announces Over $42 Million in Critical Funding for Rail Safety Improvements in Florida

Monday, September 22, 2025

*Biden-Buttigieg promised to enhance safety along Brightline Florida Rail Corridor but failed to deliver funding for years as part of their unprecedented backlog*

**WASHINGTON, D.C.** — U.S. Transportation Secretary Sean P. Duffy announced today that the Department has obligated four grants totaling over $42 million to fund critical rail safety projects along Brightline Florida's rail corridor. The grants, the oldest of which was issued three years ago, are a part of the Biden-Buttigieg grant backlog.

These four rail safety grants support installing safety fencing, grade crossing upgrades, and a trespassing alert system. The Biden-Buttigieg Administration pledged to address safety in the Sunshine state years ago but never moved these essential infrastructure dollars out the door.

*"The latest consequence of the unprecedented Biden-Buttigieg backlog? Safety grants sat in limbo for years,"* said **U.S. Transportation Secretary Sean P. Duffy**. *"Their failure to execute on these rail grants – some of which stretch back years — put Brightline's three million annual passengers and Florida communities in unnecessary danger. Under President Trump's leadership, America is building again. We are delivering critical resources in record time to enhance safety on our railways, roads, and bridges."*

This is part of the more than 3,200 unobligated grants the Trump Administration inherited. These grants were announced by the previous administration but never obligated. This unprecedented backlog of unobligated grants delayed critical investments in communities across the country.

Specific to Florida – the Biden-Buttigieg Administration announced several grants to improve Brightline Florida. The oldest of these grants was first unveiled in 2022. After much fanfare, their administration failed to do any of the work to actually process and deliver these funds to Brightline or project sponsors in Florida.

These abandoned grants included $24.9 million for the East Coast Corridor Trespassing and Intrusion Mitigation Project, $15.4 million for a Broward County Sealed Corridor Project, $1.6 million for a Trespassing Identification and Classification System, and $150,000 grant for Palm Beach County Sheriff's Office to support overtime costs for targeted enforcement of pedestrian trespassing at identified hot spots.

Under Secretary Duffy's direction, the Department of Transportation is working diligently to accelerate the distribution of these long-overdue funds and address core infrastructure projects.

**Additional Information:**

Brightline's Florida rail corridor has numerous exposure points to pedestrian and vehicle traffic along its tracks, which have contributed to a higher rate of collisions.

Details on the grants, size, and project intentions can be found below:

- A grant for $24,934,138 announced in August 2022 to the Florida Department of Transportation for improvements to 330 highway-railroad crossings, along 195 miles of corridor, including fencing, crossing delineators, crisis support signage and other intrusion prevention mitigations.
- A grant for $1,648,000 announced in September 2023 for a Trespassing Identification and Classification System under the CRISI Grant Program for FY22. The project will advance a technology that will provide real-time alerts and aggregate data to generate heat-maps of trespassing and potential collision events on the Florida East Coast Railway right of way from Miami to Cocoa.
- A grant for $15,440,000 announced in June 2023 to increase safety at 21 grade crossings along the Brightline/Florida East Coast Railway corridor with additional crossing gates and delineators.
- A grant for up to $150,000 announced in October 2024 for Palm Beach County Sheriff's Office to support overtime costs for targeted enforcement of pedestrian trespassing at identified hot spots.

###


**U.S. Department of Transportation**
**Federal Railroad Administration**

**Delaware – Development and Implementation of HBCU Based Railroad Engineering Program for Underrepresented Communities (Up to $4,592,637)**
*University of Delaware*
The proposed project will develop and implement a railroad engineering program at Morgan State University (MSU), a Historically Black College and University (HBCU) in Baltimore, MD. The new program would be modeled after the University of Delaware's railroad engineering program, with the goal of an active undergraduate and graduate railroad concentration under the Transportation Engineering degree program underway within the grant's anticipated four-year period of performance. The program will also look to engage high school students in the study of railroad engineering with MSU's current internship program, and seeks to expand similar programs at other HBCUs nationwide through the development of procedures and a program template. The University of Delaware, a University Transportation Center, will provide a 20 percent match.

**Florida – Tampa to Orlando High-Speed Intercity Passenger Rail Project (Up to $15,875,000)**
*Brightline Trains Florida, LLC*
The proposed project will advance preliminary engineering activities to support Phase III of the Brightline system, a 67-mile extension from Orlando to Tampa mostly within the right-of-way of I-4 in in Central Florida. Brightline currently operates from Miami to West Palm Beach (Phase I) and the West Palm Beach to Orlando segment (Phase II) is currently under construction. The full build out of the Phase III extension would provide an alternative for travelers on an overburdened state highway system and is projected to reduce the number of vehicle miles traveled along I-4. The project qualifies for the statutorily required set-aside for projects eligible under 49 U.S.C. § 22907(c)(2) that support the development of new intercity passenger rail service routes including alignments for existing routes. Brightline, a privately-owned intercity passenger service provider, will provide a 50 percent match.

**Indiana – The Elkhart Preservation and Improvement for the Community Project (EPIC) (Up to $2,618,173)**
*Elkhart & Western Railroad*
The proposed project will relocate interchange track, upgrade the 9-mile Elkhart Branch line to Class 1 track safety standards, expand rail siding capacity, and replace three grade crossing surfaces on the Elkhart and Western Railroad (EWR) in Elkhart, IN. This project will relocate the interchange used by EWR and Norfolk Southern (NS) by moving it out of the city center and into an industrial area. Currently, EWR and NS track intersect two roadways, and when a train is more than nine railcars long, it blocks the roadway for approximately 15 minutes while trains interchange. The proposed track relocation would eliminate the blocked crossing and improve grade crossings with deteriorating conditions. The Class III EWR, Indiana DOT, the City of Elkhart, and the St. Joseph County Redevelopment Commission will provide a 50 percent match.

**Massachusetts – Springfield Area Track Reconfiguration Project (Up to $1,750,000)**
*Massachusetts Department of Transportation*
The proposed project will develop preliminary engineering and environmental clearance for track, signal, and infrastructure improvements around Springfield Union Station in Springfield, Massachusetts. These improvements would include additional platforms, additional crossover tracks, storage tracks, a new layover facility, and other work that will support the Amtrak Springfield Line, the CSX Boston Albany Line, and small segments of the former Armory Branch and Knowledge Corridor. The project will improve operational efficiency, reduce travel times, improve passenger accessibility for intercity passenger rail services, and reduce freight and passenger rail conflicts on corridors in the Springfield area. Massachusetts DOT will provide a 50 percent match.