UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DARREN J. BROWN JR.,
Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, and
FORTRESS INVESTMENT GROUP LLC,
Defendants.



Case No. 9:25-cv-81571-BER

# NOTICE OF CORRECTION OF ADDRESS

Plaintiff, Darren J. Brown Jr., proceeding pro se, files this Notice of Correction of Address and states:

1. Plaintiff's address was incorrectly listed in the initial filing due to a typographical error.
2. Plaintiff's correct mailing address is:

931 Village Blvd., Unit 905-438
West Palm Beach, FL 33409

3. Plaintiff respectfully requests that the Clerk of Court update the docket to reflect this correction so that all future correspondence is directed properly.

Dated: 12-17, 2025

Respectfully submitted,

**Darren J. Brown Jr.**
Plaintiff, Pro Se
931 Village Blvd., Unit 905-438
West Palm Beach, FL 33409
Phone: 708-705-3214
Email: darrenbrown@advantagefc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this __17__ day of __Dec_____, 2025, I mailed a true and correct copy of the foregoing Notice of Correction of Address to all parties or their counsel of record.

_____
**Darren J. Brown Jr.**