AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Darren J. Brown
*Plaintiff(s)*

v.

Civil Action No. 9:25-CV-81571-BER

Fortress Investment Group LLC
*Defendant(s)*

FILED BY __cas__ D.C.
DEC 18 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Fortress Investment Group LLC
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren J. Brown
931 Village Blvd.
Suite 905-438
West Palm Beach, FL 33409

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12-18-25

*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Darren J. Brown
*Plaintiff(s)*

v.

Brightline Trains Florida LLC
*Defendant(s)*

FILED BY __CDS__ D.C.

DEC 18 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT
S.D. OF FLA. – W.P.B.

Civil Action No. 9:25-cv-81571-BER

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brightline Trains Florida LLC
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren J. Brown
931 Village Blvd.
Suite 905-438
West Palm Beach, FL 33409

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12-18-25

*Signature of Clerk or Deputy Clerk*