# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

DARREN J. BROWN, JR.,

        Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, and
FORTRESS INVESTMENT GROUP, LLC

        Defendants.

Case No.: 9:25-cv-81571-BER

_____/

## AFFIDAVIT OF MICHAEL LEFEVRE
## IN SUPPORT OF MOTION TO DISMISS

**STATE OF FLORIDA**

**COUNTY OF MIAMI-DADE**

Before me, the undersigned authority, personally appeared MICHAEL LEFEVRE, who being by me duly sworn, deposes and says:

1. My name is Michael Lefevre and I am signing this affidavit in my capacity as the Vice President of Operations of Brightline Trains, LLC ("Brightline").

2. I am over the age of eighteen (18) and have personal knowledge of the facts set forth herein.

1

3. Brightline operates an intercity passenger railroad connecting Miami, Florida and Orlando, Florida with stops in West Palm Beach, Boca Raton, Ft. Lauderdale and Aventura, Florida.

4. Brightline does not engage in freight railroad service.

5. Brightline does not connect with any other passenger railroad or otherwise provide passenger service that crosses state lines.

6. Brightline maintains Florida workers' compensation insurance for all of its employees, including Plaintiff, Darren Brown.

FURTHER AFFIANT SAYETH NAUGHT.

By: *Michael Lefevre*
Michael Lefevre
Vice President of Operations

The foregoing was acknowledged before me by means of ☐ physical presence or ☒ online notarization, this  8th  of January, 2026, by MICHAEL LEFEVRE, He is personally known to me ☒ or has produced State of Florida driver's license as identification ☐.

DocuSigned by:

*[signature]*

C3956BACCB71449...

JESSICA PEREZ
Notary Public-State of Florida
Commission # HH 722010
Commission Expires 10/23/2029