UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-81571-REINHART

DARREN J. BROWN,

        Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, et al.,

        Defendants.
_____/

## **PROCEDURE FOR OPTING-OUT OF MAGISTRATE JUDGE JURISDICTION**

Pursuant to Administrative Order 2025-11 of the Southern District of Florida, the undersigned United States Magistrate Judge has been assigned as the presiding Judge for all purposes in this case, including entering a dispositive order, presiding over any trial, and final judgment. The Administrative Order permits any party to object to Magistrate Judge jurisdiction "by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge." If any party files a motion for case reassignment, a United States District Judge will be assigned to preside over this case and enter any dispositive order and final judgment, but the matter may be referred to the undersigned United States Magistrate Judge for a Report and Recommendation.

**WHEREFORE,** if any party objects to Magistrate Judge jurisdiction, that

party shall, within **fourteen (14) days** from the date of this Order, file a motion for case reassignment asking to have the case randomly reassigned to a District Judge. A sample format of the motion for case reassignment is attached as Appendix 1. **If the parties do not file a motion for case reassignment within fourteen (14) days from the date of this Order, the parties will be deemed to have consented to Magistrate Judge jurisdiction.**

**Please note: the filing of a motion or response after the date of this Order, without first filing a timely motion for case reassignment may be deemed as consent to Magistrate Judge jurisdiction over all aspects of the litigation, including entry of a dispositive order, trial, and entry of final judgment**. *See Roell v. Withrow*, 538 U.S. 580, 591 (2003) (a party's consent to the Magistrate Judge's jurisdiction under § 636(c) is supplied by a "general appearance[] before the Magistrate Judge, after they ha[ve] been told of their right to be tried by a district judge").

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 9th day of January 2026.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

2

# APPENDIX 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

        ,

      Plaintiff(s),

v.

        ,

      Defendant(s).
_____/

## MOTION FOR CASE REASSIGNMENT

Pursuant to Administrative Order 2025-11, the Plaintiff/Defendant, hereby respectfully move for reassignment to a District Court Judge because the Plaintiff/Defendant does not consent to Magistrate Judge Jurisdiction in this case.

Respectfully submitted,

_____
Signature

_____
Date