**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

DARREN J. BROWN, JR.,

                                                    Case No.: 9:25-cv-81571-BER

       Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, and
FORTRESS INVESTMENT GROUP, LLC

       Defendants.

_____/

## **DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      The undersigned, counsel of record for Defendants, certifies pursuant to Fed. R. Civ. Pro. 7.1(a)(1) that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

      1. Brightline Trains Florida LLC ("Brightline") certifies that it is not a public company and that no publicly held corporation owns 10% or more of its stock. Similarly, Brightline's indirect parent company, Brightline Holdings LLC, is not a public company, and there is no publicly held corporation owning 10% or more of the membership interests in Brightline Holdings LLC.

      2. Fortress Investment Group LLC ("Fortress") certifies that it is not a public company and that no publicly held corporation owns 10% or more of its stock. Similarly, Fortress' indirect parent company, Foundation Holdco LP ("Foundation"), is not a public company, and there is no publicly held corporation owning 10% or more of the membership interests in Foundation.

This 16th day of January, 2026.

        Respectfully submitted,

        MILTON, LEACH, WHITMAN,
D'ANDREA, ESLINGER, COLLINS &
CLOSE, P.A.

*s/ C. Ryan Eslinger*
Eric L. Leach
Florida Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger
Florida Bar No. 634859
reslinger@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, FL 32207
Telephone: (904) 346-3800
Counsel for Brightline Trains Florida LLC
and Fortress Investment Group, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, the undersigned counsel served a true and correct copy of the foregoing was served upon Plaintiff by email and by Statutory Electronic Filing as follows:

Darren J. Brown, Jr.
931 Village Blvd, Suite 905-438
West Palm Beach, FL 33409
DarrenBrown@advantagefc.com
(708) 705-3214

This 16th day of January, 2026.

        *s/ C. Ryan Eslinger*
        C. Ryan Eslinger, Esq.