UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DARREN J. BROWN, JR.,

          Case No.: 9:25-cv-81571-BER

    Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, and
FORTRESS INVESTMENT GROUP, LLC

    Defendants.

_____/

**JOINT DISCOVERY PLAN; CONFERENCE REPORT
AND PROPOSED SCHEDULING ORDER**

The Parties in the above action in accordance with the requirements of Rule 26(f) and Local Rule 16.1(b) hereby submit the following Joint Discovery Plan and Conference Report after attending the required meeting on January 30, 2026.

1.    **Case Track:**

The parties stipulate that this is a Track B standard case requiring five days of trial.

2.    **Rule 26(a) Disclosures:**

The Parties will make the required Rule 26(a)(1) disclosures no later than March 7, 2026.

  (a) **Likelihood of Settlement**: Plaintiff believes that settlement is viable under the facts and circumstances following discovery. Defendant is less optimistic regarding settlement.

  (b) **Likelihood of Appearance of Additional Parties**: Plaintiff believes that discovery may reveal involvement by affiliated entities. Plaintiff reserves the right to join additional parties accordingly.

  (c) **Magistrate Judge**

The parties stipulate to the referral of this case to the U.S. Magistrate.

  (d) **Preliminary Estimate of Time Required for Trial**: Approximately five days:

  (e) **Proposed Time Limits on the Time:**

   (i) To Add Additional Parties: The deadline to add additional parties is proposed for April 15, 2026;

   (ii) To File Joint Interim Status Report: May 15, 2026;

   (iii) To File Proposed Order Scheduling Mediation: June 1, 2026;

   (iv) To Complete Fact Discovery: Plaintiff would like July 30, 2026. Defendant would like August 30, 2026;

   (v) To Exchange Expert Witness Reports: August 30, 2026;

   (vi) To File Dispositive Motions: November 1, 2026;

       (vii)  To Complete Mediation: July 30, 2026 or August 30, 2026

depending on the Court's determination regarding the completion of fact discovery.

       (viii)  To Complete All Expert Discovery:  October 1, 2026;

       (ix)  To File Pretrial Motions, including Motions in *Limine* and *Daubert* Motions:  November 1, 2026;

       (x)  To File Joint Pretrial Stipulation and Pretrial Disclosures: January 15, 2027;

       (xi)  To File Proposed Jury Instructions:  December 30, 2026;

       (xii)  Trial:  January 15, 2027.

4.    Discovery Plan:  The parties expect to use standard discovery allowed by the Federal Rules of Civil Procedure and, at this time, do not expect any need for discovery outside U.S. borders.

Respectfully, submitted

| **/s/ Darren J. Brown, Jr.** | **/s/ Eric L. Leach** |
|---|---|
| Darren J. Brown, Jr. | Eric L. Leach |
| 931 Village Blvd, Suite 905-438 | Milton, Leach, Whitman, D'Andrea |
| West Palm Beach, FL 33409 | Eslinger, Collins & Close, P.A. |
| DarrenBrown@advantagefc.com | 3127 Atlantic Blvd. |
| Phone: (708) 705-3214 | Jacksonville, FL 32207 |
| Plaintiff | Phone: (904) 346-3800 |
| | Fax: (904) 346-3692 |
| | eleach@miltonleach.com |
| | Counsel for Defendants |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

DARREN J. BROWN, JR.,

                                                                Case No.: 9:25-cv-81571-BER

      Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, and
FORTRESS INVESTMENT GROUP, LLC

      Defendants.

_____/

## JOINT PROPOSED SCHEDULING ORDER

Upon review of the Joint Conference and Scheduling Report filed by the Parties, it is

**ORDERED AND ADJUDGED** as follows:

1.    This case is assigned to Track B.

2.    The following deadlines shall apply to this case:

(a)    To Add Additional Parties: The deadline to add additional parties is April 15, 2026;

(b)    To File Joint Interim Status Report: May 15, 2026;

(c)    To File Proposed Order Scheduling Mediation: June 1, 2026;

(d)    To Complete Fact Discovery: Plaintiff would like July 30, 2026. Defendant would like August 30, 2026;

  (e) To Exchange Expert Witness Reports:  August 30, 2026;

  (f) To File Dispositive Motions:  August 30, 2026;

  (g) To File Pretrial Motions, including Motions in *Limine* and *Daubert* Motions:  _____;

  (h) Resolution of All Pretrial Motions by the Court:_____:

  (i) To Complete Mediation:  July 30, 2026;

  (j) To Complete All Expert Discovery:  October 1, 2026;

  (k) To File Joint Pretrial Stipulation and Pretrial Disclosures:  January 15, 2027;

  (l) Pretrial Conference Date:_____;

  (m) To File Proposed Jury Instructions:  _____;

  (n) Trial:  _____.

  **DONE AND ORDERED** in Chambers this ____ day of February, 2026.

_____
Hon. Bruce E. Reinhart
United States Magistrate

Copies furnished to:

Darren J. Brown, Jr.
Eric L. Leach

Respectfully submitted,

MILTON, LEACH, WHITMAN, D'ANDREA, ESLINGER, COLLINS & CLOSE, P.A.

*s/ Eric L. Leach*
Eric L. Leach
Florida Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger
Florida Bar No. 634859
reslinger@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, FL 32207
Telephone: (904) 346-3800
Counsel for Brightline Trains Florida LLC and Fortress Investment Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the undersigned counsel served a true and correct copy of the foregoing Joint Discovery Plan; Conference Report and Proposed Scheduling Order upon counsel for Plaintiff by email and by Statutory Electronic Filing as follows:

Darren J. Brown, Jr.
931 Village Blvd, Suite 905-438
West Palm Beach, FL 33409
DarrenBrown@advantagefc.com
(708) 705-3214

This 20th day of February, 2026.

                                                              s/ Eric Leach
                                                              Eric L. Leach, Esq.