UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CV-81571-BER

DARREN J. BROWN,

           Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, *et al*,

           Defendants.
_____/

## ORDER TO SHOW CAUSE [ECF No. 15]

On January 27, 2026, Plaintiff Darren J. Brown filed a Motion to Compel Amended Corporate Disclosure Under Rule 7.1 and Notice of Objection to Deficient Statement ("Motion"). ECF No. 15. The deadline to respond to the Motion was February 10, 2026. *Id.* To date, a response to the Motion has not been filed.

Accordingly, it is **HEREBY ORDERED AND ADJUDGED** as follows:

1.) Defendants are hereby **ORDERED TO SHOW CAUSE** why I should not grant the Motion given Defendants' failure to oppose the Motion.

2.) Defendants shall respond, in writing, to this Court's Order no later than **5:00 p.m.** Eastern time on **Monday, March 2, 2026**. Failure to respond may result in the Court granting the Motion.

**DONE AND ORDERED** in Chambers this 23rd day of February, 2026, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE