**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

DARREN J. BROWN, JR.,

        Case No.: 9:25-cv-81571-BER

    Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, and
FORTRESS INVESTMENT GROUP, LLC

    Defendants.

_____/

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

Defendants, Brightline Trains Florida, LLC and Fortress Investment Group, LLC respond to the Court's Order to Show Cause dated February 23, 2026 (Doc. 20) as follows:

1. The undersigned counsel of record for Defendants was responsible for the oversight in failing to timely respond to Plaintiff's Motion to Compel Amended Corporate Disclosure.

2. The prior disclosure filed on behalf of Defendants accurately reported the information required to be disclosed under F.R.C.P 7.1 in order to provide the Court with the ability to determine if a conflict of interest exists that requires recusal.

1

3. Plaintiff has alleged in his Motion to Compel that Defendants were required to disclose the identity of a non-public corporate shareholder of Defendant, Fortress Investment Group, LLC. pursuant to Rule 7.1.

4. There is no such requirement under the language of the rule. This case does not involve a nongovernmental corporate party/corporation seeking to intervene in the case and this is not an action based on diversity of citizenship under 28 U.S.C. §1332(a).

5. The purpose of the disclosure provided by Defendants was to give the Court the information necessary to comply with the "financial interest" standard of Canon 3C(1)(c) of the Code of Conduct for United States Judges.

6. Specifically, in this case whether the judge, individually or as a fiduciary, or the judge's spouse or minor child residing in the judge's household, have a financial interest in the subject matter in controversy or in a party to the proceeding.

7. Defendants have provided the information required for the Court to determine if it has a financial interest in Defendants - - neither of which is a public company.

This 24th day of February, 2026.

                                  Respectfully submitted,

                                  MILTON, LEACH, WHITMAN, D'ANDREA, ESLINGER, COLLINS & CLOSE, P.A.

                                  *s/ Eric L. Leach*
Eric L. Leach
Florida Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger
Florida Bar No. 634859
reslinger@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, FL 32207
Telephone: (904) 346-3800
Counsel for Brightline Trains Florida LLC
and Fortress Investment Group, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, the undersigned counsel served a true and correct copy of the foregoing was served upon Plaintiff by email and by Statutory Electronic Filing as follows:

Darren J. Brown, Jr.
931 Village Blvd, Suite 905-438
West Palm Beach, FL 33409
DarrenBrown@advantagefc.com
(708) 705-3214

This 24th day of February, 2026.

                                  s/ Eric L. Leach
                                  Eric L. Leach, Esq.