**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**WEST PALM BEACH DIVISION**

**Case No. 9:25-cv-81571-BER**



FILED BY _____ D.C.

APR 0 3 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**DARREN J. BROWN,**

    Plaintiff,

v.

**BRIGHTLINE TRAINS FLORIDA LLC, and**

**FORTRESS INVESTMENT GROUP LLC,**

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff, Darren J. Brown, respectfully submits this Notice of Supplemental Authority pursuant to Local Rule 7.8 to advise the Court of a significant intervening decision issued after briefing on Defendants' Motion to Dismiss.

On March 31, 2026, the Honorable Darrin P. Gayles entered an Order in *Brightline Trains Florida LLC v. National Mediation Board*, Case No. 1:24-cv-24734-DPG (S.D. Fla.), granting summary judgment for the Board and holding that Brightline is a "carrier"

1

subject to the Railway Labor Act ("RLA"). A copy of the Order (ECF No. 89) is attached as Exhibit A.

The Court rejected Brightline's argument that it is not a "carrier" due to lack of Surface Transportation Board jurisdiction. See Ex. A at 5–6. It further held that, under 49 U.S.C. § 22905(b), an entity operating over infrastructure improved with federal CRISI funding "shall be considered a rail carrier" for RLA purposes. See Ex. A at 6–8.

Defendants' Motion to Dismiss raises materially similar jurisdictional arguments regarding Brightline's status. This intervening authority directly addresses and rejects that position.

Plaintiff respectfully submits this authority for the Court's consideration in resolving the pending Motion to Dismiss.

Respectfully submitted this 3rd day of April, 2026.

Darren J. Brown

Plaintiff, Pro Se

931 Village Blvd., Suite 901-438

West Palm Beach, FL 33409

Email: darrenbrown@advantagefc.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2026, a true and correct copy of the foregoing was served via electronic mail upon counsel for Defendants, Eric L. Leach, Esq., Milton, Leach, Whitman, D'Andrea, Eslinger, Collins & Close, P.A.

_____

Darren J. Brown

Plaintiff, Pro Se

3