UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-81571-BER

DARREN J. BROWN,

Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC,

and

FORTRESS INVESTMENT GROUP LLC

Defendants.

_____/

FILED BY _____ *PCS* D.C.

APR 2 2 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Darren J. Brown, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file an Amended Complaint, and states as follows:

1. On April 7, 2026, this Court entered an Order granting Defendants' Motion to Dismiss without prejudice and granting Plaintiff leave to file a Motion for Leave to Amend with a proposed amended pleading.

2. Plaintiff timely files this Motion in compliance with the Court's Order.

## MEMORANDUM OF LAW

1

3. Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend should be freely given when justice so requires.

4. The Supreme Court has instructed that leave to amend should be granted absent undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, undue prejudice, or futility. See Foman v. Davis, 371 U.S. 178, 182 (1962).

5. The proposed Amended Complaint, attached hereto as Exhibit A, directly addresses the deficiencies identified by the Court and provides a more definite, structured, and legally sufficient statement of Plaintiff's claims.

6. Specifically, the Amended Complaint:

a. Separates and clearly delineates each cause of action into distinct counts;

b. Specifies which claims are asserted against which Defendants;

c. Eliminates incorporation of all prior allegations into each successive count;

d. Removes immaterial, conclusory, and extraneous allegations not tied to specific claims;

e. Provides additional factual detail supporting Plaintiff's claims under the Federal Employers' Liability Act and the Family and Medical Leave Act;

f. Clarifies the factual and legal basis for Defendant Brightline's status as a common carrier engaged in interstate commerce; and

g. Provides additional factual allegations regarding Defendant Fortress Investment Group LLC's role in enterprise-level governance, financial control, and operational decision-making.

2

7. The Amended Complaint also addresses the Court's finding that the original pleading constituted a shotgun pleading by eliminating wholesale incorporation of prior allegations, organizing claims into distinct counts, and clearly identifying which claims are asserted against which Defendants.

8. The proposed amendment is made in good faith, is not futile, and is supported by factual allegations sufficient to state plausible claims for relief.

9. There is no undue delay, bad faith, or dilatory motive in seeking amendment, and Defendants will not be unduly prejudiced by allowing this amendment at this stage of the proceedings.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting leave to file the attached Amended Complaint.

Respectfully submitted,

Darren J. Brown

Plaintiff, Pro Se

931 Village Blvd., Suite 905-438

West Palm Beach, Florida 33409

Email: darrenbrown@advantagefc.com

3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2026, I served the foregoing Motion for Leave to File Amended Complaint and attached Amended Complaint upon all counsel of record via electronic mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(E):

Eric L. Leach, Esq. – eleach@miltonleach.com

C. Ryan McKay Eslinger, Esq. – reslinger@miltonleach.com

Amy Austin, Esq. – aaustin@miltonleach.com

Karen Miller, Paralegal – kmiller@miltonleach.com

Darren J. Brown

Plaintiff, Pro Se

4