UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-81571-BER

DARREN J. BROWN,

Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, *et al*,

Defendants.

_____/

**ORDER REQUIRING PRO SE PLAINTIFF TO CONSENT TO RECEIVE
ELECTRONIC FILINGS**

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. Upon review, and to promote orderly and efficient communication in this case, it is hereby

**ORDERED AND ADJUDGED** that, on or before May 11, 2026, Plaintiff shall complete and file with the Court the "Consent by Pro Se Litigant (Non-Prisoner) to receive NEFs" form, which can be found at https://www.flsd.uscourts.gov/forms/all-forms. Failure to comply with this order or to justify through a written motion why compliance is not possible may result in sanctions, including dismissal of this case without further notice.

The CLERK is instructed to mail a copy of this Order to Plaintiff at the address listed in CM/ECF and thereafter file a Notice of Compliance.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 27th day of April 2026.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE