**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

DARREN J. BROWN, JR.,

        Case No.: 9:25-cv-81571-BER

       Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, and
FORTRESS INVESTMENT GROUP, LLC

       Defendants.

_____/

**DEFENDANTS, BRIGHTLINE TRAINS FLORIDA, LLC AND FORTRESS INVESTMENT GROUP, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendants, Brightline Trains Florida, LLC ("Brightline") and Fortress Investment Group, LLC, by and through their undersigned counsel, hereby respond to Plaintiff's Motion for Leave to Amend Complaint as follows:

1. Defendants' have no objection to the Motion for Leave to Amend and will reserve the right to plead as advised.

1

This 6th day of May, 2026.

Respectfully submitted,

MILTON, LEACH, WHITMAN, D'ANDREA, ESLINGER, COLLINS & CLOSE, P.A.

s/ Eric L. Leach
Eric L. Leach
Florida Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger
Florida Bar No. 634859
reslinger@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, FL 32207
Telephone: (904) 346-3800
Counsel for Brightline Trains Florida LLC
and Fortress Investment Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I uploaded to the Clerk of the United States District Court for filing via the CM/ECF system, and that a true and correct copy of the foregoing has been furnished via electronic service to all CM/ECF system participants, including the pro se Plaintiff who elected electronic service.

s/ Eric L. Leach
Eric L. Leach, Esq.

2