# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

DARREN J. BROWN, JR.,

                                        Case No.: 9:25-cv-81571-BER

         Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, and
FORTRESS INVESTMENT GROUP, LLC

         Defendants.

_____/

## STATUS REPORT

The Parties in the above action in accordance with the Court's Order Setting Trial Procedures and Pretrial Scheduling Order (Doc. 25) hereby submit the following Status Report.

1. The parties have served Rule 26 disclosures in a timely manner.

2. Plaintiff has filed a Motion for Leave to Amend Complaint. Defendants have filed a response and the parties await the Court's ruling.

3. Defendants took the Plaintiff's deposition on March 16, 2026.

4.. Plaintiff has propounded Requests for Production and Defendants will respond as soon as the Court determines that Plaintiff has stated a claim upon which relief may be granted. Plaintiff reserves his rights regarding the timing and calculation of discovery response deadlines.

1

Defendants intend to propound written discovery as soon as the Court determines that Plaintiff has stated a claim upon which relief may be granted.

Respectfully submitted this 14th day of May, 2026.

| /s/ Darren J. Brown, Jr. | /s/ Eric L. Leach |
|---|---|
| Darren J. Brown, Jr. | Eric L. Leach |
| 931 Village Blvd, Suite 905-438 | Milton, Leach, Whitman, D'Andrea |
| West Palm Beach, FL 33409 | Eslinger, Collins & Close, P.A. |
| DarrenBrown@advantagefc.com | 3127 Atlantic Blvd. |
| Phone: (708) 705-3214 | Jacksonville, FL 32207 |
| Plaintiff | Phone: (904) 346-3800 |
|  | Fax: (904) 346-3692 |
|  | eleach@miltonleach.com |
|  | Counsel for Defendants |