## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION


DARREN J. BROWN, JR.,

                                         Case No.: 9:25-cv-81571-BER

         Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, and
FORTRESS INVESTMENT GROUP, LLC

         Defendants.

_____/

## DEFENDANT, FORTRESS INVESTMENT GROUP, LLC'S RESPONSE TO PLAINTIFF'S NOTICE OF <u>SUPPLEMENTAL AUTHORITY (DOC. 43)</u>

Defendant, Fortress Investment Group LLC ("Fortress"), by and through undersigned counsel, pursuant to S.D. Fla. L.R. 7.8 responds to Plaintiff's Notice of Supplemental Authority regarding Fortress' Motion to Dismiss Amended Complaint as follows:

1.       Plaintiff has submitted an Order from the Railroad Retirement Board addressing whether co-defendant, Brightline Trains Florida, LLC ("Brightline") may be subject to the Railroad Retirement Act ("RRA") and

1

Railroad Unemployment Insurance Act ("RUIA") as a result of its acceptance of federal grant monies.

2.     Although Brightline has appealed the adverse ruling to the Eleventh Circuit Court of Appeals, the Order supports the conclusion that Brightline and not Fortress was the railroad employer of Plaintiff.

3.     At Page 5 of the Order, the Railroad Retirement Board confirmed that "Brightline is wholly owned by Brightline Holdings, LLC and Brightline Holdings, LLC is indirectly owned by investment funds management by Fortress Investment Group, LLC".

4.     The remainder of the Order confirmed that Brightline (and not Fortress) operated the passenger rail service in South Florida that employed Plaintiff and addressed whether Brightline (and not Fortress) was subject to the RRA and RUIA based upon its acceptance of federal grant monies.

5.     The Order supports Plaintiff's allegations in the Amended Complaint (and Fortress' argument) that Plaintiff was employed by Brightline and not Fortress and that Fortress was not a common carrier by railroad engaged in interstate commerce.

This 21st day of July, 2026.

Respectfully submitted,

MILTON, LEACH, WHITMAN,
D'ANDREA, ESLINGER, COLLINS &
CLOSE, P.A.

*s/ Eric L. Leach*
Eric L. Leach
Florida Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger
Florida Bar No. 634859
reslinger@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, FL 32207
Telephone: (904) 346-3800
Counsel for Brightline Trains Florida
LLC and Fortress Investment Group,
LLC

3

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the undersigned counsel served a true and correct copy of the foregoing Motion to Dismiss upon counsel for Plaintiff by email and by Statutory Electronic Filing as follows:

Darren J. Brown, Jr.
931 Village Blvd, Suite 905-438
West Palm Beach, FL 33409
DarrenBrown@advantagefc.com
(708) 705-3214


This 21st day of July, 2026.

s/ Eric Leach
Eric L. Leach, Esq.