UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:25-cv-81571-BER (REINHART)

DARREN J. BROWN, JR.,

Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC,

Defendant.

______________________________/

**[PROPOSED] ORDER ON PLAINTIFF'S EXPEDITED PROCEDURAL MOTION**

The motion [ECF No. ____] is GRANTED IN PART as follows:

1. Leave is granted to submit Plaintiff's proposed position at Exhibit 2. No discovery remedy or finding of timeliness or completed conferral is granted.

2. The parties shall promptly confer by telephone or in person. By September 17, 2026 at 1:30 p.m. Eastern, they shall file a joint memorandum of five pages or less. If joint preparation fails, Plaintiff shall refile Exhibit 2 and Brightline may file a separate response of five pages or less by that time. This limited alternative is authorized for this hearing only.

3. Necessary actual source records are due at the same time. Specifically identify unavailable or protected material for further direction. An index is not a substitute. Redaction and sealing requirements remain in effect.

4. Only the memorandum/source deadline is changed. The September 18, 2026, 1:30 p.m. telephonic hearing under ECF No. 47 and all unrelated deadlines remain unchanged. No sanctions are imposed.

DONE and ORDERED in West Palm Beach, Florida, on ___________________.

______________________________

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE