UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CV-81571-BER

DARREN J. BROWN,

Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, *et al.*,

Defendants.
_______________________________________/

**ORDER**

Plaintiff Darren Brown seeks revised responses to his interrogatories and requests for production from Defendant Brightline Trains Florida LLC ("Brightline"). ECF No. 50. On September 18, 2026, the Court held a discovery hearing. ECF No. 51. Mr. Brown's discovery requests are liberally construed as a Motion to Compel ("Motion").

Following discussions and rulings made at that hearing, his Motion is **GRANTED in part** and **DENIED in part.** Brightline shall provide amended interrogatory responses and requests for production consistent with the rulings made during the hearing by 5:00 p.m. on October 2, 2026.

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 18th day of September, 2026.

BRUCE E. REINHART
United States Magistrate Judge