**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

DARREN J. BROWN, JR.,

Case No.: 9:25-cv-81571-BER

Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA LLC, and
FORTRESS INVESTMENT GROUP, LLC

Defendants.

_____________________________________________/

**DEFENDANT BRIGHTLINE TRAINS FLORIDA LLC'S SUGGESTION OF BANKRUPTY**

COMES NOW, Defendant Brightline Trains Florida LLC and files this Suggestion of Bankruptcy, and notifies the Court that on September 24, 2026 the "Petition Date," parent company Brightline Holdings LLC (the "Debtor") filed a voluntary petition for relief in the United States Bankruptcy Court for the District of New Jersey (Case No. 26-20874-MEH) under Chapter 11 of Title 11 of the United States Code.

Brightline Holdings LLC is the corporate entity that holds the first layer insurance policy applicable in this action. As an action against Brightline Trains Florida LLC would have an immediate economic consequence for the Debtor's estate, the stay provided pursuant to 11 U.S.C. § 362(a) should be extended to

Brightline Trains Florida LLC pursuant to Queenie, Ltd. v. Nygard Int'l, 321 F.3d 282 (2d Cir. 2003).

Respectfully submitted this 30th day of September, 2026.

MILTON, LEACH, WHITMAN, D'ANDREA, ESLINGER, COLLINS & CLOSE, P.A.

*s/ Eric L. Leach*
Eric L. Leach
Florida Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger
Florida Bar No. 634859
reslinger@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, FL 32207
Telephone: (904) 346-3800
Counsel for Brightline Trains Florida LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, the undersigned counsel served a true and correct copy of Notice of Cancellation of Taking Deposition upon counsel for Plaintiff by email and by Statutory Electronic Filing as follows:

Darren J. Brown, Jr.
931 Village Blvd, Suite 905-438
West Palm Beach, FL 33409
DarrenBrown@advantagefc.com
(708) 705-3214

This 30th day of September, 2026.

s/ Eric Leach
Eric L. Leach, Esq.